**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Mishti Holdings LLC, *et al.*, | Case No. 19-11813 (CSS) |
| Debtors.[1] | Jointly Administered |

## SCHEDULES OF ASSETS AND LIABILITIES FOR MEETHA VENTURES LLC (CASE NO. 19-11815)

---

[1]     The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: Mishti Holdings LLC (1193); Lolli and Pops, Inc. (1938); and Meetha Ventures LLC (3065).  The Debtors' mailing address is 4 Embarcadero Center, Suite 780, San Francisco, CA 94111.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Mishti Holdings LLC, *et al.*, | Case No. 19-11813 (CSS) |
| Debtors.[1] | Jointly Administered |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

Mishti Holdings LLC, Lolli and Pops, Inc. and Meetha Ventures LLC (collectively, the "Debtors") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: Mishti Holdings LLC (1193); Lolli and Pops, Inc. (1938); and Meetha Ventures LLC (3065).  The Debtors' mailing address is 4 Embarcadero Center, Suite 780, San Francisco, CA 94111.

[2]  These Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements.  The fact that the Debtors have prepared a "general note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements.

and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and

2

Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On August 12, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On August 14, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 37].

The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on August 3, 2019 and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of August 12, 2019.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on August 3, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain

executory and unexpired postpetition.

5. <u>**Real Property and Personal Property–Leased**</u>. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. <u>**Excluded Assets and Liabilities**</u>. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction  or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets  and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. Prepetition liabilities which have been paid postpetition have been excluded from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. <u>**Insiders**</u>.  Solely, for purposes of the Schedules and Statements, the Debtors  define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. <u>**Intellectual Property Rights**</u>.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual

property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Intercompany and Other Transactions.** For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "*Intercompany Claims*"). Intercompany Claims are reported as of August 3, 2019. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents instruments and agreements which may not be listed therein. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, air rights, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous

agreements. Such agreements, if any, may not be set forth in Schedule G. Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

13. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Secured Claims**. Secured claim amounts have been listed on Schedules D without regard to the value of assets secured thereby. No attempt was made by the Debtors to estimate the fair market value of assets pledged pursuant to any secured obligations as of the Petition Date. Accordingly, deficiency claims of secured creditors were not listed on Schedules F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on Schedules D. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedules D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedules D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral the nature, extent, and priority of any liens.

15. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured,

suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

   a.   Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.   Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.   Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

   d.   Payments made on the Debtors' behalf within 90 days prior to the Petition Date have been attributed to the Debtor that made the payment without regard to which Debtors was obligated to make the payment.

17. **Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

18. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and, as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes,

the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on August 3, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on August 11, 2019.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Continued Use Of Cash Management System, (II) Authorizing Use Of Prepetition Bank Accounts, Account Control Agreements, And Payment Methods, (III) Authorizing Use Of Existing Business Forms, (IV) Authorizing Continuation Of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority To Postpetition Intercompany Claims, (VI) Extending Time To Comply With The Requirements Of 11 U.S.C. § 345(B), (VII) Scheduling A Final Hearing, And (VIII) Granting Related Relief* [Docket No. 5]  (the "**Cash Management Motion**").

> **Schedule A/B 7**. Deposits listed on Schedule A/B 7 are listed as of the close of business on August 11, 2019.  The Bankruptcy Court, pursuant to the *Debtors' Motion For Entry Of Interim And Final Orders (I) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance Of Payment To Utility Providers And Authorizing Debtors To Provide Additional Assurance, (III) Establishing Procedures To Resolve Requests For Additional Assurance And (IV) Granting Related Relief* [Docket No. 10], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $50,000.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **Schedule A/B 15**. Certain ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

> **Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55.

> **Schedule A/B 63**. The Debtors maintain a customer database. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to

pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in

connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.        Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Meetha Ventures LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-11815 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ...................................................................

| $30,738,171.34 |
|---|

1b. **Total personal property:**
Copy line 91A from Schedule A/B ...............................................................

| $20,721,121.59 |
|---|

1c. **Total of all property:**
Copy line 92 from Schedule A/B ..................................................................

| $51,459,292.93 |
|---|

| **Part 2:** | **Summary of Liabilities** |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| $281,055.05 |
|---|

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

| $559,879.65 |
|---|

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| + $22,990,595.46 |
|---|

**4.** *Total liabilities*
Lines 2 + 3a + 3b ...................................................................................................

| $23,831,530.16 |
|---|

**Fill in this information to identify the case:**

**Debtor name:** Meetha Ventures LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-11815

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    Cash on hand**

| | | |
|---|---|---|
| 2.1. | CASH REGISTER BALANCES - ALL STORES | $37,962.76 |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | WELLS FARGO | CHECKING | 0071 | $0.00 |
| 3.2. | WELLS FARGO | CHECKING | 0087 | $0.00 |
| 3.3. | WELLS FARGO | CHECKING | 0095 | $0.00 |
| 3.4. | WELLS FARGO | CHECKING | 0145 | $0.00 |
| 3.5. | WELLS FARGO | CHECKING | 0160 | $0.00 |
| 3.6. | WELLS FARGO | CHECKING | 0178 | $0.00 |
| 3.7. | WELLS FARGO | CHECKING | 0194 | $0.00 |
| 3.8. | WELLS FARGO | CHECKING | 0202 | $0.00 |
| 3.9. | WELLS FARGO | CHECKING | 0261 | $0.00 |
| 3.10. | WELLS FARGO | CHECKING | 0376 | $0.00 |
| 3.11. | WELLS FARGO | CHECKING | 0769 | $0.00 |
| 3.12. | WELLS FARGO | CHECKING | 0812 | $0.00 |
| 3.13. | WELLS FARGO | ZBA TO WELLS 6333 | 2920 | $0.00 |
| 3.14. | WELLS FARGO | WEEKLY WIRE TO FRB 7889 | 6333 | $156,587.96 |

Debtor   **Meetha Ventures LLC**                                                                   Case number *(if known)* **19-11815**

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.15. | WELLS FARGO | ZBA TO WELLS 6333 | 6341 | $0.00 |
| 3.16. | WELLS FARGO | ZBA TO WELLS 6333 | 6759 | $0.00 |
| 3.17. | WELLS FARGO | ZBA TO WELLS 6333 | 6767 | $0.00 |
| 3.18. | WELLS FARGO | ZBA TO WELLS 6333 | 6980 | $0.00 |
| 3.19. | WELLS FARGO | ZBA TO WELLS 6333 | 8205 | $0.00 |
| 3.20. | WELLS FARGO | ZBA TO WELLS 6333 | 8213 | $0.00 |
| 3.21. | WELLS FARGO | ZBA TO WELLS 6333 | 8221 | $0.00 |
| 3.22. | WELLS FARGO | ZBA TO WELLS 6333 | 8239 | $0.00 |
| 3.23. | WELLS FARGO | ZBA TO WELLS 6333 | 8247 | $0.00 |
| 3.24. | WELLS FARGO | ZBA TO WELLS 6333 | 8262 | $0.00 |
| 3.25. | WELLS FARGO | ZBA TO WELLS 6333 | 8270 | $0.00 |
| 3.26. | WELLS FARGO | ZBA TO WELLS 6333 | 8288 | $0.00 |
| 3.27. | WELLS FARGO | ZBA TO WELLS 6333 | 8296 | $0.00 |
| 3.28. | WELLS FARGO | ZBA TO WELLS 6333 | 9915 | $0.00 |
| 3.29. | WELLS FARGO | ZBA TO WELLS 6333 | 9956 | $0.00 |
| 3.30. | WELLS FARGO | ZBA TO WELLS 6333 | 9972 | $0.00 |
| 3.31. | WELLS FARGO | ZBA TO WELLS 6333 | 9998 | $0.00 |
| 3.32. | BANK OF AMERICA | CHECKING | 0427 | $0.00 |
| 3.33. | BANK OF AMERICA | CHECKING | 0582 | $0.00 |
| 3.34. | BANK OF AMERICA | CHECKING | 0595 | $0.00 |
| 3.35. | BANK OF AMERICA | CHECKING | 0760 | $0.00 |
| 3.36. | BANK OF AMERICA | CHECKING | 0773 | $0.00 |
| 3.37. | BANK OF AMERICA | NOT IN USE SINCE 5/24/19 | 1060 | $76.80 |
| 3.38. | BANK OF AMERICA | ZBA TO BOA 7861 | 1154 | $0.00 |
| 3.39. | BANK OF AMERICA | ZBA TO BOA 7861 | 1167 | $0.00 |
| 3.40. | BANK OF AMERICA | ZBA TO BOA 7861 | 1277 | $0.00 |
| 3.41. | BANK OF AMERICA | NOT IN USE | 1329 | $0.00 |
| 3.42. | BANK OF AMERICA | NOT IN USE | 1332 | $0.00 |
| 3.43. | BANK OF AMERICA | HOLDS BALANCE MANUAL WIRE TO FRB 7889 | 1500 | $45,482.37 |
| 3.44. | BANK OF AMERICA | 2ND DAY SWEEP BOA 7861 | 3315 | $417.60 |
| 3.45. | BANK OF AMERICA | 2ND DAY SWEEP BOA 7861 | 3328 | $756.30 |
| 3.46. | BANK OF AMERICA | ZBA TO BOA 7861 | 4320 | $0.00 |
| 3.47. | BANK OF AMERICA | ZBA TO BOA 7861 | 4333 | $0.00 |
| 3.48. | BANK OF AMERICA | ZBA TO BOA 7861 | 4375 | $0.00 |
| 3.49. | BANK OF AMERICA | ZBA TO BOA 7861 | 7059 | $0.00 |
| 3.50. | BANK OF AMERICA | ZBA TO BOA 7861 | 7225 | $0.00 |
| 3.51. | BANK OF AMERICA | ZBA TO BOA 7861 | 7254 | $0.00 |
| 3.52. | BANK OF AMERICA | ZBA TO BOA 7861 | 7377 | $0.00 |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.53. | BANK OF AMERICA | ZBA TO BOA 7861 | 7380 | $0.00 |
| 3.54. | BANK OF AMERICA | ZBA TO BOA 7861 | 7429 | $0.00 |
| 3.55. | BANK OF AMERICA | ZBA TO BOA 7861 | 7432 | $0.00 |
| 3.56. | BANK OF AMERICA | 2ND DAY SWEEP BOA 7861 | 7521 | $0.00 |
| 3.57. | BANK OF AMERICA | 2ND DAY SWEEP BOA 7861 | 7534 | $0.00 |
| 3.58. | BANK OF AMERICA | ZBA TO BOA 7861 | 7676 | $0.00 |
| 3.59. | BANK OF AMERICA | MANUAL TRANSFER TO BOA 1500 | 7861 | $14,751.75 |
| 3.60. | BANK OF AMERICA | ZBA TO BOA 7861 | 7897 | $0.00 |
| 3.61. | BANK OF AMERICA | ZBA TO BOA 7861 | 7907 | $0.00 |
| 3.62. | BANK OF AMERICA | NOT IN USE | 7949 | $8.82 |
| 3.63. | BANK OF AMERICA | SAVINGS/RESTRICTED CASH | 8633 | $0.00 |
| 3.64. | BANK OF AMERICA | ZBA TO BOA 7861 | 8742 | $0.00 |
| 3.65. | BANK OF AMERICA | ZBA TO BOA 7861 | 8755 | $0.00 |
| 3.66. | BANK OF AMERICA | ZBA TO BOA 7861 | 8768 | $0.00 |
| 3.67. | BANK OF AMERICA | ZBA TO BOA 7861 | 8808 | $0.00 |
| 3.68. | BANK OF AMERICA | NOT IN USE | 8894 | $0.00 |
| 3.69. | BANK OF AMERICA | HOLDS BALANCE | 9217 | $41,449.65 |
| 3.70. | BANK OF AMERICA | ZBA TO BOA 7861 | 9276 | $0.00 |
| 3.71. | BANK OF AMERICA | ZBA TO BOA 7861 | 9356 | $0.00 |
| 3.72. | BANK OF AMERICA | ZBA TO BOA 7861 | 9506 | $0.00 |
| 3.73. | BANK OF AMERICA | ZBA TO BOA 7861 | 9519 | $0.00 |
| 3.74. | FIRST BANK OF KANSAS | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 1143 | $0.00 |
| 3.75. | WASHINGTON FEDERAL | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 1561 | $394.57 |
| 3.76. | WASHINGTON FEDERAL | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 1645 | $555.80 |
| 3.77. | FIRST REPUBLIC BANK | LOAN PROCEEDS AND INTEREST PAYMENTS | 2010 | $304.11 |
| 3.78. | FIRST REPUBLIC BANK | 0000 | 4415 | $416,606.78 |
| 3.79. | FIRST REPUBLIC BANK | ZBA FROM 4415 | 4431 | $0.00 |
| 3.80. | FIRST REPUBLIC BANK | SAVINGS/RESTRICTED CASH | 4456 | $290,000.00 |
| 3.81. | FIRST REPUBLIC BANK | ZBA TO FRB 4415 | 7863 | $0.00 |
| 3.82. | FIRST REPUBLIC BANK | ZBA TO FRB 4415 | 7871 | $0.00 |
| 3.83. | FIRST REPUBLIC BANK | ZBA TO FRB 4415 | 7889 | $0.00 |
| 3.84. | CHASE BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 2555 | $1,860.97 |
| 3.85. | CHASE BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 7973 | $1,820.49 |

Debtor   **Meetha Ventures LLC**                                            Case number *(if known)* **19-11815**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.86. | CHASE BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 8179 | $1,573.66 |
| 3.87. | BBVA COMPASS | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 3523 | $460.14 |
| 3.88. | FIRST WESTROADS BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 4185 | $445.26 |
| 3.89. | BANC FIRST | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 5257 | $697.69 |
| 3.90. | FIRST UNITED BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 6295 | $0.00 |
| 3.91. | BANK VI (BANK SIX) | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 6608 | $493.27 |
| 3.92. | TD BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 6704 | $1,682.53 |
| 3.93. | GREAT SOUTHERN BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 7126 | $952.48 |
| 3.94. | ACCESS BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 7510 | $246.00 |
| 3.95. | CAPITAL ONE BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 7997 | $493.82 |
| 3.96. | INTERNATIONAL BANK OF COMMERCE | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 9136 | $1,148.96 |
| 3.97. | TEXAS COMMUNITY BANK | MANUAL TRANSFER (ACH PULL) TO FRB 7889 | 9795 | $1,587.59 |

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

> $1,018,818.13

---

**Part 2:**   **Deposits and prepayments**

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | REAL PROPERTY LEASE SECURITY DEPOSIT | $14,400.00 |
| | 49 POWELL STREET ASSOCIATES LLC | |
| 7.2. | REAL PROPERTY LEASE SECURITY DEPOSIT | $30,000.00 |
| | ANNAPOLIS MALL OWNER LLC | |
| 7.3. | REAL PROPERTY LEASE SECURITY DEPOSIT | $15,000.00 |
| | LOCATEAI INC | |

Debtor    **Meetha Ventures LLC**                                                                   Case number *(if known)* **19-11815**

**7.    Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.4. | SALES TAX DEPOSIT | $17,310.00 |
| | MISSOURI DEPT. OF REVENUE | |
| 7.5. | REAL PROPERTY LEASE SECURITY DEPOSIT | $14,750.00 |
| | ROSEVILLE SHOPPINGTOWN LLC | |
| 7.6. | OFF SITE STORAGE SECURITY DEPOSIT | $6,950.00 |
| | SYSTRON BUSINESS CENTER, LLC | |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID EXPENSE | $86,778.30 |
| | AMERICAN WHOLESALE LIGHTING INC. | |
| 8.2. | PREPAID EXPENSE | $11,721.33 |
| | CUSHMAN & WAKEFIELD BROKER COMMISSION (111 ELLIS) | |
| 8.3. | PRE-PETITION RETAINER BALANCE | $4,116.10 |
| | DONLIN RECANO & COMPANY, INC. | |
| 8.4. | PREPAID INSURANCE | $2,139.31 |
| | GLADYNE K. MITCHELL FAMILY TRUST A | |
| 8.5. | PRE-PETITION RETAINER BALANCE | $73,873.17 |
| | GLASSRATNER ADVISORY & CAPITAL GROUP LLC | |
| 8.6. | PREPAID EXPENSE | $87,787.80 |
| | GRANITE TELECOMMUNICATIONS | |
| 8.7. | PREPAID INSURANCE | $2,456.99 |
| | HEFFERNAN D&O INSURANCE | |
| 8.8. | PREPAID INSURANCE | $17,792.29 |
| | HEFFERNAN EPLI INSURANCE | |
| 8.9. | PREPAID EXPENSE | $16,666.67 |
| | INFOR US | |
| 8.10. | PREPAID EXPENSE | $19,333.35 |
| | KIDDER MATHEWS 49 POWELL | |
| 8.11. | PREPAID COMMISSION | $370,617.24 |
| | MCGOVERN ESCROW SERVICES | |
| 8.12. | PRE-PETITION RETAINER BALANCE | $149,783.15 |
| | MORRIS NICHOLS ARSHT & TUNNELL | |
| 8.13. | PREPAID EXPENSE | $52,387.92 |
| | NOA BRANDS AMERICA 192457 | |
| 8.14. | PREPAID INSURANCE | $4,477.00 |
| | OHIO WORKERS COMP | |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.15.    PREPAID EXPENSE | $481.20 |
| ORACLE AMERICA, INC. 8268032 | |
| 8.16.    PREPAID EXPENSE | $4,290.70 |
| ORACLE AMERICA, INC. 8269058 | |
| 8.17.    PREPAID EXPENSE | $1,448.72 |
| SOFTCHOICE CORPORATION 4940582 | |
| 8.18.    PREPAID EXPENSE | $3,674.20 |
| SOFTCHOICE CORPORATION 5009872 | |
| 8.19.    PRE-PETITION RETAINER BALANCE | $142,310.30 |
| THEODORA ORINGHER PC | |
| 8.20.    PREPAID INSURANCE | $1,871.50 |
| TRAVELER'S BUSINESS AUTO | |
| 8.21.    PREPAID INSURANCE | $41,304.00 |
| TRAVELER'S COMMERCIAL PACKAGE | |
| 8.22.    PREPAID INSURANCE | $1,908.75 |
| TRAVELER'S UMBRELLA | |
| 8.23.    PREPAID INSURANCE | $69,467.50 |
| TRAVELER'S WORKERS COMP | |
| 8.24.    PREPAID EXPENSE | $5,736.15 |
| VH CREATIONS INC. INV 7501-B-1 | |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

| $1,270,833.64 |
|---|

---

**Part 3:    Accounts receivable**

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.    Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ | - $_____ | = ........ → | | $_____ |

| | | Face amount | Doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | $1,779,522.33 | - $144,278.00 | = ........ → | | $1,635,244.33 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $1,635,244.33 |
|---|

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                                     % of ownership

15.1. _____    _____%    _____    $_____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.  Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.  Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |

**21.  Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. SUPPLY, PRODUCT & FREIGHT ON BOARD INVENTORY | 2/2019 | $5,763,908.23 | NET BOOK VALUE | $5,763,908.23 |
| **22.  Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.  Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$5,763,908.23

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

24.   **Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $469,980.18 Valuation method: COST Current value: $469,980.18

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.**   **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.**   **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.**   **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.**   **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

33.   **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

34.   **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                Page 8 of 27

Debtor  **Meetha Ventures LLC**  Case number *(if known)* **19-11815**

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1. SEE RESPONSE IN PART 8, NO. 50 | $_____ | _____ | $_____ |
| **40.** **Office fixtures** | | | |
| 40.1. SEE RESPONSE IN PART 8, NO. 50 | $_____ | _____ | $_____ |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. SEE RESPONSE IN PART 8, NO. 50 | $_____ | _____ | $_____ |

42. **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

43. **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) (Where available) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. JF2SJADC9GH516063 2016 SUBARU FORESTER | $12,599.76 | Net book Value | $12,599.76 |

Debtor    **Meetha Ventures LLC**                                            Case number *(if known)* **19-11815**

| | | | | |
|---|---|---|---|---|
| 47.2. | 2HKRM4H39DH681107 2013 HONDA CRV-LX | $3,062.81 | Net book Value | $3,062.81 |
| 47.3. | 5J6RE3H34BL016724 2011 HONDA CRV | $0.00 | Net book Value | $0.00 |

**48.    Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1. _____    $_____    _____    $_____

**49.    Aircraft and accessories**

49.1. _____    $_____    _____    $_____

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. | OFFICE AND RETAIL STORES - FURNITURE, FIXTURES AND EQUIPMENT | $6,338,179.68 | net book value | $6,338,179.68 |
| 50.2. | OFFICE AND RETAIL STORES - MACHINERY, HARDWARE & EQUIPMENT | $2,322,068.09 | net book value | $2,322,068.09 |

**51.    Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                          $8,675,910.34

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br>OFFICE<br><br>CORPORATE OFFICE<br>111 ELLIS STREET<br>SECOND AND THIRD FLOORS<br>SAN FRANCISCO CA 94102 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. _____<br>OFFICE<br><br>OFFICE<br>49 POWER STREET<br>SIXTH FLOOR<br>SAN FRANCISCO CA 94105 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.3. _____<br>RETAIL<br>CANDYOPOLIS - LAWTON (CENTRAL MALL)<br>51 CENTRAL MALL<br>LAWTON OK 73501-4601 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.4. _____<br>RETAIL<br>CANDYOPOLIS - OAK VIEW (OAK VIEW MALL)<br>3001 S. 144TH STREET<br>B11<br>OMAHA NE 68144 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. _____<br>RETAIL<br>CANDYOPOLIS - QUAIL SPRINGS (QUAIL SPRINGS MALL)<br>2501 WEST MEMORIAL ROAD<br>255<br>OKLAHOMA CITY OK 73134-8039 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.6. _____<br>RETAIL<br>CANDYOPOLIS - SALINA (CENTRAL MALL)<br>2259 SOUTH 9TH STREET<br>58<br>SALINA KS 67401-7313 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. _____<br>RETAIL<br>CANDYOPOLIS - SHAWNEE (SHAWNEE MALL)<br>4901 NORTH KICKAPOO AVENUE<br>1494<br>SHAWNEE OK 74804-1307 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.8. _____<br>RETAIL<br>CANDYOPOLIS - SOONER (SOONER FASHION MALL)<br>3301 W MAIN STREET<br>325<br>NORMAN OK 73072-4809 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.9. _____<br>RETAIL<br>CANDYOPOLIS - TOPEKA (WESTRIDGE MALL)<br>1801 SOUTHWEST WANAMAKER ROAD<br>G12<br>TOPEKA KS 66604-3817 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                                           Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.10. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|
| RETAIL<br><br>CANDYOPOLIS - WESTROADS (WESTROADS MALL)<br>10000 CALIFORNIA STREET<br>2414<br>OMAHA NE 68114 | | | | |
| 55.11. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>CANDYOPOLIS - WICHITA EAST (TOWNE EAST SQUARE MALL)<br>7700 EAST KELLOGG DRIVE<br>WICHITA KS 67207-1772 | | | | |
| 55.12. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>CANDYOPOLIS - WICHITA WEST (TOWNE WEST SQUARE MALL)<br>4600 WEST KELLOGG DRIVE<br>WICHITA KS 67209 | | | | |
| 55.13. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>LOLLI & POPS - ALDERWOOD MALL<br>3000 184TH STREET SOUTHWEST<br>352<br>LYNNWOOD WA 98037 | | | | |
| 55.14. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>LOLLI & POPS - ANNAPOLIS<br>2002 ANNAPOLIS MALL<br>130<br>ANNAPOLIS MD 21401 | | | | |
| 55.15. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>LOLLI & POPS - ARDEN FAIR<br>1689 ARDEN WAY<br>1136<br>SACRAMENTO CA 95815 | | | | |
| 55.16. _____ | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| RETAIL<br><br>LOLLI & POPS - BATON ROUGE<br>6401 BLUEBONNET BOULEVARD<br>1046<br>BATON ROUGE LA 70836 | | | | |

Debtor   **Meetha Ventures LLC**                                                                  Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.17.  _____<br>RETAIL<br><br>LOLLI & POPS - BATTLEFIELD MALL<br>2825 SOUTH GLENSTONE AVENUE<br>T06<br>SPRINGFIELD MO 65804 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.18.  _____<br>RETAIL<br><br>LOLLI & POPS - BAYBROOK MALL<br>500 BAYBROOK MALL<br>1188<br>FRIENDSWOOD TX 77546 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.19.  _____<br>RETAIL<br><br>LOLLI & POPS - BEACHWOOD PLACE<br>26300 CEDAR ROAD<br>UNIT 1430<br>BEACHWOOD OH 44122 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.20.  _____<br>RETAIL<br><br>LOLLI & POPS - BELLEVUE SQUARE MALL<br>165 BELLEVUE SQUARE<br>BELLEVUE WA 98001 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.21.  _____<br>RETAIL<br><br>LOLLI & POPS - BOISE TOWN SQUARE<br>350 N. MILWAUKEE STREET<br>1145<br>BOISE ID 83704 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.22.  _____<br>RETAIL<br><br>LOLLI & POPS - BRIDGEWATER COMMONS<br>400 COMMONS WAY<br>218<br>BRIDGEWATER NJ 08807 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.23.  _____<br>RETAIL<br><br>LOLLI & POPS - CHERRY CREEK SHOPPING CENTER<br>3000 EAST FIRST AVENUE<br>195<br>DENVER CO 80206 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                                   Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.24. _____<br><br>RETAIL<br><br>LOLLI & POPS - CHICAGO<br>5220 FASHION OUTLET WAY<br>1085<br>ROSEMONT IL 60018 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.25. _____<br><br>RETAIL<br><br>LOLLI & POPS - CHICAGO FASHION OUTLETS MALL<br>5220 FASHION OUTLETS WAY, #1085.<br>ROSEMONT IL 60018 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.26. _____<br><br>RETAIL<br><br>LOLLI & POPS - CHRISTIANA MALL<br>174 CHRISTIANA MALL<br>1555<br>NEWARK DE 19702 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.27. _____<br><br>RETAIL<br><br>LOLLI & POPS - CLACKAMAS TOWN CENTER<br>12000 SE 82ND AVENUE<br>1045<br>HAPPY VALLEY OR 97086 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.28. _____<br><br>RETAIL<br><br>LOLLI & POPS - CORONADO CENTER<br>6600 MENAUL BOULEVARD NE<br>T-010<br>ALBUQUERQUE NM 87110 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.29. _____<br><br>RETAIL<br><br>LOLLI & POPS - FAIR OAKS<br>11816L FAIR OAKS<br>L-134<br>FAIRFAX VA 22033 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.30. _____<br><br>RETAIL<br><br>LOLLI & POPS - FASHION PLACE<br>6191 SOUTH STATE STREET<br>C226<br>MURRAY UT 84107 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.31. _____<br>RETAIL<br><br>LOLLI & POPS - FASHION SHOW<br>3200 S. LAS VEGAS BOULEVARD<br>1055<br>LAS VEGAS NV 89109 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.32. _____<br>RETAIL<br><br>LOLLI & POPS - FASHION SQUARE<br>14006 RIVERSIDE DRIVE<br>76<br>SHERMAN OAKS CA 91423 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.33. _____<br>RETAIL<br><br>LOLLI & POPS - FIRST COLONY<br>16535 SOUTHWEST FREEWAY<br>620<br>SUGAR LAND TX 77479 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.34. _____<br>RETAIL<br><br>LOLLI & POPS - GALLERIA AT ROSEVILLE<br>1151 GALLERIA BOULEVARD<br>227<br>ROSEVILLE CA 95678 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.35. _____<br>RETAIL<br><br>LOLLI & POPS - GARDEN STATE PLAZA<br>1 GARDEN STATE PLAZA<br>1103<br>PARAMUS NJ 07652 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.36. _____<br>RETAIL<br><br>LOLLI & POPS - GLENDALE GALLERIA<br>1175 GLENDALE GALLERIA<br>8008<br>GLENDALE CA 91210 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.37. _____<br>RETAIL<br><br>LOLLI & POPS - JORDAN CREEK TOWN CENTER<br>101 JORDAN CREEK PKWY<br>11048<br>DES MOINES IA 50266 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.38. _____<br>RETAIL<br>LOLLI & POPS - KENWOOD TOWNE CETNER<br>7875 MONTGOMERY ROAD<br>1235<br>CINCINNATI OH 45236 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.39. _____<br>RETAIL<br>LOLLI & POPS - KING OF PRUSSIA<br>160 NORTH GULPH ROAD<br>1225D<br>KING OF PRUSSIA PA 19406 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.40. _____<br>RETAIL<br>LOLLI & POPS - LEHIGH VALLEY MALL<br>138 LEHIGH VALLEY MALL<br>WHITEHALL PA 18052 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.41. _____<br>RETAIL<br>LOLLI & POPS - LOS GATOS<br>35 NORTH SANTA CRUZ AVENUE<br>LOS GATOS CA 95030 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.42. _____<br>RETAIL<br>LOLLI & POPS - MALL OF COLUMBIA<br>10300 LITTLE PATUXENT PARKWAY<br>1050<br>COLUMBIA MD 21044 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.43. _____<br>RETAIL<br>LOLLI & POPS - MALL ST. MATTHEWS<br>5000 SHELBYVILLE ROAD<br>1420<br>LOUISVILLE KY 40207 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.44. _____<br>RETAIL<br>LOLLI & POPS - MAYFAIR MALL<br>2500 N. MAYFAIR ROAD<br>WAUWATOSA WI 53226 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.45. _____<br>RETAIL<br>LOLLI & POPS - MEMORIAL CITY MALL<br>303 MEMORIAL CITY<br>291<br>HOUSTON TX 77024 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.46. _____<br><br>RETAIL<br><br>LOLLI & POPS - MONTGOMERY<br>7101 DEMOCRACY BOULEVARD<br>STORE 1046<br>BETHESDA MD 20817 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.47. _____<br><br>RETAIL<br><br>LOLLI & POPS - NATICK MALL<br>1245 WORCESTER STREET<br>1046<br>NATICK MA 01760 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.48. _____<br><br>RETAIL<br><br>LOLLI & POPS - NORTH POINT MALL<br>1000 NORTH POINT CIRCLE<br>1186<br>ALPHARETTA GA 30022 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.49. _____<br><br>RETAIL<br><br>LOLLI & POPS - NORTH STAR MALL<br>7400 SAN PEDRO<br>1215<br>SAN ANTONIO TX 78216 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.50. _____<br><br>RETAIL<br><br>LOLLI & POPS - NORTHRIDGE FASHION CENTER<br>9301 TAMPA AVENUE<br>27<br>NORTHRIDGE CA 91324 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.51. _____<br><br>RETAIL<br><br>LOLLI & POPS - OAK PARK MALL<br>11413 WEST 95TH STREET<br>45<br>OVERLAND PARK KS 66214 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.52. _____<br><br>RETAIL<br><br>LOLLI & POPS - OAKBROOK CENTER<br>513 OAKBROOK CENTER<br>OAKBROOK IL 60523 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.53. _____<br>RETAIL<br><br>LOLLI & POPS - OAKRIDGE MALL<br>925 BLOSSOM HILL ROAD<br>Y14<br>SAN JOSE CA 95123 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.54. _____<br>RETAIL<br><br>LOLLI & POPS - OXMOOR CENTER<br>7900 SHELBYVILLE ROAD<br>LOUISVILLE KY 40222 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.55. _____<br>RETAIL<br><br>LOLLI & POPS - PALM SPRINGS<br>111 N. PALM CANYON DRIVE<br>140<br>PALM SPRINGS CA 92262 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.56. _____<br>RETAIL<br><br>LOLLI & POPS - PARK CITY<br>208 PARK CITY CENTER<br>LANCASTER PA 17601 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.57. _____<br>RETAIL<br><br>LOLLI & POPS - PARK MEADOWS<br>8505 PARK MEADOWS CENTER DRIVE<br>2580<br>LONE TREE CO 80124 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.58. _____<br>RETAIL<br><br>LOLLI & POPS - PENN SQUARE MALL<br>1901 NORTHWEST EXPRESSWAY<br>2003<br>OKLAHOMA CITY OK 73118-1607 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.59. _____<br>RETAIL<br><br>LOLLI & POPS - PERIMETER MALL<br>4400 ASHFORD DUNWOODY ROAD<br>1355<br>ATLANTA GA 30346 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.60. _____<br><br>RETAIL<br><br>LOLLI & POPS - PROVIDENCE PLACE<br>114 PROVIDENCE PLACE<br>5388<br>PROVIDENCE RI 02903 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.61. _____<br><br>RETAIL<br><br>LOLLI & POPS - RIDGEDALE CENTER<br>12269 WAYZATA BOULEVARD<br>1163<br>MINNETONKA MN 55305 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.62. _____<br><br>RETAIL<br><br>LOLLI & POPS - SHOPS AT MISSION VIEJO<br>362 THE SHOPS AT MISSION VIEJO<br>MISSION VIEJO CA 92691 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.63. _____<br><br>RETAIL<br><br>LOLLI & POPS - SOUTHCENTER<br>251 SOUTHCENTER MALL<br>SEATTLE WA 98188 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.64. _____<br><br>RETAIL<br><br>LOLLI & POPS - STONEBRIAR CENTER<br>2601 PRESTON ROAD<br>2012<br>FRISCO TX 75034 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.65. _____<br><br>RETAIL<br><br>LOLLI & POPS - STONESTOWN GALLERIA<br>3251 20TH AVENUE<br>167<br>SAN FRANCISCO CA 94132 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.66. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE GRAND CANAL SHOPPES<br>3377 LAS VEGAS BOULEVARD<br>2105<br>LAS VEGAS NV 89109 | LEASEHOLD INTEREST | UNDETERMINED | | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.67. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE MAINE MALL<br>364 MAINE MALL ROAD<br>W-117<br>SOUTH PORTLAND ME 04106 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.68. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE OAKS<br>228 W. HILLCREST DRIVE<br>2019<br>THOUSAND OAKS CA 91360 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.69. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE PALAZZO<br>3327 LAS VEGAS BOULEVARD<br>2860<br>LAS VEGAS NV 89109 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.70. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE SHOPS AT LA CANTERA<br>15900 LA CANTERA PARKWAY<br>8860<br>SAN ANTONIO TX 78256 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.71. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE STREETS AT SOUTHPOINT<br>6910 FAYETTEVILLE ROAD<br>182<br>DURHAM NC 27713 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.72. _____<br><br>RETAIL<br><br>LOLLI & POPS - THE WOODLANDS MALL<br>1201 LAKE WOODLANDS DRIVE<br>1180<br>THE WOODLANDS TX 77380 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.73. _____<br><br>RETAIL<br><br>LOLLI & POPS - TOPANGA MALL<br>6600 TOPANGA CANYON BOULEVARD<br>1086<br>CANOGA PARK CA 91303 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.74.  _____<br>RETAIL<br><br>LOLLI & POPS - TOWSON TOWN CENTER<br>825 DULANEY VALLEY ROAD<br>3360<br>TOWSON MD 21204 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.75.  _____<br>RETAIL<br><br>LOLLI & POPS - TULSA<br>7021 S. MEMORIAL DRIVE<br>273<br>TULSA OK 74133 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.76.  _____<br>RETAIL<br><br>LOLLI & POPS - TWELVE OAKS<br>27494B NOVI ROAD<br>NOVI MI 48377 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.77.  _____<br>RETAIL<br><br>LOLLI & POPS - TYSONS CORNER<br>7904L TYSONS CORNER CENTER<br>E1AL<br>MCLEAN VA 22102 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.78.  _____<br>RETAIL<br><br>LOLLI & POPS - WASHINGTON SQUARE<br>9642 SW WASHINGTON SQUARE ROAD<br>G12<br>TIGARD OR 97223 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.79.  _____<br>RETAIL<br><br>LOLLI & POPS - WEST COUNTY CENTER<br>29 WEST COUNTY CENTER<br>1055<br>DES PERES MO 63131 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.80.  _____<br>RETAIL<br><br>LOLLI & POPS - WESTLAKE CENTER<br>400 PINE STREET<br>126<br>SEATTLE WA 98101 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.81. _____<br><br>RETAIL<br><br>LOLLI & POPS - WILLOWBROOK MALL<br>1400 WILLOWBROOK MALL<br>1515<br>WAYNE NJ 07470 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.82. _____<br><br>RETAIL<br><br>LOLLI & POPS - WILLOWBROOK TX MALL<br>1590 WILLOWBROOK MALL<br>HOUSTON TX 77070 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.83. _____<br><br>RETAIL<br><br>RETAIL - LEASEHOLD IMPROVEMENTS - ALL PROPERTY | LEASEHOLD INTEREST | $30,738,171.34 | NET BOOK VALUE | $30,738,171.34 |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| | $30,738,171.34 |
|---|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.    Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.    Licenses, franchises, and royalties** | | | |
| 62.1.    BUSINESS LICENSE - TULSA - TULSA OK | UNDETERMINED | _____ | UNDETERMINED |
| 62.2.    BUSINESS LICENSE - PENN SQUARE - OKLAHOMA CITY OK | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| 62.3. | BUSINESS LICENSE - CHICAGO - ROSEMONT IL | UNDETERMINED | _____ | UNDETERMINED |
| 62.4. | BUSINESS LICENSE - ROSEVILLE - ROSEVILLE CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.5. | BUSINESS LICENSE - GLENDALE - GLENDALE CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.6. | BUSINESS LICENSE - STONEBRIAR MALL - FRISCO TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.7. | BUSINESS LICENSE - LA CANTERA - SAN ANTONIO TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.8. | BUSINESS LICENSE - TYSON'S CORNER - MCLEAN VA | UNDETERMINED | _____ | UNDETERMINED |
| 62.9. | BUSINESS LICENSE - ALDERWOOD MALL - LYNNWOOD WA | UNDETERMINED | _____ | UNDETERMINED |
| 62.10. | BUSINESS LICENSE - ANNAPOLIS - ANNAPOLIS MD | UNDETERMINED | _____ | UNDETERMINED |
| 62.11. | BUSINESS LICENSE - THE WOODLANDS - THE WOODLANDS TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.12. | BUSINESS LICENSE - BATON ROUGE - BATON ROUGE LA | UNDETERMINED | _____ | UNDETERMINED |
| 62.13. | BUSINESS LICENSE - PARK MEADOWS - LONE TREE CO | UNDETERMINED | _____ | UNDETERMINED |
| 62.14. | BUSINESS LICENSE - TOPANGA - CANOGA PAK CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.15. | BUSINESS LICENSE - FASHION SQUARE - SHERMAN OAKS CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.16. | BUSINESS LICENSE - MONTGOMERY - BETHESDA MD | UNDETERMINED | _____ | UNDETERMINED |
| 62.17. | BUSINESS LICENSE - WASHINGTON SQUARE - TIGARD OR | UNDETERMINED | _____ | UNDETERMINED |
| 62.18. | LIQUOR LICENSE - WASHINGTON SQUARE - TIGARD OR | UNDETERMINED | _____ | UNDETERMINED |
| 62.19. | BUSINESS LICENSE - THE OAKS - THOUSAND OAKS CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.20. | BUSINESS LICENSE - SOUTHCENTER - TUKWILA WA | UNDETERMINED | _____ | UNDETERMINED |
| 62.21. | BUSINESS LICENSE - NATICK - NATICK MA | UNDETERMINED | _____ | UNDETERMINED |
| 62.22. | BUSINESS LICENSE - MEMORIAL CITY - HOSTON TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.23. | BUSINESS LICENSE - OAKRIDGE MALL - SAN JOSE CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.24. | BUSINESS LICENSE - BELLEVUE - BELLEVUE WA | UNDETERMINED | _____ | UNDETERMINED |
| 62.25. | BUSINESS LICENSE - ARDEN FAIR - SACRAMENTO CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.26. | BUSINESS LICENSE - LOS GATOS - LOS GATOR CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.27. | BUSINESS LICENSE - BOISE TOWN SQUARE - BOISE ID | UNDETERMINED | _____ | UNDETERMINED |
| 62.28. | BUSINESS LICENSE - PERIMETER MALL - ATLANTA GA | UNDETERMINED | _____ | UNDETERMINED |
| 62.29. | BUSINESS LICENSE - NORTH POINT MALL - ALPHARETTA GA | UNDETERMINED | _____ | UNDETERMINED |
| 62.30. | BUSINESS LICENSE - GARDEN STATE PLAZA - PARAMUS NJ | UNDETERMINED | _____ | UNDETERMINED |
| 62.31. | BUSINESS LICENSE - WEST COUNTY CENTER - DES PERES MO | UNDETERMINED | _____ | UNDETERMINED |
| 62.32. | BUSINESS LICENSE - BATTLEFIELD MALL - SPRINGFIELD MO | UNDETERMINED | _____ | UNDETERMINED |
| 62.33. | BUSINESS LICENSE - SHOPS MISSION VIEJO - MISSION VIEJO CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.34. | BUSINESS LICENSE - KING OF PRUSSIA - KING OF PRUSSIA PA | UNDETERMINED | _____ | UNDETERMINED |
| 62.35. | BUSINESS LICENSE - LEHIGH VALLEY MALL - WHITEHALL PA | UNDETERMINED | _____ | UNDETERMINED |
| 62.36. | BUSINESS LICENSE - WILLOWBROOK MALL - WAYNE NJ | UNDETERMINED | _____ | UNDETERMINED |
| 62.37. | BUSINESS LICENSE - RIDGEDALE CENTER - MINNETONKA MN | UNDETERMINED | _____ | UNDETERMINED |
| 62.38. | BUSINESS LICENSE - OAK PARK MALL - OVERLAND PARK KS | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                                      Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| 62.39. | BUSINESS LICENSE - CORONADO MALL - ALBUQUERQUE NM | UNDETERMINED | _____ | UNDETERMINED |
| 62.40. | BUSINESS LICENSE - FASHION PLACE - MURRAY UT | UNDETERMINED | _____ | UNDETERMINED |
| 62.41. | BUSINESS LICENSE - NORTH STAR MALL - SAN ANTONIO TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.42. | BUSINESS LICENSE - MALL OF COLUMBIA - COLUMBIA MD | UNDETERMINED | _____ | UNDETERMINED |
| 62.43. | BUSINESS LICENSE - OAKBROOK CENTER - OAKBROOK IL | UNDETERMINED | _____ | UNDETERMINED |
| 62.44. | BUSINESS LICENSE - BAYBROOK MALL - FRIENDSWOOD TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.45. | BUSINESS LICENSE - PARK CITY CENTER - LANCASTER PA | UNDETERMINED | _____ | UNDETERMINED |
| 62.46. | BUSINESS LICENSE - FASHION SHOW MALL - LAS VEGAS NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.47. | BUSINESS LICENSE - BRIDGEWATER - BRIDGEWATER NJ | UNDETERMINED | _____ | UNDETERMINED |
| 62.48. | BUSINESS LICENSE - STONESTOWN - SAN FRANCISCO CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.49. | BUSINESS LICENSE - TOWSON - TOWSON MD | UNDETERMINED | _____ | UNDETERMINED |
| 62.50. | BUSINESS LICENSE - STREETS AT SOUTHPOINT - DURHAM NC | UNDETERMINED | _____ | UNDETERMINED |
| 62.51. | BUSINESS LICENSE - FIRST COLONY - SUGAR LAND TX | UNDETERMINED | _____ | UNDETERMINED |
| 62.52. | BUSINESS LICENSE - NORTHRIDGE - NORTHRIDGE CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.53. | BUSINESS LICENSE - JORDAN CREEK - DES MOINES IA | UNDETERMINED | _____ | UNDETERMINED |
| 62.54. | BUSINESS LICENSE - OXMOOR - LOUISVILLE KY | UNDETERMINED | _____ | UNDETERMINED |
| 62.55. | BUSINESS LICENSE - MALL ST. MATTHEWS - LOUISVILLE KY | UNDETERMINED | _____ | UNDETERMINED |
| 62.56. | BUSINESS LICENSE - CLACKAMAS - HAPPY VALLEY OR | UNDETERMINED | _____ | UNDETERMINED |
| 62.57. | BUSINESS LICENSE - GRAND CANAL - LAS VEGAS NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.58. | BUSINESS LICENSE - PALAZZO - LAS VEGAS NV | UNDETERMINED | _____ | UNDETERMINED |
| 62.59. | BUSINESS LICENSE - KENWOOD - CINCINNATI OH | UNDETERMINED | _____ | UNDETERMINED |
| 62.60. | BUSINESS LICENSE - WEST LAKE - SEATTLE WA | UNDETERMINED | _____ | UNDETERMINED |
| 62.61. | BUSINESS LICENSE - PROVIDENCE PLACE - PROVIDENCE RI | UNDETERMINED | _____ | UNDETERMINED |
| 62.62. | BUSINESS LICENSE - BEACHWOOD PLACE - BEACHWOOD OH | UNDETERMINED | _____ | UNDETERMINED |
| 62.63. | BUSINESS LICENSE - MAINE MALL - SOUTH PORTLAND NE | UNDETERMINED | _____ | UNDETERMINED |
| 62.64. | BUSINESS LICENSE - CHRISTIANA - NEWARK DE | UNDETERMINED | _____ | UNDETERMINED |
| 62.65. | BUSINESS LICENSE - MAYFAIR - WAUWATOSA WI | UNDETERMINED | _____ | UNDETERMINED |
| 62.66. | BUSINESS LICENSE - PALM SPRINGS - PALM SPRINGS CA | UNDETERMINED | _____ | UNDETERMINED |
| 62.67. | BUSINESS LICENSE - TWELVE OAKS - NOVI MI | UNDETERMINED | _____ | UNDETERMINED |
| 62.68. | BUSINESS LICENSE - FAIR OAKS - FAIRFAX VA | UNDETERMINED | _____ | UNDETERMINED |
| 62.69. | BUSINESS LICENSE - CHERRY CREEK - DENVER CO | UNDETERMINED | _____ | UNDETERMINED |
| 62.70. | BUSINESS LICENSE - WILLOWBROOK TX - WILLOWBROOK TX | UNDETERMINED | _____ | UNDETERMINED |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. | CUSTOMER LISTS INCLUDING REWARDS PROGRAM | UNDETERMINED | _____ | UNDETERMINED |
| **64.** | **Other intangibles, or intellectual property** | | | |
| 64.1. | ARCHITECTURAL FEES | $839,828.81 | Net Book Value | $839,828.81 |
| 64.2. | SOFTWARE | $140,169.22 | Net Book Value | $140,169.22 |
| 64.3. | WEBSITE DEVELOPMENT FEES | $832,135.60 | Net Book Value | $832,135.60 |

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

**65.**   **Goodwill**

65.1. _____ $_____ _____ $_____

**66.**   **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.                          $1,812,133.63

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.**   **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.**   **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 72.1. MISSOURI DEPT OF REVENUE | $229.55 | $_____ | 2016 | $229.55 |
| 72.2. US DEPARTMENT OF THE TREASURY | $_____ | $24,934,002.20 | ENDING FISCAL JULY 2019 | UNDETERMINED |

**73.**   **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 73.1. ADMIRAL INSURANCE COMPANY | EMPLOYMENT PRACTICES AND FEES INSURANCE - POLICY # DEP1454804P3 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| | | | | | |
|---|---|---|---|---|---|
| 73.2. | SCOTTSDALE INSURANCE COMPANY | BUSINESS AND MANAGEMENT (BAM) INDEMNITY INSURANCE COVERAGE POLICY # EKS3274385 | _____ | _____ | _____ UNDETERMINED |
| 73.3. | TRAVELERS | GLOBAL PACKAGE ZPP-81M70002-18-GC | _____ | _____ | _____ UNDETERMINED |
| 73.4. | TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | AUTOMOBILE INSURANCE POLICY # BA7H0937328CAG | _____ | _____ | _____ UNDETERMINED |
| 73.5. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | UMBRELLA INSURANCE POLICY # CUP7H22255818 | _____ | _____ | _____ UNDETERMINED |
| 73.6. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | WORKERS' COMPENSATION INSURANCE POLICY # UB7H11794318 | _____ | _____ | _____ UNDETERMINED |
| 73.7. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | COMMERCIAL GENERAL LIABILITY INSURANCE POLICY # Y6307H0932TIL18 | _____ | _____ | _____ UNDETERMINED |

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | _____ | _____ | $_____ | $_____ |

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | KATERRA RENOVATIONS LLC | LIQUIDATED DAMAGES | $450,000.00 | $450,000.00 |

**76.   Trusts, equitable or future interests in property**

| | | | |
|---|---|---|---|
| 76.1. | _____ | | $_____ |

**77.   Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | MISCELLANEOUS ORDINARY COURSE OF BUSINESS CREDITS | $94,043.74 |
| 77.2. | SUBLESSEE RECEIVABLE - BEST WISDOM TECHNOLOGY, LLC | UNDETERMINED |
| 77.3. | SUBLESSEE RECEIVABLE - BALLAST INVESTMENTS, LLC | UNDETERMINED |

**78.   Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $544,273.29 |

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,018,818.13 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,270,833.64 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,635,244.33 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $5,763,908.23 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,675,910.34 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ................................................ → | | $30,738,171.34 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,812,133.63 | |
| 90. | **All other assets.** *Copy line 78, Part 11.*                    + | $544,273.29 | |
| 91. | **Total.** Add lines 80 through 90 for each column. ..........91a. | $20,721,121.59   + 91b. | $30,738,171.34 |

92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... $51,459,292.93

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Meetha Ventures LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-11815 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1.** **Creditor's name and address**<br><br>HORIZON RETAIL CONSTRUCTION INC<br>LEGAL DEPT.<br>9999 E EXPLORATION CT<br>STURTEVANT WI 53177<br><br>**Creditor's email address, if known**<br>_____ | **Describe debtor's property that is subject to a lien**<br>API NOS. 162-16-311-002 & 162-16-311-010<br><br>**Describe the lien**<br>LIEN RECORDED 4/15/2019, CLARK COUNTY RECORDER, DOCUMENT # 20190415-00017 52, 3377 LAS VEGAS BLVD., 2105, LAS VEGAS, NV 89109 | $92,116.24 | UNDETERMINED |
| **Date debt was incurred:** Various<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  _____<br>  _____<br>  ☐ Yes. The relative priority of creditors is specified on lines: _____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |

Debtor    **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

HORIZON RETAIL CONSTRUCTION INC
LEGAL DEPT.
9999 E EXPLORATION CT
STURTEVANT WI 53177

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

API NO. 162-16-213-014                    $111,246.52          UNDETERMINED

**Describe the lien**

LIEN RECORDED 4/15/2019, CLARK COUNTY RECORDER, DOCUMENT # 20190415-00021 04, 3327 LAS VEGAS BLVD., 2860, LAS VEGAS, NV 89109

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

KM KELLY, INC
93 HUNTOON MEMORIAL HIGHWAY
ROCHDALE MA 01542

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

_____    $25,336.71           UNDETERMINED

**Describe the lien**

NOTICE OF INTENTION TO CLAIM LIEN RECORDED JUNE 26, 2019 IN CITY OF PROVIDENCE, DOCUMENT NO. 00230224, BOOK 12400, PAGE 134

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | TRIANGLE SIGN & SERVICE LLC<br>C/O MAIL CENTER<br>REFERENCE ID: 2292211<br>9450 SW GEMINI DR #7790<br>BEAVERTON OR 97008-7105 | APN #: 162-16-311-010 | $26,146.30 | UNDETERMINED |

**Describe the lien**

NEVADA NOTICE OF LIEN RECORDED,
CLARK COUNTY, 4/16/2019, DOCUMENT
NO. 20190416-0000347

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | TRIANGLE SIGN & SERVICE LLC<br>C/O MAIL CENTER<br>REFERENCE ID: 2292211<br>9450 SW GEMINI DR #7790<br>BEAVERTON OR 97008-7105 | APN #: 162-16-311-009 | $26,209.28 | UNDETERMINED |

**Describe the lien**

NEVADA NOTICE OF LIEN RECORDED
CLARK COUNTY, 4/16/2019, DOCUMENT
NO. 20190416-0000354

**Creditor's email address, if known**

_____

**Date debt was incurred:** Various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$281,055.05** |
|---|---|---|

Debtor   **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | BOWDITCH & DEWEY LLP<br>DAVID TRAVERS<br>ONE INTERNATIONAL PLACE<br>SUITE 4410<br>BOSTON MA 02110 | Line 2.3 | _____ |
| 3.2. | MEADE LAW GROUP<br>LEON F MEAD II, ESQ.<br>10161 PARK RUN DR<br>SUITE 150<br>LAS VEGAS NV 89145 | Line 2.1 | _____ |
| 3.3. | MEADE LAW GROUP<br>LEON F MEAD II, ESQ.<br>10161 PARK RUN DR<br>SUITE 150<br>LAS VEGAS NV 89145 | Line 2.2 | _____ |
| 3.4. | RETAIL CONTRACTING GROUP, INC.<br>3880 LAVERNE AVENUE N<br>SUITE 215<br>LAKE ELMO MN 55042 | Line 2.3 | _____ |

**Fill in this information to identify the case:**

**Debtor name:** Meetha Ventures LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-11815

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ADAMS, ALEXANDREA D<br>20843 LANDMARK DR<br>HARRAH OK 73045 | | $34.02 | $34.02 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PAID TIME OFF | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AGRICULTURAL COMMISSIONER WEIGHTS AND MEASURE<br>11012 GARFIELD AVE<br>SOUTH GATE CA 90280 | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AKERS, LARISSA M.<br>5147 O SULLIVAN DR<br>LOS ANGELES CA 90032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.16 | $40.16<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      PAID TIME OFF

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                        ☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALUMBAUGH, AMANDA K<br>2632 57TH ST<br>SACRAMENTO CA 95817 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.53 | $104.53<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      PAID TIME OFF

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                        ☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMBROSINO, ADRIANNA N<br>165 FRANKLIN ST<br>BLOOMFIELD NJ 07003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102.00 | $102.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                      PAID TIME OFF

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                        ☒ No
**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

AMMERMAN, EAN J
540 PENN ST
CATASAUQUA PA 18032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $163.80

**Priority amount**    $163.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.7. **Priority creditor's name and mailing address**

ANNE ARUNDEL COUNTY HEALTH DEPT
3 HARRY S TRUMAN PKWY
ANNAPOLIS MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.8. **Priority creditor's name and mailing address**

ANNE ARUNDEL COUNTY MARYLAND OFFICE OF FINANCE
PO BOX 427
ANNAPOLIS MD 21404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.9.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.9.**

**Priority creditor's name and mailing address**

ASSESSOR OF VENTURA COUNTY
DAN GOODWIN
800 S VICTORIA AVE
VENTURA CA 93009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.10.**

**Priority creditor's name and mailing address**

ASSESSORS OFFICE
41 SOUTH CENTRAL AVE
ST LOUIS MO 63105-1777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.11.**

**Priority creditor's name and mailing address**

AUBLEY, EMILY M
12145 WEXFORD CLUB DR
ROSWELL GA 30075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| $170.04 | $170.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.12.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

AZUMAH, CARMELITA
4409 N 88TH ST
MILWAUKEE WI 53225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $186.16 | $186.16 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.13.** **Priority creditor's name and mailing address**

BABCOCK, SCARLETT A
8217 VILLA OAK DR
CITRUS HEIGHTS CA 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $163.68 | $163.68 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.14.** **Priority creditor's name and mailing address**

BALTIMORE COUNTY MARYLAND
6401 YORK RD 3RD FLOOR
BALTIMORE MD 21212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                                     Case number *(if known)* **19-11815**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

2.15.  **Priority creditor's name and mailing address**

BEARDEN, KENDALL M
123 CRYSTAL CIR
NORMAN OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$79.16

**Priority amount**
$79.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.16.  **Priority creditor's name and mailing address**

BEISCH, CHAD M
600 N PLEASANT HILL BLVD
UNIT 105
PLEASANT HILL IA 50327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$940.87

**Priority amount**
$940.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.17.  **Priority creditor's name and mailing address**

BENN, CARRIE
10495 NE 4TH ST
APT 206
BELLEVUE WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$775.31

**Priority amount**
$775.31

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

---

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BERNALILLO COUNTY ASSESSOR
501 TIJERAS AVE NW
ALBUQUERQUE NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BERNARDINO, ROBERT
5445 WEST RENO AVE
APT B-906
LAS VEGAS NV 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $118.49
Priority amount: $118.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BEXAR APPRAISAL DISTRICT
411 N FRIO ST
SAN ANTONIO TX 78207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.21.**

**Priority creditor's name and mailing address**

BEXAR APPRAISAL DISTRICT
VISTA VERDE PLAZA BUILDING
233 N PECOS LA TRINIDAD
SAN ANTONIO TX 78207-3175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.22.**

**Priority creditor's name and mailing address**

BLAND, MARGO CARLETA
1303 N MATHEWSON AVE
WICHITA KS 67214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,281.06 | $1,281.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.23.**

**Priority creditor's name and mailing address**

BOBBITT, JAMES C
3707 HIGHGATE DR
APT D
DURHAM NC 27713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,657.22 | $1,657.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.24.** **Priority creditor's name and mailing address**

BRADEN, ANGELIC
903 9TH AVE
#14
SEATTLE WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$645.63

**Priority amount**
$645.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.25.** **Priority creditor's name and mailing address**

BROWN, SAMANTHA LEA
2241 NORTHWEST 52ND ST
OKLAHOMA CITY OK 73112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$252.69

**Priority amount**
$252.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.26.** **Priority creditor's name and mailing address**

BUCHANAN, BARBARA
20608 CHARLOTTE BLVD SOUTH
MILLSBORO DE 19966

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$5,222.90

**Priority amount**
$5,222.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                Case number *(if known)* **19-11815**

| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

BURGESS, LISA A
304 JOY DR
O'FALLON IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,345.57

**Priority amount** $3,345.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.28.

**Priority creditor's name and mailing address**

BURNETT, MARK
9565 BLAKE LN
APT 102
FAIRFAX VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $231.48

**Priority amount** $231.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.29.

**Priority creditor's name and mailing address**

BUTTRICK, JONATHAN ARTHUR
685 SOCIAL ST
#108
WOONSOCKET RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,338.93

**Priority amount** $1,338.93

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.30.  **Priority creditor's name and mailing address**

BYRNE, SARAH
755 NORTH KENILWORTH AVE
ELMHURST IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $147.00 | $147.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.31.  **Priority creditor's name and mailing address**

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
P.O. BOX 942879
SACRAMENTO CA 94279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $6,618.45 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.32.  **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
BAKERSFIELD
DIRECTOR
7718 MEANY AVE
BAKERSFIELD CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| **2.33.** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | |

**2.33.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
EL CENTRO
DIRECTOR
1550 W MAIN ST
EL CENTRO CA 92243

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.34.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
FRESNO
DIRECTOR
770 E SHAW AVE
STE 222
FRESNO CA 93710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.35.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
LONG BEACH
DIRECTOR
300 OCEANGATE
STE 302
LONG BEACH CA 90802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.36. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.36.** **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
LOS ANGELES
DIRECTOR
320 W FOURTH ST
LOS ANGELES CA 90013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.37.** **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
OAKLAND
DIRECTOR
1515 CLAY ST
ROOM 401
OAKLAND CA 94612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.38.** **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
REDDING
DIRECTOR
250 HEMSTEAD DR
2ND FL STE A
REDDING CA 96002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|-------------|-----------------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

---

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SACRAMENTO
DIRECTOR
2031 HOWE AVE
STE 100
SACRAMENTO CA 95825

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.40. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SALINAS
DIRECTOR
1870 N MAIN ST
STE 150
SALINAS CA 93906

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.41. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SAN BERNARDINO
DIRECTOR
464 W FOURTH ST
ROOM 348
SAN BERNADINO CA 92401

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SAN DIEGO
DIRECTOR
7575 METROPOLITAN DR
ROOM 210
SAN DIEGO CA 92108

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.43. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SAN FRANCISCO
DIRECTOR
455 GOLDEN GATE AVE 10TH FL
SAN FRANCISCO CA 94102

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.44. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SAN JOSE
DIRECTOR
100 PARSEO DE SAN ANTONIO
ROOM 120
SAN JOSE CA 95113

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 2.45. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.45.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SANTA ANA
DIRECTOR
605 WEST SANTA ANA BLVD BLDG 28
ROOM 625
SANTA ANA CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.46.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SANTA BARBARA
DIRECTOR
411 E CANON PERDIDO
ROOM 3
SANTA BARBARA CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.47.**

**Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL RELATIONS
SANTA ROSA
DIRECTOR
50 'D' ST
STE 360
SANTA ROSA CA 95404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.48.** **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL
RELATIONS
STOCKTON
DIRECTOR
31 E CHANNEL ST
ROOM 317
STOCKTON CA 95202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.49.** **Priority creditor's name and mailing address**

CALIFORNIA DEPT OF INDUSTRIAL
RELATIONS
VAN NUYS
DIRECTOR
6150 VAN NUYS BLVD
ROOM 206
VAN NUYS CA 91401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.50.** **Priority creditor's name and mailing address**

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.51. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.51.** **Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF
EQUALIZATION SBOE
SPECIAL OPERATIONS BANKRUPTCY
TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.52.** **Priority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLERS
OFFICE
UNCLAIMED PROPERTY DIVISION
10600 WHITE ROCK RD
STE 141
RANCHO CORDOVA CA 95670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.53.** **Priority creditor's name and mailing address**

CANDELA, MELANIE E
1407 WINGATE WAY
ATLANTA GA 30350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $336.35 | $336.35 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CANNATA, BENJAMIN<br>1736 BOULDER ST<br>APT 412<br>DENVER CO 80211 | *Check all that apply.* | $431.80 | $431.80 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.55. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CASTON, JOHN<br>12996 ROUGK LN<br>WALKER LA 70785 | *Check all that apply.* | $1,404.92 | $1,404.92 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.56. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CATIPON, ANNE KATRINA B<br>628 B DESOTA DR<br>BRIDGEWATER NJ 08807 | *Check all that apply.* | $97.28 | $97.28 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | |
|---|---|
| **2.57.** | **Priority creditor's name and mailing address** |

CAZINHA, BRIELLE
20926 126TH AVE SE
KENT WA 98031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $296.34 | $296.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.58.   Priority creditor's name and mailing address**

CHACO, LEILANI M
1346 EAST DESERT INN RD
LAS VEGAS NV 89169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $14.74 | $14.74 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.59.   Priority creditor's name and mailing address**

CHEN, STEPHEN F
4315 ROUNDTREE LN
MISSOURI CITY TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $240.52 | $240.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                             Case number *(if known)* **19-11815**

| 2.60. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.60. | **Priority creditor's name and mailing address**

CHENEVERT, JEFFERY B
12496 WINTER RIDGE DR
WALKER LA 70785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$544.78

**Priority amount**
$544.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.61. | **Priority creditor's name and mailing address**

CHIERO, ALEXIS
4301 TARA AVE
APT 7
LAS VEGAS NV 89102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$194.82

**Priority amount**
$194.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.62. | **Priority creditor's name and mailing address**

CIAFREI, REBECCA LYN
427 SENECA ST
APT 2
BETHLEHEM PA 18015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$112.42

**Priority amount**
$112.42

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

---

**2.63.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CITY AND COUNTY OF DENVER
201 W COLFAX AVE DEPT 206
DENVER CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.64.** **Priority creditor's name and mailing address**

CITY AND COUNTY OF SAN FRANCISCO
1660 MISSION ST
SAN FRANCISCO CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.65.** **Priority creditor's name and mailing address**

CITY AND COUNTY OF SAN FRANCISCO
DEPT OF BUILDING INSPECTION
1660 MISSION ST
SAN FRANCISCO CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.66. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.66.

**Priority creditor's name and mailing address**

CITY AND COUNTY OF SAN FRANCISCO
DEPT OF PUBLIC HEALTH
1390 MARKET ST STE 210
SAN FRANCISCO CA 94102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.67.

**Priority creditor's name and mailing address**

CITY CLERKS OFFICE NORMAN OK
PO BOX 370
NORMAN OK 73070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.68.

**Priority creditor's name and mailing address**

CITY OF ALBUQUERQUE BUSINESS
PO BOX 1293
ALBUQUERQUE NM 87102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                              Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.69.**

**Priority creditor's name and mailing address**

CITY OF ALBUQUERQUE
ENVIRONMENTAL HEALTH DEPT
ONE CIVIC PLZ
ROOM 3023
ALBUQUERQUE NM 87102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.70.**

**Priority creditor's name and mailing address**

CITY OF ALPHARETTA
BUSINESS LICENSES AND CODES
ENFORCEMENT
2 PARK PLZ
ALPHARETTA GA 30009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.71.**

**Priority creditor's name and mailing address**

CITY OF BATON ROUGE
FINANCE DEPT REVENUE DIVISION
PO BOX 2590
BATON ROUGE LA 70821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.72. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.72.** **Priority creditor's name and mailing address**

CITY OF BELLEVUE TAX DIVISION
PO BOX 90012
BELLEVUE WA 98009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.73.** **Priority creditor's name and mailing address**

CITY OF CHICAGO DEPT OF FINANCE
PO BOX 71429
CHICAGO IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.74.** **Priority creditor's name and mailing address**

CITY OF DES MOINES IOWA
PO BOX 1633
DES MOINES IA 50305-1633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.75. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.75.** | **Priority creditor's name and mailing address**

CITY OF DES PERES
12325 MANCHESTER RD
DES PERES MO 63131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.76.** | **Priority creditor's name and mailing address**

CITY OF DUNWOODY
4800 ASHFORD DUNWOODY RD
DUNWOODY GA 30338

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.77.** | **Priority creditor's name and mailing address**

CITY OF DURHAM FIRE DEPT
PO BOX 935667
ATLANTA GA 31193-5667

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                              Case number *(if known)* **19-11815**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CITY OF FRISCO<br>6101 FRISCO SQUARE BLVD<br>FRISCO TX 75034 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                TAX

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.79. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CITY OF GLENDALE<br>PO BOX 29099<br>GLENDALE CA 91209-9099 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                TAX

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.80. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CITY OF LA BUSINESS TAX<br>OFFICE OF FINANCE<br>PO BOX 513996<br>LOS ANGELES CA 90051 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                TAX

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

Debtor    **Meetha Ventures LLC**                                                       Case number *(if known)* **19-11815**

---

**2.81.**   **Priority creditor's name and mailing address**

CITY OF LANCASTER
120 N DUKE ST
LANCASTER PA 17602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.82.**   **Priority creditor's name and mailing address**

CITY OF LAWTON
COMMUNITY SVC DEPT
LICENSE AND PERMIT CENTER
2201 NW FORT SILL BLVD
LAWTON OK 73501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.83.**   **Priority creditor's name and mailing address**

CITY OF LONE TREE
PO BOX 17987
DENVER CO 80217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.84. **Priority creditor's name and mailing address**

CITY OF LOS ANGELES TAX AND
PERMIT DIVISION
6262 VAN NUYS BLVD #110
VAN NUYS CA 91401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.85. **Priority creditor's name and mailing address**

CITY OF LYNNWOOD
BUSINESS LICENSING
PO BOX 5008
LYNNWOOD WA 98046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.86. **Priority creditor's name and mailing address**

CITY OF MINNETONKA
COMMUNITY DEVELOPMENT
LICENSING
14600 MINNETONKA BLVD
MINNETONKA MN 55345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 2.87. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.87.** **Priority creditor's name and mailing address**

CITY OF NOVI ASSESSORS OFFICE
45175 W 10 MILE RD
NOVI MI 48375

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.88.** **Priority creditor's name and mailing address**

CITY OF OKLAHOMA CITY
DEVELOPMENT SVC LICENSE
420 W MAIN 8TH FL
OKLAHOMA CITY OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.89.** **Priority creditor's name and mailing address**

CITY OF OVERLAND PARK
COMMUNITY SVC DIVISION
8500 ANTIOCH RD
OVERLAND PARK KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.90. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.90.   **Priority creditor's name and mailing address**

CITY OF PALM SPRINGS
3200 ETAHQUITZ CANYON WAY
PALM SPRINGS CA 92262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.91.   **Priority creditor's name and mailing address**

CITY OF ROSEVILLE
8839 N CEDAR AVE #212
FRESNO CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.92.   **Priority creditor's name and mailing address**

CITY OF ROSEVILLE UTILITIES
PO BOX 619136
ROSEVILLE CA 95661

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.93.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | | | UNDETERMINED | UNDETERMINED

CITY OF SACRAMENTO
ROOM 1214 CITY HALL
915 I ST
SACRAMENTO CA 95814

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.94.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | | | UNDETERMINED | UNDETERMINED

CITY OF SAN ANTONIO TREASURY DIVISION
PO BOX 60
SAN ANTONIO TX 78291-0060

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.95.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | | | UNDETERMINED | UNDETERMINED

CITY OF SAN JOSE
BUSINESS TAX AND REG PERMIT DEPT
#34370
PO BOX 39000
SAN FRANCISCO CA 94139

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

---

**2.96.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |

2.96. **Priority creditor's name and mailing address**

CITY OF SEATTLE
PO BOX 35178
SEATTLE WA 98124-5178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.97. **Priority creditor's name and mailing address**

CITY OF SOUTH PORTLAND
OFFICE OF THE CITY CLERK
25 COTTAGE RD
SOUTH PORTLAND ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.98. **Priority creditor's name and mailing address**

CITY OF SPRINGFIELD
DEPT OF FINANCE LICENSE DIVISION
840 NORTH BOONSVILLE AVE
SPRINGFIELD MO 65802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.99.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| CITY OF SPRINGFIELD HEALTH DEPT SPRINGFIELD GREEN COUNTY BUSINESS OFFICE 227 E CHESTNUT EXPY SPRINGFIELD MO 65802 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.100.** **Priority creditor's name and mailing address**

CITY OF ST MATTHEWS
PO BOX 7097
LOUISVILLE KY 40257-0097

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.101.** **Priority creditor's name and mailing address**

CITY OF SUGAR LAND
PO BOX 5029
SUGAR LAND TX 77487

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.102. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.102.  **Priority creditor's name and mailing address**

CITY OF TACOMA
P O BOX 11010
TACOMA WA 98411-1010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.103.  **Priority creditor's name and mailing address**

CITY OF TACOMA FINANCE DEPT
TAX AND LICENSE DIVISION
PO BOX 11640
TACOMA WA 98411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.104.  **Priority creditor's name and mailing address**

CITY OF THOUSAND OAKS
BUSINESS TAX DEPT
2100 E THOUSAND OAKS BLVD
THOUSAND OAKS CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| 2.105. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF TIGARD
13125 SW HALL BLVD
TIGARD OR 97223

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED      UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.106. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF TUKWILA
6200 SOUTHCENTER BLVD
TUKWILA WA 98188

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED      UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.107. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CITY OF TULSA THD
PO BOX 451
TULSA OK 74101

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED      UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 2.108. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.108.**

**Priority creditor's name and mailing address**

CITY OF WAUWATOSA
SHANNON KRAUSE
CITY ASSESSOR
7725 W NORTH AVE
WAUWATOSA WI 53213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.109.**

**Priority creditor's name and mailing address**

CITY OF WICHITA
CITY LICENSE 1ST FLOOR
455 N MAIN ST
WICHITA KS 67202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.110.**

**Priority creditor's name and mailing address**

CLARK COUNTY BUSINESS LICENSE
500 S GRAND CENTRAL PKWY
PO BOX 551810
LAS VEGAS NV 89155-1810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

---

2.111.  **Priority creditor's name and mailing address**

CLARK, ANDREA
13145 LARCHDALE RD
APT 7
LAUREL MD 20708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,579.39 | $1,579.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.112.  **Priority creditor's name and mailing address**

CLEAR CREEK ISD TAX OFFICE
PO BOX 799
LEAGUE CITY TX 77574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.113.  **Priority creditor's name and mailing address**

CLEVELAND COUNTY ASSESSOR
201 S JONES AVE # 120
NORMAN OK 73069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.114. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.114.** | **Priority creditor's name and mailing address**

CLEVELAND COUNTY TREASURER
JIM REYNOLDS
201 SOUTH JONES STE 100
NORMAN OK 73069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.115.** | **Priority creditor's name and mailing address**

COLLECTOR OF REVENUE
41 S CENTRAL AVE
ST. LOUIS MO 63105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.116.** | **Priority creditor's name and mailing address**

COLLIN CENTRAL APPRAISAL DISTRICT
250 ELDORADO PKWY
MCKINNEY TX 75069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.117.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLORADO DEPARTMENT OF REVENUE
P.O. BOX 17087
DENVER CO 80217

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $16,237.69
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.118.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLORADO DEPT OF AGRICULTURE
3125 WYANDOT ST
DENVER CO 80211

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.119.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLORADO DEPT OF REVENUE
STATE OF COLORADO
DEPARTMENT OF REVENUE
COLORADO CO 80261

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

---

**2.120.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COMANCHE COUNTY ASSESSOR
315 SW 5TH ST # 301
LAWTON OK 73501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.121.** | **Priority creditor's name and mailing address**

COMANCHE COUNTY TREASURER
RHONDA BRANTLEY
315 SW 5TH ST RM 300
LAWTON OK 73501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.122.** | **Priority creditor's name and mailing address**

COMMONWEALTH OF
MASSACHUSETTS
ONE ASHBURTON PL 17TH FL
BOSTON MA 02108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.123. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.123.** **Priority creditor's name and mailing address**

COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE
PO BOX 7010
BOSTON MA 02204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.124.** **Priority creditor's name and mailing address**

COMMONWEALTH OF PA
2301 N CAMERON ST
HARRISBURG PA 17110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.125.** **Priority creditor's name and mailing address**

COMPTROLLER OF MARYLAND
P.O. BOX 466
ANNAPOLIS MD 21404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $18,878.85 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

---

**2.126.** **Priority creditor's name and mailing address**

COMPTROLLER OF MARYLAND REVENUE
REVENUE ADMINISTRATION CENTER
80 CALVERT ST
ANNAPOLIS MD 21404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.127.** **Priority creditor's name and mailing address**

COOPER II, BRUCE JOSEPH
1011 NEW HOPE ST
APT 21C
NORRISTOWN PA 19401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $575.25 | $575.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.128.** **Priority creditor's name and mailing address**

COUNTY CLERK
LYNN MARIE GOYA
BOX 551604
LAS VEGAS NV 89155-1604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                  Case number *(if known)* **19-11815**

---

**2.129.** **Priority creditor's name and mailing address**

COUNTY OF FAIRFAX DEPT OF TAX
ADMIN
PO BOX 10203
FAIRFAX VA 22035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.130.** **Priority creditor's name and mailing address**

COUNTY OF FAIRFAX DEPT OF TAX
ADMIN
DEPT OF TAX ADMINISTRATION
PO BOX 10201
FAIRFAX VA 22035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.131.** **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
KENNETH HAHN HALL OF
ADMINISTRATION
HEADQUARTERS
500 W TEMPLE ST RM 225
LOS ANGELES CA 90012-2770

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

---

**2.132.** **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
EAST DISTRICT OFFICE
1190 DURFEE AVE
SOUTH EL MONTE CA 91733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.133.** **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
LANCASTER REGIONAL OFFICE
251 E AVE K6
LANCASTER CA 93535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.134.** **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
NORTH DISTRICT OFFICE
13800 BALBOA BLVD
SYLMAR CA 91342

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|

**2.135.** | **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
SOUTH DISTRICT OFFICE
1401 E WILLOW ST
SIGNAL HILL CA 90755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.136.** | **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
VAN NUYS
14340 SYLVAN ST
VAN NUYS CA 91401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.137.** | **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES
OFFICE OF THE ASSESSOR
WEST DISTRICT OFFICE
6120 BRISTOL PKWY
CULVER CITY CA 90230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| 2.138. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.138.**  **Priority creditor's name and mailing address**

COUNTY OF LOS ANGELES PUBLIC HEALTH
DEPT OF PUBLIC HEALTH
PO BOX 54978
LOS ANGELES CA 90054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.139.**  **Priority creditor's name and mailing address**

COUNTY OF ORANGE
PO BOX 4005
SANTA ANA CA 92702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.140.**  **Priority creditor's name and mailing address**

COUNTY OF PLACER DEPT OF WEIGHTS AND MEASURE
11477 E AVE
AUBURN CA 95603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.141. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.141.**

**Priority creditor's name and mailing address**

COUNTY OF RIVERSIDE
DEPT OF ENVIRONMENTAL HEALTH
PO BOX 7909
RIVERSIDE CA 92513-7909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.142.**

**Priority creditor's name and mailing address**

COUNTY OF RIVERSIDE ASSESSOR
COUNTY CLERK RECORDER
PO BOX 751
RIVERSIDE CA 92502-0751

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.143.**

**Priority creditor's name and mailing address**

COUNTY OF SACRAMENTO
ENVIRONMENTAL MANAGEMENT DEPT
10590 ARMSTRONG AVE STE#C
MATHER CA 95655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 2.144. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COUNTY OF SACRAMENTO WEIGHTS AND MEASURE<br>4137 BRANCH CTR RD<br>SACRAMENTO CA 95827-3823 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.145. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COUNTY OF SANTA CLARA<br>DEPT ENVIRONMENTAL HEALTH<br>1555 BERGER DR STE 300<br>SAN JOSE CA 95112 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COUNTY OF SANTA CLARA OFFICE OF THE ASSESSOR<br>COUNTY GOVERNMENT CENTER<br>70 WEST HEDDING ST<br>EAST WING 5TH☐FL<br>SAN JOSE CA 95110 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Meetha Ventures LLC**                                     Case number *(if known)* **19-11815**

---

**2.147.** **Priority creditor's name and mailing address**

COUNTY OF SANTA CLARA PROPERTY TAX
70 WEST HEDDING ST
EAST WING 6TH FLOOR
SAN JOSE CA 95110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.148.** **Priority creditor's name and mailing address**

COUNTY OF VENTURA TAX COLLECTOR
PO BOX 845642
LOS ANGELES CA 90084-5642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.149.** **Priority creditor's name and mailing address**

CRUZ, CHRISTOPHER R
6903 BORDER BROOK
APT 905
SAN ANTONIO TX 78238

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $435.40 | $435.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.150.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.150.**

**Priority creditor's name and mailing address**

CULP, SHERI LYNN
2510 42ND AVE E
#448
SEATTLE WA 98112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $959.44 | $959.44 |

**Nonpriority amount**

$0.00

---

**2.151.**

**Priority creditor's name and mailing address**

CUYAHOGA COUNTY BOARD OF HEALTH
5550 VENTURE DR
PARMA OH 44130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.152.**

**Priority creditor's name and mailing address**

DALY, MICHAEL M
3333 GRAND AVE
#51
DES MOINES IA 50312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $496.06 | $496.06 |

**Nonpriority amount**

$0.00

---

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.153.  **Priority creditor's name and mailing address**

DAUGHERTY, SARAH
500 SOUTH MAIN ST
DUPO IL 62239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $141.90

**Priority amount**     $141.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.154.  **Priority creditor's name and mailing address**

DEKALB COUNTY
PO BOX 105942
ATLANTA GA 30348-5942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**     UNDETERMINED

**Priority amount**     UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.155.  **Priority creditor's name and mailing address**

DEKALB COUNTY TAX ASSESSORS
1300 COMMERCE DR
DECATUR GA 30030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**     UNDETERMINED

**Priority amount**     UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

**2.156.** **Priority creditor's name and mailing address**

DELAWARE DEPT OF LABOR
EMPLOYMENT TRAINING FUND TAX
PO BOX 41780
PHILADELPHIA PA 19101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.157.** **Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.158.** **Priority creditor's name and mailing address**

DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

| 2.159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.159.** **Priority creditor's name and mailing address**

DELGADO, MELISSA
4214 MISTY SPRINGS DR
SAN ANTONIO TX 78244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $343.04

**Priority amount**   $343.04

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.160.** **Priority creditor's name and mailing address**

DELINE, DEBRA
155 MOUNTAINSIDE DR
POMPTON LAKES NJ 07442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $4,636.80

**Priority amount**   $4,636.80

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.161.** **Priority creditor's name and mailing address**

DENNIS SEMLER
TULSA COUNTY TREASURER
PO BOX 21017
TULSA OK 74121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.162. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.162.** **Priority creditor's name and mailing address**

DEPT OF AGRICULTURE
BUREAU OF FOOD SAFETY SVC
2301 N CAMERON ST
HARRISBURG PA 17110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.163.** **Priority creditor's name and mailing address**

DEPT OF AGRICULTURE
WEIGHTS AND MEASURES
PO BOX 844477
LOS ANGELES CA 90084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.164.** **Priority creditor's name and mailing address**

DEPT OF FINANCE
DIVISION OF TREASURY
255 ROCKVILLE PIKE L 15
ROCKVILLE MD 20850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.165. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.165.** | **Priority creditor's name and mailing address**

DEPT OF LABOR AND INDUSTRIES
PO BOX 24106
SEATTLE WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.166.** | **Priority creditor's name and mailing address**

DEPT OF PUBLIC WORKS
BUREAU OF STREET USE AND
MAPPING
1155 MARKET ST 3RD FL
SAN FRANCISCO CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.167.** | **Priority creditor's name and mailing address**

DEPT OF STATE
BUSINESS SVC DIVISION
148 W RIVER ST
PROVIDENCE RI 02904-2615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.168. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.168.**

**Priority creditor's name and mailing address**

DEPT OF WEIGHTS AND MEASURES
800 S VICTORIA #1750
VENTURA CA 93009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.169.**

**Priority creditor's name and mailing address**

DI VITALE, BRENDA L
24076 WHITEWATER DR
SANTA CLARITA CA 91354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $759.97 | $759.97 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.170.**

**Priority creditor's name and mailing address**

D'IMPERIO, ANTHONY
24 STONEGATE CT
APT A
FAIRFIELD OH 45014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $498.96 | $498.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

---

**2.171.** **Priority creditor's name and mailing address**

DIRECTOR OF FINANCE
8930 STANFORD BLVD
COLUMBIA MD 21045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.172.** **Priority creditor's name and mailing address**

DOUGLAS COUNTY COLORADO
PO BOX 1208
100 THIRD ST STE 120
CASTLE ROCK CO 80104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.173.** **Priority creditor's name and mailing address**

DOUGLAS COUNTY TREASURER CO
PO BOX 1208
CASTLE ROCK CO 80104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **Meetha Ventures LLC**                                                                      Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|

**2.174.** **Priority creditor's name and mailing address**

DOUGLAS COUNTY TREASURER NE
PO BOX 2855
OMAHA NE 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.175.** **Priority creditor's name and mailing address**

DRAHEM, TYLER Z
1734 PECAN CROSSING DR
RICHMOND TX 77406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $415.87 | $415.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.176.** **Priority creditor's name and mailing address**

DRISCOLL, SYDNEY
524 OTTO PL
PARAMUS NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $94.13 | $94.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 2.177. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DUCLOS, MATTHEW D
65 GIBSON PL
GLEN ROCK NJ 07452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $196.35

**Priority amount**    $196.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.178.   **Priority creditor's name and mailing address**

DUNKELBERGER, WARREN
15191 NEWTONIA ST
WINTER GARDEN FL 34787

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $3,998.08

**Priority amount**    $3,998.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.179.   **Priority creditor's name and mailing address**

DUNKLE, CHRISTINA
448 GREENLEAF ST
BOISE ID 83713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $200.21

**Priority amount**    $200.21

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 2.180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.180.** **Priority creditor's name and mailing address**

DUPAGE COUNTY HEALTH DEPT
111 NORTH COUNTY FARM RD
WHEATON IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.181.** **Priority creditor's name and mailing address**

DURDEN, CONSUELLA
620 CARPENTER DR
LAS VEGAS NV 89107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$74.88

**Priority amount**
$74.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.182.** **Priority creditor's name and mailing address**

EAST BATON ROUGE PARISH
ASSESSOR BRIAN WILSON
222 ST LOUIS ST
RM 126
BATON ROUGE LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.183.** **Priority creditor's name and mailing address**

EDGAR, NALANI DANIELLE ANN
25399 THE OLD RD
APT 12-208
STEVENSON RANCH CA 91381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $665.70 | $665.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.184.** **Priority creditor's name and mailing address**

EMPLOYMENT SECURITY DIVISION
500 EAST THIRD ST
CARSON CITY NV 89713-0030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.185.** **Priority creditor's name and mailing address**

ENTRIKEN, CAITLYN
1310 EAST NORTH ST
APT 11
SALINA KS 67401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.70 | $136.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Meetha Ventures LLC**                                  Case number *(if known)* **19-11815**

| 2.186. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:** *Check all that apply.*

**2.186.**

**Priority creditor's name and mailing address**

ERBY, CARLA
5244 NORTH LOVERS LN RD
MILWAUKEE WI 53225

| **Total claim** | **Priority amount** |
|---|---|
| $68.75 | $68.75 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.187.**

**Priority creditor's name and mailing address**

ESCALANTE, FRANCISCO
3300 FALCON LANDING BLVD
# 9101
KATY TX 77494

**As of the petition filing date, the claim is:** *Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $5,153.08 | $5,153.08 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.188.**

**Priority creditor's name and mailing address**

ESTEP, NYCOLE T
1628 SW CLAY ST
TOPEKA KS 66604

**As of the petition filing date, the claim is:** *Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $68.40 | $68.40 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

**2.189.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.189.** **Priority creditor's name and mailing address**

FAIRCLOTH, WESLEY D
9702 QUAKER CT
ROSHARON TX 77583

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $1,118.43 | $1,118.43 |

**Nonpriority amount**

$0.00

---

**2.190.** **Priority creditor's name and mailing address**

FAIRFAX COUNTY DEPT OF TAX ADMINISTRATION
FAIRFAX COUNTY GOVERNMENT CENTER
12000 GOVERNMENT CTR PKWY
FAIRFAX VA 22035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.191.** **Priority creditor's name and mailing address**

FARMER, JORDAN CHRISTIAN ELLIS
5306 SOUTH BROADWAY CIR
UNIT 4-107
ENGLEWOOD CO 80113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $229.96 | $229.96 |

**Nonpriority amount**

$0.00

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

| 2.192. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.192.**

**Priority creditor's name and mailing address**

FAVELA, IVAN
2637 WHISPER RIDGE ST
LAS VEGAS NV 89156

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $295.80

**Priority amount**     $295.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.193.**

**Priority creditor's name and mailing address**

FELDMAN, SUSAN R
3024 ALDEN CT
BENSALEM PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $2,917.51

**Priority amount**     $2,917.51

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.194.**

**Priority creditor's name and mailing address**

FLORES, JUANITA M
13008 CHICO RD NE
ALBUQUERQUE NM 87123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $359.36

**Priority amount**     $359.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                            Case number *(if known)* **19-11815**

---

**2.195.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FORT BEND COUNTY TAX ASSESSOR
COLLECTOR
1317 EUGENE HEIMANN CIR
RICHMOND TX 77469

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.196.** | **Priority creditor's name and mailing address**

FORUSALL
350 TOWNSEND ST
STE 422A
SAN FRANCISCO CA 94107
94107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $188,304.61

**Priority amount** $188,304.61

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5)

**Basis for the claim:**
UNFUNDED 401(K) LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.197.** | **Priority creditor's name and mailing address**

FOWLER, SAMUEL D
11020 SE KENT-KANGLEY RD
KENT WA 98030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $89.00

**Priority amount** $89.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

---

**2.198.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257

| | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED | **Priority amount** UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.199.** | **Priority creditor's name and mailing address**

GALDO, MELISSA L
18463 BLUEBERRY LN APT U-304
MONROE WA 98272

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $467.45 | **Priority amount** $467.45 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.200.** | **Priority creditor's name and mailing address**

GANDY, LUIS E
330 N ALESSANDRO ST
BANNING CA 92220

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $34.60 | **Priority amount** $34.60 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.201.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.201.**

**Priority creditor's name and mailing address**

GARFIELD COUNTY ASSESSOR
114 W BROADWAY AVE # 106
ENID OK 73701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.202.**

**Priority creditor's name and mailing address**

GARFIELD COUNTY TREASURER
PO BOX 489
ENID OK 73702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.203.**

**Priority creditor's name and mailing address**

GENTRY, TYLER W
208 CHALMETTE DR #4
NORMAN OK 73071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $502.58 | $502.58 |

| **Nonpriority amount** |
| --- |
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.204.** **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 105408
ATLANTA GA 30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,869.57 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.205.** **Priority creditor's name and mailing address**

GEORGIA DEPT OF AGRICULTURE
19 MARTIN LUTHER KING JR DR
SW RM 604
ATLANTA GA 30334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.206.** **Priority creditor's name and mailing address**

GEORGIA DEPT OF LABOR
COMMISSIONER
SUSSEX PLACE ROOM 600
148 ANDREW YOUNG INTERNATIONAL
BLVD NE
ATLANTA GA 30303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.207.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GEORGIA DEPT OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4245 INTERNATIONAL PK
STE A
HAPEVILLE GA 30354

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED    **Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.208.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GEORGIA DEPT OF REVENUE NE
1800 CENTURY CENTER BLVD
ATLANTA GA 30345

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED    **Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.209.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GODDARD, ZARABETH R
1309 SEABRIGHT DR
ANNAPOLIS MD 21409

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $269.40    **Priority amount:** $269.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

---

**2.210.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | GOMEZ, GEORGE | *Check all that apply.* | | $1,133.28 | $1,133.28 |
| | 16338 ROCKCREEK LN | ☐ Contingent | | | |
| | HOUSTON TX 77049 | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.211.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | GOMEZ, JORDAN C | *Check all that apply.* | | $397.85 | $397.85 |
| | 2845 COMPTON RD | ☐ Contingent | | | |
| | AURORA IL 60504 | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.212.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | GONZALEZ, AMBER I | *Check all that apply.* | | $383.58 | $383.58 |
| | 2086 ROUNDTOP CT | ☐ Contingent | | | |
| | NORTH LAS VEGAS NV 89081 | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 2.213. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.213.** **Priority creditor's name and mailing address**

GRAINGER, SARAH JOANNA
413 HIGHWOOD DR
LOUISVILLE KY 40206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $361.31 | $361.31 |

**Nonpriority amount**

$0.00

---

**2.214.** **Priority creditor's name and mailing address**

GROSS, DEVEN
4896 TRENT DR
SAN JOSE CA 95124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $304.95 | $304.95 |

**Nonpriority amount**

$0.00

---

**2.215.** **Priority creditor's name and mailing address**

GWALTNEY, CAROLYN W
8 KELLOM CT
DURHAM NC 27713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $514.50 | $514.50 |

**Nonpriority amount**

$0.00

---

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

---

**2.216.** **Priority creditor's name and mailing address**

HAMILTON COUNTY PUBLIC HEALTH
250 WILLIAM HOWARD TAFT RD 2ND FL
CINCINNATI OH 45219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.217.** **Priority creditor's name and mailing address**

HARRIS COUNTY APPRAISAL DISTRICT
13013 NORTHWEST FWY
HOUSTON TX 77040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.218.** **Priority creditor's name and mailing address**

HARRIS COUNTY APPRAISAL DISTRICT
1001 PRESTON ST
HOUSTON TX 77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**2.219.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.219.** **Priority creditor's name and mailing address**

HARRIS COUNTY APPRAISAL DISTRICT
PO BOX 922004
HOUSTON TX 77292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.220.** **Priority creditor's name and mailing address**

HART, CLAUDIA GENE
343 GATEWATER CT
#202
GLEN BURNIE MD 21060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $3,753.63 | $3,753.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.221.** **Priority creditor's name and mailing address**

HAVILAND, CASEY R
507 S PRINCETON AVE
VILLA PARK IL 60181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,157.31 | $1,157.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.222. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HAYES, AUTUMN M<br>21 E SUMMIT ST<br>SOMERVILLE NJ 08876 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $147.84 | $147.84<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       PAID TIME OFF

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.223. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HECKER, MICHAEL J<br>6730 S GLENCOE ST<br>CENTENNIAL CO 80122 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $192.96 | $192.96<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       PAID TIME OFF

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.224. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HEDGEPETH, ROCHELLY MAXIE<br>1231 RAMBLEWOOD RD<br>BALTIMORE MD 21239 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $142.05 | $142.05<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       PAID TIME OFF

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.225. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HENSON, JENNIFER K<br>1416 E 48TH ST<br>LOS ANGELES CA 90011 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $613.75 | $613.75 |

Check all that apply.

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.226. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HERNANDEZ, STEPHANIE<br>1874 HUBBARD ST<br>SIMI VALLEY CA 93065 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39.20 | $39.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.227. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HOLMES, DELORES M<br>109 ACADEMY AVE<br>PROVIDENCE RI 02908 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $312.48 | $312.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 2.228. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HOOD, KALEY M<br>203 N EASTERN AVE<br>SHAWNEE OK 74801 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $632.59 | $632.59 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Nonpriority amount**

$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HOUSTON DEPT OF HEALTH AND HUMAN SVC<br>PO BOX 300008<br>HOUSTON TX 77230-0008 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.230. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | HOWARD COUNTY HEALTH DEPT<br>DIRECTOR OF FINANCE<br>8930 STANFORD BLVD<br>COLUMBIA MD 21045 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| **2.231.** | **Priority creditor's name and mailing address** | |

| | | | |
|---|---|---|---|
| **2.231.** | **Priority creditor's name and mailing address**<br><br>HUGHES, BURK<br>509 WILDERNESS RD<br>LOUISVILLE KY 40214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**  **Priority amount**<br>$135.18         $135.18<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>PAID TIME OFF | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | |

| | | | |
|---|---|---|---|
| **2.232.** | **Priority creditor's name and mailing address**<br><br>IDAHO STATE DEPT OF AGRICULTURE<br>BUREAU OF WEIGHTS AND MEASURES<br>PO BOX 7249<br>BOISE ID 83707 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Total claim**  **Priority amount**<br>UNDETERMINED   UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>TAX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | |

| | | | |
|---|---|---|---|
| **2.233.** | **Priority creditor's name and mailing address**<br><br>IDAHO STATE TAX COMMISSION<br>PO BOX 36<br>BOISE ID 83722 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**  **Priority amount**<br>$3,405.84       UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>SALES TAX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | |

Debtor   **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

| 2.234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19013<br>SPRINGFIELD IL 62794 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,585.86 | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>SALES TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ILLINOIS DEPT OF AGRICULTURE<br>801 E SANGAMON ABE<br>PO BOX 19281<br>SPRINGFIELD IL 62702 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ILLINOIS DEPT OF REVENUE<br>501 S SECOND ST<br>RM 351<br>SPRINGFIELD IL 62756 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| **2.237.** | **Priority creditor's name and mailing address** | **Total claim** | **Priority amount** |

INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.238.   Priority creditor's name and mailing address**

IOWA DEPARTMENT OF REVENUE
PO BOX 10460
DES MOINES IA 50306

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $8,030.42 | UNDETERMINED |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.239.   Priority creditor's name and mailing address**

IOWA DEPT OF REVENUE
PO BOX 10471
DES MOINES IA 50306-3457

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.240. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.240.**

**Priority creditor's name and mailing address**

IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.241.**

**Priority creditor's name and mailing address**

JIMENEZ SOLIS, FABIOLA E
19104 SATICOY ST
RESEDA CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $220.95 | $220.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.242.**

**Priority creditor's name and mailing address**

JOHNSON, ROBERT J
5042 N 56TH ST
MILWAUKEE WI 53218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,033.00 | $1,033.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.243. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.243.** **Priority creditor's name and mailing address**

JOHNSON, ROUA J.
16417 HAUSS AVE
EASTPOINTE MI 48021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $174.53 | $174.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.244.** **Priority creditor's name and mailing address**

JONES, NYASIA
501 1/2 BELL AVE
LAWTON OK 73507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $40.95 | $40.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.245.** **Priority creditor's name and mailing address**

JULIE L ENSOR CLERK OF THE CIRCUIT COURT
PO BOX 6754
TOWNSON MD 21285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

**2.246.** **Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
PO BOX 758572
TOPEKA KS 66675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $14,772.65 | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.247.** **Priority creditor's name and mailing address**

KANSAS DEPT OF AGRICULTURE
RECORDS CENTER FOOD SAFETY
109 SW 9TH ST 3RD FLOOR
TOPEKA KS 66612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.248.** **Priority creditor's name and mailing address**

KELLY, JADE A
9711 SPAULDING ST
OMAHA NE 68134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $14.70 | $14.70 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

---

**2.249.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KENTUCKY DEPARTMENT OF REVENUE
PO BOX 181 - STATION 67
FRANKFORT KY 40602

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $10,152.13

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.250.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KENTUCKY STATE TREASURER
OFFICE OF THE SECRETARY OF STATE
PO BOX 718
FRANKFORT KY 40602-0718

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.251.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KING COUNTY TREASURY
500 4TH AVE RM600
SEATTLE WA 98104

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.252. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|---|

| | KRESKE, LISA M<br>19 LEA RD<br>NEW CASTLE DE 19720 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $488.46 | $488.46 |

**Nonpriority amount**

$0.00

| | **Date or dates debt was incurred** | **Basis for the claim:** |

VARIOUS    PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.253. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|---|

| | KUBA, KRISTEN D<br>5517 KING ARTHUR CT #5<br>WESTMONT IL 60559 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $166.59 | $166.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.254. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|---|

| | LAMBERT, LAYNE<br>13142 WILLIAMS RANCH RD<br>MOORPARK CA 93021 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155.21 | $155.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                     Case number *(if known)* **19-11815**

| | | | | |
|---|---|---|---|---|
| **2.255.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | LANDEROS, ALICIA | *Check all that apply.* | $129.40 | $129.40 |
| | 2120 SW 23RD ST | ☐ Contingent | | |
| | OKLAHOMA CITY OK 73108 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                        PAID TIME OFF

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

                                                               ☒ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| **2.256.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | LANDIN, JESSICA ANN | *Check all that apply.* | $3,548.09 | $3,548.09 |
| | 7508 159TH PL NE | ☐ Contingent | | |
| | APT 233 | ☐ Unliquidated | **Nonpriority amount** | |
| | REDMOND WA 98052 | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                        PAID TIME OFF

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

                                                               ☒ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| **2.257.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | LAWSON, DEIDRE | *Check all that apply.* | $35.82 | $35.82 |
| | 2228 ALICE AVE | ☐ Contingent | | |
| | APT 3 | ☐ Unliquidated | **Nonpriority amount** | |
| | OXON HILL MD 20745 | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                        PAID TIME OFF

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

                                                               ☒ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 2.258. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LECLERC, PHILLIP D<br>14 W OAKWOOD AVE<br>MANCHESTER NH 03103 | *Check all that apply.* | $1,073.56 | $1,073.56 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.259. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LEE, MICHAEL E<br>620 ADMIRAL DR<br>APT 325<br>ANNAPOLIS MD 21401 | *Check all that apply.* | $3,893.37 | $3,893.37 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.260. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LEFLORE, THERESA D<br>707 W 119TH ST S<br>JENKS OK 74037 | *Check all that apply.* | $2,759.72 | $2,759.72 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.261. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.261.** **Priority creditor's name and mailing address**

LEONARD, TRAVIS
52 DIAMOND HILL RD
CHEPACHET RI 02814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $161.12 | $161.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.262.** **Priority creditor's name and mailing address**

LINDY, CRYSTAL
900 EAST MCMILLAN ST
APT 208
CINCINNATI OH 45206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $773.66 | $773.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.263.** **Priority creditor's name and mailing address**

LIVELY, ERICA L
900 SE BOUNDARY AVE
TEMPLE OK 73568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $386.49 | $386.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.264. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.264.** **Priority creditor's name and mailing address**

LOCKWOOD JR., WILLIAM C
880 VICTOR AVE # 7
INGLEWOOD CA 90302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $924.61 | $924.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.265.** **Priority creditor's name and mailing address**

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54027
LOS ANGELES CA 90054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.266.** **Priority creditor's name and mailing address**

LOS ANGELES COUNTY TREASURER
PO BOX 512399
LOS ANGELES CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

---

**2.267.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**2.267.** **Priority creditor's name and mailing address**

LOUISIANA DEPART OF AGRICULTURE AND FORESTRY
5825 FLORIDA BLVD STE1003
BATON ROUGE LA 70806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.268.** **Priority creditor's name and mailing address**

LOUISIANA DEPARTMENT OF REVENUE
POST OFFICE BOX 201
BATON ROUGE LA 70821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,670.05

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.269.** **Priority creditor's name and mailing address**

LOUISIANA DEPT OF HEALTH
PO BOX 4489
BATON ROUGE LA 70821-4489

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.270. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.270.**

**Priority creditor's name and mailing address**

LOUISIANA DEPT OF REVENUE
PO BOX 4969
BATON ROUGE LA 70821-4969

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.271.**

**Priority creditor's name and mailing address**

LOUISVILLE METRO OMB
PO BOX 34277
LOUISVILLE KY 40232-4277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.272.**

**Priority creditor's name and mailing address**

MAINE REVENUE SERVICES
PO BOX 9107
AUGUSTA ME 04332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,179.62 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 2.273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTIN, KIERA M <br> 1469 GENESEE RD <br> SOUTH EUCLID OH 44121 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $943.99 | $943.99 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.274. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ, LINDA C <br> 1801 YARBROUGH PL <br> ALBUQUERQUE NM 87120 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $352.04 | $352.04 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.275. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARYLAND DEPT OF AGRICULTURE <br> PO BOX 17304 <br> BALTIMORE MD 21297 | *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

**2.276.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARYLAND DEPT OF LABOR
LICENSING AND REGULATION
SECRETARY
500 N CALVERT ST STE 401
BALTIMORE MD 21202

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.277.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARYLAND TREASUERES OFFICE
UNCLAIMED PROPERTY DIVISION
GOLDSTEIN TREASURY BUILDING
80 CALVERT ST
ANNAPOLIS MD 21401

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.278.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARYLAND UNEMPLOYMENT
INSURANCE FUND
DIVISION OF UNEMPLOYMENT
INSURANCE
PO 1683
BALTIMORE MD 21203-1683

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                                      Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| **2.279.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.279.** 

**Priority creditor's name and mailing address**

MASSACHUSETTS DEPARTMENT OF REVENUE
100 CAMBRIDGE STREET
BOSTON MA 02114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $133.31 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.280.**

**Priority creditor's name and mailing address**

MASSACHUSETTS DEPT OF LABOR AND
WORK FORCE DEVELOPMENT DIRECTOR
1 ASHBURTON PL RM 2112
BOSTON MA 02108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.281.**

**Priority creditor's name and mailing address**

MASSACHUSETTS STATE TREASURER
UNCLAIMED PROPERTY DIVISION
ONE ASHBURTON PL
12TH FL
BOSTON MA 02108-1608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.282.** **Priority creditor's name and mailing address**

MAZZONI, BRIANNA
13 WEST RICHARDS LN
NEWARK DE 19711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $209.76 | $209.76 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.283.** **Priority creditor's name and mailing address**

MCDANIEL, SHELLY DENICE
7801 120TH AVE NE
NORMAN OK 73026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,932.95 | $2,932.95 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.284.** **Priority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF TREASURY
LANSING MI 48922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.72 | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

Debtor    **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.285.** | **Priority creditor's name and mailing address**

MICHIGAN DEPT OF AGRICULTURE AND
RURAL DEVELOPMENT
POBOX 30776
LANSING MI 48909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.286.** | **Priority creditor's name and mailing address**

MICHIGAN DEPT OF ENERGY LABOR AND
ECONOMIC GROWTH DIRECTOR
OTTAWA BUILDING
611 WEST OTTAWA
PO BOX 30004
LANSING MI 48909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.287.** | **Priority creditor's name and mailing address**

MICHIGAN DEPT OF LICENSING AND REGULATORY AFFAIRS
PO BOX 30054
LANSING MI 48909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                                                                      Case number *(if known)* **19-11815**

**2.288.** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.289.** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
UNCLAIMED PROPERTY DIVISION
PO BOX 30756
LANSING MI 48909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.290.** **Priority creditor's name and mailing address**

MILLER, STEVEN C
P O BOX 1552
DIAMOND SPRINGS CA 95619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.18 | $31.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

---

**2.291.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MINNESOTA DEPARTMENT OF REVENUE | *Check all that apply.* | $4,304.01 | UNDETERMINED

| 600 NORTH ROBERT ST. | ☐ Contingent | |
| ST. PAUL MN 55101 | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         SALES TAX

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☑ No
**Specify Code subsection of PRIORITY          ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.292.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MISSOURI DEPARTMENT OF REVENUE | *Check all that apply.* | $10,469.01 | UNDETERMINED
| 301 WEST HIGH STREET | ☐ Contingent | |
| JEFFERSON CITY MO 65101 | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         SALES TAX

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☑ No
**Specify Code subsection of PRIORITY          ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.293.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MISSOURI DEPT OF AGRICULTURE DIVISION OF WEIGHTS MEASURES AND CONSUMER | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| PO BOX 630 | ☑ Contingent | |
| JEFFERSON CITY MO 65102 | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         TAX

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☑ No
**Specify Code subsection of PRIORITY          ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Meetha Ventures LLC**                                                 Case number *(if known)* **19-11815**

---

**2.294.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

MISSOURI DEPT OF REVENUE
HARRY S TRUMAN STATE OFFICE
BUILDING
301 WEST HIGH ST
JEFFERSON CITY MO 65101

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.295.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

MISSOURI DEPT OF REVENUE
PO BOX 3390
JEFFERSON CITY MO 65105-3390

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.296.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

MISSOURI LABOR AND INDUSTRIAL
RELATIONS COMMISSION
DIRECTOR
3315 WEST TRUMAN BLVD RM 214
PO BOX 504
JEFFERSON CITY MO 65102-0599

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                  Case number *(if known)* **19-11815**

---

**2.297.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MISSOURI STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 1004
JEFFERSON CITY MO 65102

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.298.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MITCHELL, DENVER
3478 PARADISE RD
#106
LAS VEGAS NV 89169

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $174.00
Priority amount: $174.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.299.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MONTGOMERY CENTRAL APPRAISAL DISTRICT
109 GLADSTELL ST
CONROE TX 77301

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                     Case number *(if known)* **19-11815**

| 2.300. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.300.**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY
MONTGOMERY COUNTY EXECUTIVE
MARC ELRICH
EXECUTIVE OFFICE BUILDING
101 MONROE ST 2ND FL
ROCKVILLE MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.301.**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY HEALTH DEPT
501 N THOMPSON STE 100
CONROE TX 77301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.302.**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY MARYLAND
255 ROCKVILLE PIKE 1ST FLOOR
STE 100
ROCKVILLE MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.303. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MOOERS, BEN ERIK M<br>297 DORIS AVE<br>SAN JOSE CA 95127 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.71 | $500.71 |

**Priority creditor's name and mailing address**

MOOERS, BEN ERIK M
297 DORIS AVE
SAN JOSE CA 95127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $500.71 | $500.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.304.   **Priority creditor's name and mailing address**

MOTAKEF, TONY K
5 CHESTERFIELD
MISSION VIEJO CA 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $81.63 | $81.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.305.   **Priority creditor's name and mailing address**

MOUSER, SHELBY
1427 S 6TH ST
APT 1
LOUISVILLE KY 40208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4.02 | $4.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

---

**2.306.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MURPHY, DEIRDRE A
3000 DONNEGAL BAY DR
LAS VEGAS NV 89117

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**  $817.31

**Priority amount**  $817.31

**Nonpriority amount**
$0.00

---

**2.307.** **Priority creditor's name and mailing address**

NATICK BOARD OF ASSESSORS
NATICK TOWN OFFICES
13 E CENTRAL ST
NATICK MA 01760

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

**2.308.** **Priority creditor's name and mailing address**

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 94818
LINCOLN NE 68509

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**  $174.98

**Priority amount**  UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

Debtor   **Meetha Ventures LLC**                                                                   Case number *(if known)* **19-11815**

| 2.309. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.309.**

**Priority creditor's name and mailing address**

NEBRASKA DEPT OF AGRICULTURE
301 CENTENNIAL MALL SOUTH
PO BOX 94668
LINCOLN NE 68509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.310.**

**Priority creditor's name and mailing address**

NEELEY, COURTNEY
3036 S WILLOW ST
SEATTLE WA 98108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $184.34 | $184.34 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.311.**

**Priority creditor's name and mailing address**

NEFF, REBEKKAH A
9844 CYPRESSWOOD DR 1106
HOUSTON TX 77070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $69.56 | $69.56 |

| **Nonpriority amount** |
|---|
| $0.00 |

Debtor    **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 2.312. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NEISI, SAHAR
3238 SYDENHAM ST
FAIRFAX VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $624.77

**Priority amount** $624.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.313.    **Priority creditor's name and mailing address**

NELSON, DAWN RENEE
3719 SOUTH 125TH EAST AVE
TULSA OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.06

**Priority amount** $123.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.314.    **Priority creditor's name and mailing address**

NELSON, MONICA RENEE
8602 CINNAMON CREEK DR
APT 704
SAN ANTONIO TX 78240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,729.51

**Priority amount** $2,729.51

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.315. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.315.** | **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
555 E. WASHINGTON AVE, SUITE 1300
LAS VEGAS NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,819.11 | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.316.** | **Priority creditor's name and mailing address**

NEVADA DEPT OF TAXATION
PO BOX 7165
SAN FRANCISCO CA 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.317.** | **Priority creditor's name and mailing address**

NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
PO BOX 490
AVENEL NJ 07001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

**2.318.** | **Priority creditor's name and mailing address**

NEW MEXICO DEPT OF LABOR
SECRETARY
401 BROADWAY NE
PO BOX 1928
ALBUQUERQUE NM 87102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.319.** | **Priority creditor's name and mailing address**

NEW MEXICO DEPT OF REVENUE
UNCLAIMED PROPERTY DIVISION
PO BOX 8485
ALBUQUERQUE NM 87198-8485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.320.** | **Priority creditor's name and mailing address**

NEW MEXICO SECRETARY OF STATE
325 DON GASPAR
STE 300
SANTA FE NM 87501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.321.** **Priority creditor's name and mailing address**

NEW MEXICO TAX AND REVENUE DEPT
LEGAL SVC BUREAU
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

---

**2.322.** **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE NM 87504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

$131.64

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

---

**2.323.** **Priority creditor's name and mailing address**

NEW MEXICO TAXATION AND REVENUE DEPT
PO BOX 25128
SANTA FE NM 87504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.324. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.324.**

**Priority creditor's name and mailing address**

NEWHOUSE, CAROL ANNE
201 HILLMOND ST
APT C4
BETHLEHEM PA 18017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,997.98 | $1,997.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.325.**

**Priority creditor's name and mailing address**

NORTH CAROLINA DEPARTMENT OF REVENUE
501 N WILMINGTON ST
RALEIGH NC 27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $5,226.35 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.326.**

**Priority creditor's name and mailing address**

NOYES, ANGEL LEEANN
2806 W BRIDLEWOOD TRL
OZARK MO 65721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $44.46 | $44.46 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

---

**2.327.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|||*Check all that apply.* | UNDETERMINED | UNDETERMINED

OFFICE OF THE CHIEF FINANCIAL
OFFICER
UNCLAIMED PROPERTY OFFICE
1350 PENNSYLVANIA AVE NW
STE 203
WASHINGTON DC 20004

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.328.** **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
PO BOX 2678
COLUMBUS OH 43216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**

$3,389.30

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.329.** **Priority creditor's name and mailing address**

OKLAHOMA CITY LICENSE
420 W MAIN 8TH FL
OKLAHOMA CITY OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.330.** **Priority creditor's name and mailing address**

OKLAHOMA COUNTY ASSESSOR
320 ROBERT S KERR AVE #315
OKLAHOMA CITY OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.331.** **Priority creditor's name and mailing address**

OKLAHOMA COUNTY TREASURER
PO BOX 268875
OKLAHOMA CITY OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.332.** **Priority creditor's name and mailing address**

OKLAHOMA DEPT OF LABOR
COMMISSIONER
3017 N STILES
STE 100
OKLAHOMA CITY OK 73105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 2.333. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.333.** **Priority creditor's name and mailing address**

OKLAHOMA SEC OF STATE BUSINESS
FILING
2300 N LINCOLN BLVD
ROOM 101
OKLAHOMA CITY OK 73105-4897

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.334.** **Priority creditor's name and mailing address**

OKLAHOMA SECRETARY OF STATE
421 NW 13TH
STE 210
OKLAHOMA CITY OK 73103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.335.** **Priority creditor's name and mailing address**

OKLAHOMA STATE DEPT OF HEALTH
PO BOX 268815
OKLAHOMA CITY OK 73126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                                                      Case number *(if known)* **19-11815**

---

**2.336.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

OKLAHOMA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
2401 NW 23RD ST
STE 42
OKLAHOMA CITY OK 73107

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.337.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

OKLAHOMA TAX COMMISSION
2501 LINCOLN BLVD
OKLAHOMA CITY OK 73194

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.338.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

OKLAHOMA TAX COMMISSION
PO BOX 26860
OKLAHOMA CITY OK 73126-0860

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

---

| 2.339. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
PO BOX 26930
OKLAHOMA CITY OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.340.   **Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
2501 NORTH LINCOLN BOULEVARD
OKLAHOMA CITY OK 73194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$24,189.30

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.341.   **Priority creditor's name and mailing address**

ORANGE COUNTY TREASURER TAX COLLECTOR
11 W CIVIC CTR DR
SANTA ANA CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

| 2.342. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON BUREAU OF LABOR AND INDUSTRIES COMMISSIONER 800 NE OREGON ST STE 1045 PORTLAND, OR 97232 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.343. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON DEPT OF AGRICULTURE 635 CAPITOL ST NE SALEM OR 97301 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.344. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON DEPT OF REVENUE 955 CENTER ST NE SALEM OR 97310 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

---

| 2.345. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON DEPT OF STATE LANDS UNCLAIMED PROPERTY SECTION 775 SUNNER ST NE STE 100 SALEM OR 97301-1279 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.346. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON DEPT REVENUE TRIMET PO BOX 14730 SALEM OR 97309-0464 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.347. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OREGON LIQUOR CONTROL COMMISSION 9079 SE MCLOUGHLIN BLVD PORTLAND OR 97222 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.348. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.348.**

**Priority creditor's name and mailing address**

OREGON LIQUOR CONTROL
COMMISSION LICENSE
PO BOX 22297
MILWAUKIE OR 97269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.349.**

**Priority creditor's name and mailing address**

PARKER, TERA C
7611 DICKENS AVE
PHILADELPHIA PA 19153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.55 | $36.55 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.350.**

**Priority creditor's name and mailing address**

PENA, JAVIER
10026 ROLAN MEADOWS DR
VAN BUREN
CHARTER TOWNSHIP MI 48111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $15.35 | $15.35 |

| **Nonpriority amount** |
|---|
| $0.00 |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**2.351.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280905
HARRISBURG PA 17128

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,010.59

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.352.** **Priority creditor's name and mailing address**

PERKINS, DANA
5356 VILLE MARIA LN
HAZELWOOD MO 63042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $404.70

**Priority amount** $404.70

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.353.** **Priority creditor's name and mailing address**

PERRY, SCOTT
24805 STRATTON LN
LAGUNA NIGUEL CA 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,844.24

**Priority amount** $2,844.24

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Meetha Ventures LLC**                                                                     Case number *(if known)* **19-11815**

| 2.354. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.354.** **Priority creditor's name and mailing address**

PIERSEE, THERESA J
7834 SANDUSKY AVE
KANSAS CITY KS 66112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,590.84

**Priority amount** $4,590.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.355.** **Priority creditor's name and mailing address**

PIETRYGA, MICAELA
8315 MAYWOOD ST
RALSTON NE 68127

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,713.60

**Priority amount** $1,713.60

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.356.** **Priority creditor's name and mailing address**

PLACER COUNTY ENVIRONMENTAL HEALTH
3091 COUNTY CTR DR
STE 180
AUBURN CA 95603

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

| 2.357. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.357. **Priority creditor's name and mailing address**

PLACER COUNTY PROPERTY TAX
2976 RICHARDSON DR
AUBURN CA 95603

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.358. **Priority creditor's name and mailing address**

PLACER COUNTY TAX COLLECTOR
2976 RICHARDSON DR
AUBURN CA 95603

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.359. **Priority creditor's name and mailing address**

PORTER, LUKAS E
8585 SW CANYON LN # 69
PORTLAND OR 97225

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $189.00 | $189.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

---

**2.360.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

POST, ROSS E
3805 164TH ST SOUTHWEST
APT G-202
LYNNWOOD WA 98087

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $176.32

Priority amount: $176.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.361.** **Priority creditor's name and mailing address**

POTTAWATOMIE COUNTY ASSESSOR
325 N BROADWAY AVE 204
SHAWNEE OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.362.** **Priority creditor's name and mailing address**

PRESTIDGE, ALEXIS B
1613 GATEWAY DR
WILLS POINT TX 75169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$194.22

**Priority amount**
$194.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| 2.363. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |

**2.363.** | **Priority creditor's name and mailing address**

RADFORD, BRENT M
11422 SAGEGROVE LN
HOUSTON TX 77089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $470.89

**Priority amount**    $470.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.364.** | **Priority creditor's name and mailing address**

RAMOS, ELIZABETH
2515 NORTH 75TH CT
UNIT 1
ELMWOOD PARK IL 60707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,621.34

**Priority amount**    $1,621.34

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.365.** | **Priority creditor's name and mailing address**

REEVES, ANGELA M
2013 GOVERNOR THOMAS BLADEN WA
APT 303
ANNAPOLIS MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $169.50

**Priority amount**    $169.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 2.366. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.366.** Priority creditor's name and mailing address

REICHNER, KEVIN
285 ECHOLS LN
# 413
WHITEWRIGHT TX 75491

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,030.50

**Priority amount** $1,030.50

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.367.** Priority creditor's name and mailing address

RHODE ISLAND DEPT OF STATE
148 W RIVER ST
PROVIDENCE RI 02904-2615

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.368.** Priority creditor's name and mailing address

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE RI 02908

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,186.81

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| 2.369. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |

**2.369.**

**Priority creditor's name and mailing address**

RICHARD, TIMOTHY MICHAEL
12712 ADMIRALTY WAY
APT D301
EVERETT WA 98704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $219.40 | $219.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.370.**

**Priority creditor's name and mailing address**

RISLEY, MARY CANDICE
1501 OSBORNE ST
SALINA KS 67401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,315.34 | $1,315.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.371.**

**Priority creditor's name and mailing address**

ROBINSON, ELIZABETH P
16571 OLD FRIENDSHIP WAY
CALDWELL ID 83607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $200.48 | $200.48 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**2.372.** **Priority creditor's name and mailing address**

ROBINSON, JAYLAH
1947 LARKSPUR DR
APT 603
SAN ANTONIO TX 78213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $512.82 | $512.82 |

**Nonpriority amount**

$0.00

---

**2.373.** **Priority creditor's name and mailing address**

ROE, ADAM M
3912 MOUNTAIN RD
PASADENA MD 21122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.76 | $80.76 |

**Nonpriority amount**

$0.00

---

**2.374.** **Priority creditor's name and mailing address**

ROGERS, MEGAN LYNN
1101 S MAIN
SPRINGFIELD MO 65807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $421.39 | $421.39 |

**Nonpriority amount**

$0.00

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.375. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SACRAMENTO COUNTY UNSECURED TAX UNIT PO BOX 508 SACRAMENTO CA 95812-0508 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

UNDETERMINED

---

| 2.376. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SAINT LOUIS COUNTY DEPT OF HEALTH 6121 N HANLEY RD BERKELEY MO 63134 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

UNDETERMINED

---

| 2.377. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SAINT LOUIS COUNTY MISSOURI ASSESSORS OFFICE CLARKSON WILSON CENTER CHESTERFIELD MO 63017 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Nonpriority amount**

UNDETERMINED

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

---

**2.378.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SALT LAKE COUNTY ASSESSOR
2001 SOUTH STATE ST N2-600
SALT LAKE CITY UT 84114

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.379.** **Priority creditor's name and mailing address**

SALT LAKE COUNTY ASSESSOR
2001 SOUTH SSTATE ST #N2-600
PO BOX 147421
SALT LAKE CITY UT 84114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.380.** **Priority creditor's name and mailing address**

SAN FRANCISCO DEPT OF PUBLIC HEALTH
1390 MARKET ST
STE 210
SAN FRANCISCO CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

**2.381.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED

SAN FRANCISCO OFFICE OF THE
ASSESSOR RECORDER
1 DR CARLTON B GOODLETT PL
CITY HALL ROOM 190
SAN FRANCISCO CA 94102-4698

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.382.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED

SAN FRANCISCO OFFICE OF THE
ASSESSOR RECORDER
1155 MARKET ST
SAN FRANCISCO CA 94103

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.383.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED

SAN FRANCISCO PUBLIC WORKS
1155 MARKET ST 3RD FLOOR
SAN FRANCISCO CA 94103

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 2.384. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SAN FRANCISCO TAX COLLECTOR
PO BOX 7427
SAN FRANCISCO CA 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.385.   Priority creditor's name and mailing address**

SANCHEZ, HAYLEY
5401 SEPULVEDA BLVD
APT #5
SHERMAN OAKS CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$98.89

**Priority amount**
$98.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.386.   Priority creditor's name and mailing address**

SCHENOSKY, STEPHEN
67 PLAYER OAKS PL
SPRING TX 77382

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$88.35

**Priority amount**
$88.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
PAID TIME OFF

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

| 2.387. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SEARLE, QUINTON C<br>5809 BENNION DR<br>WEST JORDAN UT 84029 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $451.53 | $451.53<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.388. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SECRETARY OF STATE CALIFORNIA<br>STATEMENT OF INFORMATION UNIT<br>PO BOX 944230<br>SACRAMENTO CA 94244 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.389. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SECRETARY OF STATE IOWA<br>321 E 12TH ST<br>DES MOINES IA 50319 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.390. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SEGER, JAY E<br>6026 SE 74TH AVE<br>PORTLAND OR 97206 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $313.50 | $313.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.391. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SELINSKI, KATHRYN<br>6034 RICHMOND HWY<br>APT 616<br>ALEXANDRIA VA 22303 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $614.57 | $614.57 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.392. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHAFFER, WENDI<br>65 SUMMERLYN DR<br>EPHRATA PA 17522 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $374.55 | $374.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 2.393. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHANK, BRANDON A<br>9457 BIRCH DR<br>LOVELAND OH 45140 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253.65 | $253.65<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.394. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHEARER, MICHAEL L<br>16 TOLL GATE STATION<br>LANCASTER PA 17601 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $955.29 | $955.29<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.395. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHIVER, MADISON J<br>19729 RIVER RD<br>APT 6<br>GLADSTONE OR 97027 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.59 | $24.59<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.396. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.396.  **Priority creditor's name and mailing address**

SHORT, EMILY ANN
301 SHELARD PKWY
APT 362
ST. LOUIS PARK MN 55426

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $103.38

**Priority amount**   $103.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.397.  **Priority creditor's name and mailing address**

SIMMONS, STACEY ANN
8545 DURLAND WAY
OKLAHOMA CITY OK 73114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,125.15

**Priority amount**   $1,125.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.398.  **Priority creditor's name and mailing address**

SINGLETON, DANIEL
2004 PEGGY STEWART WAY
APT 206
ANNAPOLIS MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $215.25

**Priority amount**   $215.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 2.399. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SKCDPH PUBLIC HEALTH SEATTLE KING COUNTY
PUBLIC HEALTH SEATTLE KING COUNTY
401 FIFTH AVE STE 1100
SEATTLE WA 98104

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.400. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMITH, JORDAN ANDRIA
5821 S 152ND PL
APT 2
TUKWILA WA 98188

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $458.37
Priority amount: $458.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.401. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMUD
PO BOX 15555
SACRAMENTO CA 95852

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**2.402.** **Priority creditor's name and mailing address**

SNOHOMISH COUNTY
3000 ROCKEFELLER AVE
EVERETT WA 98201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.403.** **Priority creditor's name and mailing address**

SNOHOMISH COUNTY TREASURER
PO BOX 34171
SEATTLE WA 98124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.404.** **Priority creditor's name and mailing address**

SNOHOMISH HEALTH DISTRICT
3020 RUCKER AVE
STE 104
EVERET WA 98201-3900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor    **Meetha Ventures LLC**                                Case number *(if known)* **19-11815**

| 2.405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SNOW, NICOLE<br>4156 E 484 RD<br>OWASSO OK 74055 | *Check all that apply.* | $302.38 | $302.38 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.406. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SPENCER, JEREMY C<br>516 N WALKER LN<br>OLATHE KS 66061 | *Check all that apply.* | $1,987.59 | $1,987.59 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.407. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | STATE CORP COMMISSION<br>PO BOX 1197<br>RICHMOND VA 23218 | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 2.408. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF CALIFORNIA
DEPT OF INDUSTRIAL RELATIONS
DIVISION OF WORKERS
COMPENSATION
455 GOLDEN GATE 2ND FL
SAN FRANCISCO CA 94102-7014

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.409. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPT
TAXPAYER ASSISTANCE CENTER
PO BOX 826880
SACRAMENTO CA 94280-0001

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.410. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF CALIFORNIA BOARD OF
EQUALIZATION
SPECIAL TAXES AND FEES
PO BOX 942879
SACRAMENTO CA 94279

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 2.411. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF DELAWARE
DIVISION OF CORPORATIONS
P O BOX 5509
BINGHAMTON NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.412. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF DELAWARE
DIVISION OF CORPORATIONS
P O BOX 5509
BINGHAMTON NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** $9,050.82
**Priority amount:** $9,050.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.413. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF DELAWARE
DIVISION OF CORPORATIONS
P O BOX 5509
BINGHAMTON NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** $2,661.81
**Priority amount:** $2,661.81

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.414.** **Priority creditor's name and mailing address**

STATE OF GEORGIA
GEORGIA DEPT OF LABOR
148 ANDREW YOUNG INTER BLVD STE 800
ATLANTA GA 30303-1732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.415.** **Priority creditor's name and mailing address**

STATE OF GEORGIA
STATE BOARD OF WORKERS COMPENSATION
270 PEACHTREE ST NW
ATLANTA GA 30303-1299

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.416.** **Priority creditor's name and mailing address**

STATE OF GEORGIA DEPT OF REVENUE
GEORGIA TAX CENTER
PO BOX 105499
ATLANTA GA 30359

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

---

**2.417.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STATE OF MARYLAND
MARYLAND DEPT OF LABOR
LICENSING
AND REGULATION
1100 NORTH EUTAW ST
ROOM 414
BALTIMORE MD 21201-2201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.418.** | **Priority creditor's name and mailing address**

STATE OF MARYLAND
WORKERS COMPENSATION
COMMISSION
10 EAST BALTIMORE ST 4TH FL
BALTIMORE MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.419.** | **Priority creditor's name and mailing address**

STATE OF MASSACHUSETTS
EXECUTIVE OFFICE OF LABOR AND
WORKFORCE DEVELOPMENT
DEPT OF INDUSTRIAL ACCIDENTS
1 CONGRESS ST STE 100
BOSTON MA 02114-2017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                                                                    Case number *(if known)* **19-11815**

| 2.420. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.420.** **Priority creditor's name and mailing address**

STATE OF MASSACHUSETTS
MASSACHUSETTS DIV OF
EMPLOYMENT AND TRAINING
19 STANIFORD ST
BOSTON MA 02114-2589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.421.** **Priority creditor's name and mailing address**

STATE OF MICHIGAN
DEPT OF LICENSING AND
REGULATORY AFFAIRS
WORKERS COMPENSATION AGENCY
2501 WOODLAKE CIR
OKEMOS MI 48864

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.422.** **Priority creditor's name and mailing address**

STATE OF MICHIGAN
MICHIGAN DEPT OF LICENSING AND
REGULATORY AFFAIRS
3024 W GRAND BLVD
DETROIT MI 48202-6024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

**2.423.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STATE OF MISSOURI
DEPT OF LABOR
DIVISION OF WORKERS
COMPENSATION
PO BOX 58
JEFFERSON CITY MO 65102-0058

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.424.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STATE OF MISSOURI
DIVISION OF EMPLOYMENT SECURITY
PO BOX 59
JEFFERSON CITY MO 65104-0059

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.425.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STATE OF NEW JERSEY
PO BOX 059
TRENTON NJ 08646-6400

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

---

2.426.  **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - OFFICE OF THE STATE COMPTROLLER
20 WEST STATE STREET
TRENTON NJ 08625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $13,537.75 | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.427.  **Priority creditor's name and mailing address**

STATE OF NEW JERSEY LITTER CONTROL FEE
DIVISION OF TAXATION REVENUE PROCESS CTR
PO BOX 274
TRENTON NJ 08764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.428.  **Priority creditor's name and mailing address**

STATE OF NEW MEXICO
NEW MEXICO DEPT OF WORKFORCE SOLUTIONS
PO BOX 2281
ALBUQUERQUE NM 87103-2281

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.429. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF NEW MEXICO
WORKERS COMPENSATION
ADMINISTRATION
2410 CENTRE AVE SE
PO BOX 27198
ALBUQUERQUE NM 87125-7198

*Check all that apply.*

UNDETERMINED    UNDETERMINED

☑ Contingent
☑ Unliquidated       **Nonpriority amount**
☑ Disputed
                     UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TAX

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.430. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF OKLAHOMA
WORKERS COMPENSATION
COMMISSION
1915 NORTH STILES AVE
OKLAHOMA CITY OK 73105

*Check all that apply.*

UNDETERMINED    UNDETERMINED

☑ Contingent
☑ Unliquidated       **Nonpriority amount**
☑ Disputed
                     UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TAX

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.431. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF OREGON
OREGON EMPLOYMENT DEPT
875 UNION ST NE
ROOM 107
SALEM OR 97311-0030

*Check all that apply.*

UNDETERMINED    UNDETERMINED

☑ Contingent
☑ Unliquidated       **Nonpriority amount**
☑ Disputed
                     UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TAX

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☑ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

**2.432.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.432.**

**Priority creditor's name and mailing address**

STATE OF OREGON
WORKERS COMPENSATION DIVISION
350 WINTER ST NE
PO BOX 14480
SALEM OR 97309-0405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

---

**2.433.**

**Priority creditor's name and mailing address**

STATE OF RHODE ISLAND DIVISION OF TAXATION
ONE CAPTIOL HILL STE 36
PROVIDENCE RI 02908-5829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

---

**2.434.**

**Priority creditor's name and mailing address**

STATE OF TEXAS
DEPT OF INSURANCE
WORKERS COMPENSATION
7551 METRO CTR DR STE 100
AUSTIN TX 78744-1609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.435. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF UTAH
LABOR COMMISSION
DIVISION OF INDUSTRIAL ACCIDENTS
160 EAST 300 SOUTH 3RD FL
PO BOX 146610
SALT LAKE CITY UT 84114-6610

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.436. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF UTAH
UTAH DEPT OF WORKFORCE SVC
PO BOX 45288
SALT LAKE CITY UT 84145-0288

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.437. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STATE OF VIRGINIA
VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1358
RICHMOND VA 23218-1358

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.438. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

STATE OF VIRGINIA
WORKERS COMPENSATION
COMMISSION
333 E FRANKLIN ST
RICHMOND VA 23219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

2.439.   **Priority creditor's name and mailing address**

STATE OF WASHINGTON
DEPT OF LABOR AND INDUSTRIES
INSURANCE SVC DIVISION
7273 LINDERSON WAY SW
TUMWATER WA 98501-5414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

2.440.   **Priority creditor's name and mailing address**

STATE OF WASHINGTON
WASHINGTON EMPLOYMENT
SECURITY DEPT
PO BOX 9046
OLYMPIA WA 98507-9046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

Debtor   **Meetha Ventures LLC**                                            Case number *(if known)* **19-11815**

| 2.441. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

STATE OF WISCONSIN
DEPT OF FINANCIAL INSTITUTIONS
PO BOX 7847
MADISON WI 53707-7847

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.442.   **Priority creditor's name and mailing address**

STATE OF WISCONSIN
DEPT OF WORKFORCE DEVELOPMET
PO BOX 7901
MADISON WI 53707-7901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.443.   **Priority creditor's name and mailing address**

STEWART, MARK
31364 LOUISE DR
WARREN MI 48088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $254.69 | $254.69 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

| 2.444. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

2.444. **Priority creditor's name and mailing address**

STLOUIS COUNTY ASSESSORS
JAKE ZIMMERMAN ASSESSOR
41 S CENTRAL AVE 2FL
SAINT LOUIS MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.445. **Priority creditor's name and mailing address**

TANNENBAUM, MARCO R
5255 MEMPHIS ST UNIT 807
DENVER CO 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,193.50

**Priority amount**
$1,193.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.446. **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 2.447. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.447.**

**Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714-9348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.448.**

**Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 EAST 17TH STREET
AUSTIN TX 78774

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $52,092.61 | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.449.**

**Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY CLAIMS SECTION
PO BOX 12046
AUSTIN TX 78711-2046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.450.** **Priority creditor's name and mailing address**

TEXAS DEPT OF AGRICULTURE
PO BOX 12077
AUSTIN TX 78711-2077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.451.** **Priority creditor's name and mailing address**

TEXAS WORKFORCE COMMISSION
PO BOX 149037
AUSTIN TX 78714-9037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.452.** **Priority creditor's name and mailing address**

TEXAS WORKFORCE COMMISSION
EXECUTIVE DIRECTOR
101 EAST 15TH ST
ROOM 651
AUSTIN TX 78778-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.453. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

THOMAS, ALEKSANDRINA A
965 N HUMBOLDT ST
APT 306
DENVER CO 80218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $367.02

**Priority amount**  $367.02

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.454.**   **Priority creditor's name and mailing address**

TITHERINGTON, KATASIA
56 TYLER ST
PORTLAND ME 04103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $232.00

**Priority amount**  $232.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.455.**   **Priority creditor's name and mailing address**

TONEY, ROSEANNA
965 MALLARD CREEK RD
SAINT MATTHEWS KY 40207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $188.65

**Priority amount**  $188.65

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

2.456.  **Priority creditor's name and mailing address**

TOWN OF LOS GATOS
FINANCE DEPT
BUSINESS LICENCE TAX DIVISION
110 EAST MAIN ST
LOS GATOS CA 95031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.457.  **Priority creditor's name and mailing address**

TOWN OF NATICK
13 EAST CENTRAL ST
NATICK MA 01760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.458.  **Priority creditor's name and mailing address**

TOWN OF NATICK
OFFICE OF COLLECTOR OF TAXES
13 EAST CENTRAL ST
NATICK MA 01760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

**2.459.** **Priority creditor's name and mailing address**

TOWN OF NATICK WEIGHTS AND MEASURE
13 EAST CENTRAL ST
NATICK MA 01760

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**2.460.** **Priority creditor's name and mailing address**

TOWNSHIP OF WAYNE HEALTH DEPT
475 VALLEY RD
WAYNE NJ 07470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**2.461.** **Priority creditor's name and mailing address**

TOWNSHIP OF WHITEHALL
BUSINESS LICENSE DEPT
3221 MACARTHUR RD
WHITEHALL PA 18052

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

---

**2.462.**   **Priority creditor's name and mailing address**

TREASURER OF MONTGOMERY
COUNTY
PO BOX 311
NORRISTOWN PA 19404-0311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.463.**   **Priority creditor's name and mailing address**

TREASURER OF VIRGINIA VA DEPT OF
AGRICULTURE
PO BOX 430
RICHMOND VA 23218-0430

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.464.**   **Priority creditor's name and mailing address**

TREJO-ORTIZ, DAVID
1540 N GESSNER RD
HOUSTON TX 77064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PAID TIME OFF

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $411.79 | $411.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

**2.465.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TRI COUNTY HEALTH DEPT
ENVIRONMENTAL HEALTH
4201 E 72ND AVE STE D
COMMERCE CITY CO 80022

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.466.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TROIANO, ACADIA
15 POWSLAND ST
PORTLAND ME 04102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $873.61
Priority amount: $873.61

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.467.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TULSA COUNTY ASSESSOR
500 SOUTH DENVER AVE W #215
TULSA OK 74103

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

---

**2.468.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

US DEPT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.469.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

US DEPT OF LABOR OSHA
OSHA REGION 1
JFK FEDERAL BUILDING
25 NEW SUDBURY ST RM E340
BOSTON MA 02203

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.470.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

US DEPT OF LABOR OSHA
OSHA REGION 4
61 FORSYTH ST SW
RM 6T50
ATLANTA GA 30303

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                     Case number *(if known)* **19-11815**

**2.471.** **Priority creditor's name and mailing address**

US DEPT OF LABOR OSHA
OSHA REGION 6
525 GRIFFIN ST STE 602
DALLAS TX 75202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.472.** **Priority creditor's name and mailing address**

US DEPT OF LABOR OSHA
OSHA REGION 7
TWO PERSHING SQUARE BUILDING
2300 MAIN ST STE 1010
KANSAS CITY MO 64108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.473.** **Priority creditor's name and mailing address**

US DEPT OF LABOR OSHA
OSHA REGION 9
SAN FRANCISCO FEDERAL BUILDING
90 7TH ST STE 18100
SAN FRANCISCO CA 94103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**2.474.** **Priority creditor's name and mailing address**

UTAH DEPT OF AGRICULTURE AND FOOD
350 N REDWOOD RD
PO BOX 146500
SALT LAKE CITY UT 84114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.475.** **Priority creditor's name and mailing address**

UTAH DEPT OF COMMERCE
160 E 300 S 2ND FL
SALT LAKE UT 84111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.476.** **Priority creditor's name and mailing address**

UTAH LABOR COMMISSION COMMISSIONER
160 E 300 S
STE 300
SALT LAKE CITY UT 84114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                                   Case number *(if known)* **19-11815**

---

**2.477.**  **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.478.**  **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,034.97 | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.479.**  **Priority creditor's name and mailing address**

UTAH TREASURERS OFFICE
UNCLAIMED PROPERTY DIVISION
168 N 1950 W
STE 102
SALT LAKE CITY UT 84116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

**2.480.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.480.** **Priority creditor's name and mailing address**

VENTURA COUNTY TAX ASSESSOR
800 SOUTH VICTORIA AVE
VENTURA CA 93009-1270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.481.** **Priority creditor's name and mailing address**

VIRGINIA DEPT OF AGRICULTURE AND
CONSUMER SVC
PO BOX 430
RICHMOND VA 23218-0430

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.482.** **Priority creditor's name and mailing address**

VIRGINIA DEPT OF LABOR AND
INDUSTRY
COMMISSIONER
13 SOUTH THIRTEENTH ST
RICHMOND VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                         Case number *(if known)* **19-11815**

---

2.483.  **Priority creditor's name and mailing address**

VIRGINIA DEPT OF TAXATION
OFFICE OF CUSTOMER SVC
PO BOX 1115
RICHMOND VA 23218-1115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.484.  **Priority creditor's name and mailing address**

VIRGINIA DEPT OF TREASURY
UNCLAIMED PROPERTY DIVISION
101 NORTH 14TH ST
RICHMOND VA 23219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.485.  **Priority creditor's name and mailing address**

VIRGINIA EMPLOYMENT COMMISSION
PO BOX 27592
RICHMOND VA 23261-7592

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.486. | **Priority creditor's name and mailing address**<br><br>VIRGINIA TAX<br>P.O. BOX 1115<br>RICHMOND VA 23218 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$5,534.75 | **Priority amount**<br>UNDETERMINED |
|---|---|---|---|---|

|  |  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>SALES TAX | **Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.487. | **Priority creditor's name and mailing address**<br><br>VIVIO, ANTHONY<br>4455 COLBATH AVE<br>APARTMENT #106<br>SHERMAN OAKS CA 91423 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$158.70 | **Priority amount**<br>$158.70 |
|---|---|---|---|---|

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Nonpriority amount**

$0.00

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.488. | **Priority creditor's name and mailing address**<br><br>WAKEFIELD, KATRINA L<br>4513 UPLAND CIR DR<br>CONROE TX 77303 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$210.10 | **Priority amount**<br>$210.10 |
|---|---|---|---|---|

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

PAID TIME OFF

**Nonpriority amount**

$0.00

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

| 2.489. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**2.489.** | **Priority creditor's name and mailing address**

WALKER, VIVIAN
68220 PERLITA RD
CATHEDRAL CITY CA 92234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $155.76 | $155.76 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.490.** | **Priority creditor's name and mailing address**

WALTON, MERCEDES D
9790 LOBLOLLY LN
ROSWELL GA 30075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $416.93 | $416.93 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.491.** | **Priority creditor's name and mailing address**

WASHINGTON COUNTY
A AND T PERSONAL PROPERTY
SECTION
155 NORTH FIRST AVE
STE 230 MS8A
HILLSBORO OR 97124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**2.492.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

| | *Check all that apply.* | | |

WASHINGTON COUNTY A AND T
PERSONAL PROPERTY SECTION
14949 62ND ST N
STILLWATER MN 55082

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.493.** **Priority creditor's name and mailing address**

WASHINGTON DEPT OF LABOR AND
INDUSTRIES
DIRECTOR
PO BOX 44000
OLYMPIA WA 98504-4000

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.494.** **Priority creditor's name and mailing address**

WASHINGTON DEPT OF REVENUE
UNCLAIMED PROPERTY SECTION
PO BOX 34053
SEATTLE WA 98124-1053

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|
| 2.495. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

**2.495.**

**Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
PO BOX 47476
OLYMPIA WA 98504

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,687.45

**Priority amount**  UNDETERMINED

**Nonpriority amount**  UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.496.**

**Priority creditor's name and mailing address**

WASHINGTON STATE DEPT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**  UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.497.**

**Priority creditor's name and mailing address**

WATTANARUNGSIKAJORN, JASON T
9454 RIDGEVIEW DR
COLUMBIA MD 21046

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $480.00

**Priority amount**  $480.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| 2.498. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.498.**

**Priority creditor's name and mailing address**

WAUWATOSA HEALTH DEPT
7725 W NORTH AVE
WAUWATOSA WI 53213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.499.**

**Priority creditor's name and mailing address**

WAYNE A ROBEY CLERK OF CIRCUIT COURT
9250 BENDIX RD
COLUMBIA MD 21045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.500.**

**Priority creditor's name and mailing address**

WEIGHTS AND MEASURES BUREAU IOWA
2230 SOUTH ANKENY BLVD
ANKENY IA 50023-9093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

---

**2.501.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount**
---|---|---|---|---|---
| WEIGHTS AND MEASURES FUND<br>PO BOX 490<br>AVENEL NJ 07001 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNDETERMINED | UNDETERMINED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.502.** **Priority creditor's name and mailing address**

WENDY MAGNUS POTTAWATOMIE CO TREASURER
WENDY MAGNUS
325 N BROADWAY STE 203
SHAWNEE OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.503.** **Priority creditor's name and mailing address**

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8920
MADISON WI 53708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $3,006.48

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 2.504. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.504.**

**Priority creditor's name and mailing address**

WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON WI 53713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.505.**

**Priority creditor's name and mailing address**

WISCONSIN DEPT OF REVENUE
MANUFACTURING AND UTILITY BUREAU
200 N JEFFERSON ST
STE 126
GREEN BAY WI 54301-5100

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.506.**

**Priority creditor's name and mailing address**

WISCONSIN DEPT OF WORKFORCE DEVELOPMENT
PO BOX 7942
MADISON WI 57307-7942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

| 2.507. | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.507.** **Priority creditor's name and mailing address**

WISCONSIN DEPT OF WORKFORCE
DEVELOPMENT
SECRETARY
PO BOX 7946
MADISON WI 53707-7946

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.508.** **Priority creditor's name and mailing address**

WISCONSIN STATE TREASURER
UNCLAIMED PROPERTY UNIT
PO BOX 2114
MADISON WI 53701-2114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.509.** **Priority creditor's name and mailing address**

WITTMAN, TABBATHA RENEE
52 VALLEY FORGE RD
NEW CASTLE DE 19720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $56.96 | $56.96 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| | | | |
|---|---|---|---|

**2.510.** **Priority creditor's name and mailing address**

WRIGHT, HANNAH JOY
2450 27TH AVE
SAN FRANCISCO CA 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $127.82 | $127.82 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.511.** **Priority creditor's name and mailing address**

YIP, JENNY
330 BERRY ST
#305
SAN FRANCISCO CA 94158

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,276.25 | $2,276.25 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PAID TIME OFF

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Meetha Ventures LLC**                                               Case number *(if known)* **19-11815**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 23RD GROUP<br>4944 PARKWAY PLZ BLVD<br>STE 400<br>CHARLOTTE NC 28217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,465.68 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☒ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 3 FACE CONSULTING<br>608 SOUTH EAST 6TH ST<br>STE 1<br>FORT LAUDERDALE FL 33301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $126.14 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☒ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ACADEMY FIRE LIFE SAFETY LLC<br>42 BROADWAY<br>LYNBROOK NY 11563 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,337.49 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☒ Yes | |

---

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCENTURE
ACCENTURE IL - LOCKBOX 29889
131 S DEARBORN
6TH FL
CHICAGO IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,777.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCOUNTING PRINCIPALS, INC
DEPT CH 14031
PALATINE IL 60055-4031

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,728.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADA COCACOLA AND DR PEPPER
PO BOX 1607
ADA OK 74821

☐ Contingent
☐ Unliquidated
☐ Disputed

$409.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AIR AUTHORITY LLC
2554 BOARDWALK ST
SAN ANTONIO TX 78217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$373.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.8.    **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
CARRIE A DODSON
110 W 7TH ST STE 1400
TULSA OK 74119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$190.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.9.    **Nonpriority creditor's name and mailing address**

ALAMO CANDY CO
2738 BLANCO RD
SAN ANTONIO TX 78212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,680.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 3.10. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.10.**

**Nonpriority creditor's name and mailing address**

ALBANESE CONFECTIONERY GROUP
PO BOX 71885
CHICAGO IL 60694-1885

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$660,033.95

---

**3.11.**

**Nonpriority creditor's name and mailing address**

ALDERWOOD MALL LLC
SDS-12-3019
PO BOX 86
MINNEAPOLIS MN 55486-3019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$41,621.39

---

**3.12.**

**Nonpriority creditor's name and mailing address**

ALL VALLEY REFRIGERATION INC
21241 VENTURA BLVD STE190
WOODLAND HILLS CA 91364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$550.00

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALTERNATIVE AIR LLC
3C MARY WAY
HAINESPORT NJ 08036

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,233.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALTERNATIVE AIR LLC
3C MARY WAY
HAINESPORT NJ 08036

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,289.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAC PLASTICS
PO BOX 750249
PETALUMA CA 94975

☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| **3.16.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AMBIUS(28)
PO BOX 14086
READING PA 19612

**Amount of claim**

$84.64

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.17.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AMERICAN SECURITY PRODUCTS CO
P O BOX 317001
FONTANA CA 92331-7001

**Amount of claim**

$3,036.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | |
|---|---|---|
| **3.18.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AMERICAN WHOLESALE LIGHTING INC
1725 ROTAN DR
LIVERMORE CA 94551

**Amount of claim**

$89,748.78

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 177 of 295

Debtor    **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| 3.19. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMER-TRANS LOGISTICS<br>ACCOUNTS RECEIVABLE<br>PO BOX 509<br>EVANSVILLE IN 47703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,367.65 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.20. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ANNAPOLIS MALL LP<br>PO BOX 54730<br>LOS ANGELES CA 90074-4730 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,806.76 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.21. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ARCH*MICHAEL NEUMANN<br>127 WEST 24TH ST 7TH FL<br>NEW YORK NY 10011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,600.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - CONSTRUCTION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                             Case number *(if known)* **19-11815**

| 3.22. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ARCVISION INC<br>DIANE GISI<br>1950 CRAIG RD STE 300<br>ST. LOUIS MO 63146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,864.11 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - CONSTRUCTION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.23. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ARDEN FAIR MALL<br>MACERICH MGMT AS AGENT ASSOCIATES LP<br>PO BOX 849473<br>LOS ANGELES CA 94739-0084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,270.62 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.24. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ARROW FIRE PROTECTION INC<br>3330 SELDON CT STE1<br>FREMONT CA 94539 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,493.60 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASIAN FOOD GROCER
DBA ASIAN FOOD GROCER
50 W OHIO AVE
RICHMOND CA 94804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$60,676.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASTOR CHOCOLATE CORP
651 NEW HAMPSHIRE AVE
LAKEWOOD NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,535.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT AND T
PO BOX 5025
CAROL STREAM IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

$346.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT AND T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

$450.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATOMIC SVC INC
2517 SOUTH CENTRAL AVE
OKLAHOMA CITY OK 73129

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AURORA WORLD INC
8820 MERCURY LN
PICO RIVERA CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,059.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**3.31.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AUSTIN PERMIT SVC INC
1304 EAST 7TH ST
AUSTIN TX 78702

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,940.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.32.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

B AND R FIRE AND SAFETY
PO BOX 91426
LOUISVILLE KY 40291

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.33.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

BACCI CHOCOLATE DESIGN
17 COLUMBIA ST
SWAMPSCOTT MA 01907

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,862.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.34. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BALLAST INVESTMENTS, LLC<br>49 POWELL ST<br>SAN FRANCISCO CA 94102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,733.34 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/2019 | SUBLESSEE SECURITY DEPOSIT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.35. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BASCOM FAMILY FARMS<br>56 SUGARHOUSE RD<br>ALSTEAD NH 03602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,709.28 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.36. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BASS FLEXIBLE PACKAGING INC<br>8371 213TH ST W<br>LAKEVILLE MN 55044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $567.60 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 3.37. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BATTLEFIELD MALL<br>862502 RELIABLE PKWY<br>CHICAGO IL 60686-0025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,255.22 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.38. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BAY ALARM CO<br>PO BOX 7137<br>SAN FRANCISCO CA 94120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $179.34 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.39. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BAY AREA PRO CLEANING INC<br>P O BOX 30417<br>WALNUT CREEK CA 94598 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,340.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.40.

**Nonpriority creditor's name and mailing address**

BAYBROOK MALL LLC
SDS-12-1851
PO BOX 86
MINNEAPOLIS MN 55486-1851

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$31,709.08

---

3.41.

**Nonpriority creditor's name and mailing address**

BEACHWOOD PLACE MALL LLC
2701 SOLUTION CTR
CHICAGO IL 60677-2007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$50,005.74

---

3.42.

**Nonpriority creditor's name and mailing address**

BEAUTYMEDIA
3108 OVERRIDGE DR
ANN ARBOR MI 48104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$6,494.00

---

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEQUET CONFECTIONS
8235 HUFFINE LN UNIT D
BOZEMAN MT 59718

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,525.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEST WISDOM TECHNOLOGY, LLC
MANAGER
71 POWELL ST
2ND FLOOR
SAN FRANCISCO CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

$174,360.87

**Date or dates debt was incurred**

6/2018

**Basis for the claim:**

SUBLESSEE SECURITY DEPOSIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BILLIE ANN PLASTICS PACKAGING CORP
MATHEW RUBINSTEIN
360 TROUTMAN ST
BROOKLYN NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

$83,688.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUE MOOSE SWEET SHOPPE
440 W 200 N #1
BOUNTIFUL UT 84010

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,424.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.47.   **Nonpriority creditor's name and mailing address**

BOISE MALL LLC NEW
SDS123074
PO BOX 86
MINNEAPOLIS MN 55486

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,687.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.48.   **Nonpriority creditor's name and mailing address**

BOSTON AMERICA
55 SIXTH RD
UNIT #8
WOBURN MA 01801

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,994.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIDGEWATER COMMONS MALL II LLC
SDS-12-2893
PO BOX 86
MINNEAPOLIS MN 55486-2893

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,751.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRITISH WHOLESALE IMPORTS INC
5711 CORSA AVE
WESTLAKE VILLAGE CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,591.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CANDY PEOPLE LLC
660 N CENTRAL EXPWY
STE 240
PLANO TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

$69.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 3.52. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CBIZ CMF LLC<br>325 CHESTNUT ST STE 410<br>PHILADELPHIA PA 19106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,698.19 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.53. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CELEBRITY GOURMET VENTURES INC<br>CELEBRITY CAKE STUDIO<br>314 E 26TH ST<br>TACOMA WA 98421 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $345.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.54. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CELLO PARTNERS, INC<br>SJ KELLERMAN AND ASSOCIATES<br>PO BOX 1167<br>APTOS CA 95001-1167 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,750.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                Case number *(if known)* **19-11815**

---

**3.55.**   **Nonpriority creditor's name and mailing address**

CENTRAL MALL LAWTON
MANAGEMENT OFFICE
100 CENTRAL MALL
LAWTON OK 73501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $10,836.00 |

---

**3.56.**   **Nonpriority creditor's name and mailing address**

CENTRAL MALL REALTY HOLDING LLC
2259 SOUTH 9TH ST
SALINA KS 67401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $15,375.72 |

---

**3.57.**   **Nonpriority creditor's name and mailing address**

CHOCOLATE CHOCOLATE CHOCOLATE CO
ACCOUNTS RECEIVABLE
5025 PATTISON AVE
SAINT LOUIS MO 63110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $5,963.25 |

---

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHOCOLATE STORYBOOK
1000 GRAND AVE
WEST DES MOINES IA 50265

$25.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHRISTIANA MALL LLC
SDS-12-3026
PO BOX 86
MINNEAPOLIS MN 55486-3026

$84,622.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHRISTOPHER ELBOW CHOCOLATES LLC
2403 SOUTHWEST BLVD
KANSAS CITY MO 64108

$82,024.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                  Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CINTAS CORP
PO BOX 650838
DALLAS TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

$392.60

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.62.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CINTAS FIRE 636525
PO BOX 636525
CINCINNATI OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

$213.72

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.63.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY CLERKS OFFICE NORMAN OK
PO BOX 370
NORMAN OK 73070

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

---

3.64.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF DURHAM FIRE DEPT
PO BOX 935667
ATLANTA GA 31193-5667

☐ Contingent
☐ Unliquidated
☐ Disputed

$65.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.65.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF ROSEVILLE
8839 N CEDAR AVE #212
FRESNO CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

$472.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.66.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

CITY OF SEATTLE
PO BOX 35178
SEATTLE WA 98124-5178

☐ Contingent
☐ Unliquidated
☐ Disputed

$425.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CKITCHENCOM<br>2237 NEW YORK AVE<br>BROOKLYN NY 11234 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,953.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - CONSTRUCTION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CLACKAMAS TOWN CENTER<br>PO BOX 860117<br>MINNEAPOLIS MN 55486-0117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,867.92 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD BASE RENT &<br>PERCENTAGE RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CLOUD DESTINATIONS LLC<br>BISHOP RANCH 3<br>2603 CAMINO RAMON<br>STE 200<br>SAN RAMON CA 94583 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,792.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCA COLA OF OMAHA
4700 S LEWIS BLVD
SIOUX CITY IA 51106-9516

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COCA COLA SOUTHWEST BEVERAGES
PO BOX 744010
ATLANTA GA 30384-4010

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,064.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMED
PO BOX 6111
CAROL STREAM IL 60197-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,559.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73.

**Nonpriority creditor's name and mailing address**

CONNOR GROUP GLOBAL SERVICES, LLC
DEPT 3748
PO BOX 123748
DALLAS TX 75312-3748

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$134,140.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.74.

**Nonpriority creditor's name and mailing address**

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS MO 63166-6523

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.75.

**Nonpriority creditor's name and mailing address**

CORACAO CONFECTIONS INC
1175 30TH ST
OAKLAND CA 94608

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,310.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORONADO CENTER LLC
PO BOX 776723
CHICAGO IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,271.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSTCO WHOLESALE ONLINE
STORE DEPOSIT SLIP
999 LAKE DR
ISSAQUAH WA 98027

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COX, CASTLE AND NICHOLSON LLP
2029 CENTURY PK EAST STE 2100
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,937.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CPS ENERGY
PO BOX 2678
SAN ANTONIO TX 78289-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$827.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRISPERY OF VIRGINIA LLC* THE
THE CRISPERY
STEVEN SOLDINGER
2728 STERLING POINT DR
PORTSMOUTH VA 23703

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,764.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUSHMAN AND WAKEFIELD
425 MARKET ST STE 2300
SAN FRANCISCO CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

$84,393.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                         Case number *(if known)* **19-11815**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CUSTODIA FREIGHT SVC INC<br>PO BOX 41150<br>PASADENA CA 91114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,886.40 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - PACKAGING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DANDELION CHOCOLATE<br>740 VALENCIA ST<br>SAN FRANCISCO CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,915.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DANDY COTTON CANDY<br>387 MAGNOLIA AVE<br>STE 103-524<br>CORONA CA 92879 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,948.96 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEBBAS GOURMET LLC
2794 N LARKIN AVE
FRESNO CA 93727

☐ Contingent
☐ Unliquidated
☐ Disputed

$201,961.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
PO BOX 5275
CAROL STREAM IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

$655.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DICK TAYLOR CRAFT CHOCOLATE
4 WEST 4TH ST
EUREKA CA 95501

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,487.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIVINE DELIGHTS
1250 HOLM RD
PETALUMA CA 94954

☐ Contingent
☐ Unliquidated
☐ Disputed

$643.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DTPS C-15 LLC
ATTN PROPERTY MANAGEMENT
201 NORTH PALM CANYON DR
PALM SPRINGS CA 92262

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,565.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUERR PACKAGING CO INC
892 STEUBENVILLE PIKE
BURGETTSTOWN PA 15021

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,888.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DUKE ENERGY
PO BOX 70516
CHARLOTTE NC 28272-0516

☐ Contingent
☐ Unliquidated
☐ Disputed

$486.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECHELON FINE PRINTING
ACCOUNTS RECEIVABLE
1885 NORTHWAY DR
NORTH MANKATO MN 56003

☐ Contingent
☐ Unliquidated
☐ Disputed

$192,122.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELDER JONES BUILDING PERMIT SVC INC
1120 EAST 80TH ST STE211
BLOOMINGTON MN 55420

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,787.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ELDORADO FORKLIFT CO
PO BOX 1163
SAN CARLOS CA 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$117.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.95.    **Nonpriority creditor's name and mailing address**

EMERALD CITY PROMOTIONS LLC
2741 72ND AVE SE
MERCER ISLAND WA 98040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$355.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.96.    **Nonpriority creditor's name and mailing address**

ENCORE SOFTWARE SERVICES, INC
226 AIRPORT PKWY STE 310
SAN JOSE CA 95110-3700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$17,037.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ENERGYWORKS LANCASTER, LLC
PO BOX 6203
HERMITAGE PA 16148-0922

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,249.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ENSTROM CANDIES INC
MARIE SHOPE
701 COLORADO AVE
GRAND JUNCTION CO 81501

☐ Contingent
☐ Unliquidated
☐ Disputed

$59.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ENTERGY
PO BOX 8104
BATON ROUGE LA 70891-8104

☐ Contingent
☐ Unliquidated
☐ Disputed

$448.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESTELLA LI-MING LEE
252 SAN FERNANDO WAY
DALY CITY CA 94015

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EVERSOURCE
PO BOX 660369
DALLAS TX 75266-0369

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,656.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FAIRFAX CO OF VIRGINIA LLC
DEPARTMENT 56501
PO BOX 67000
DETROIT MI 48267-0565

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,356.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

---

**3.103.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.103.**

**Nonpriority creditor's name and mailing address**

FASHION OUTLETS OF CHICAGO LLC
PO BOX 848927
LOS ANGLES CA 90084-8927

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$77,153.44

---

**3.104.**

**Nonpriority creditor's name and mailing address**

FASHION PLACE LLC
SDS-12-2780
PO BOX 86
MINNEAPOLIS MN 55486-2780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$59,179.48

---

**3.105.**

**Nonpriority creditor's name and mailing address**

FASHION SHOW MALL LLC
SDS-12-2773
PO BOX 86
MINNEAPOLIS MN 55486-2773

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$48,203.86

---

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FASTMETRICS
PO BOX 77267
SAN FRANCISCO CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,012.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.107. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FB WASHBURN CANDY
137 PERKINS AVE
BROCKTON MA 02302

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,076.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDEX
PO BOX 7221
PASADENA CA CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,319.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.109. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | FIAT BUSINESS DEVELOPMENT, LLC<br>9 EWAN TER<br>VINELAND NJ 08360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.110. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | FIKA ACQUISITIONS LLC<br>824 10TH AVE<br>NEW YORK NY 10019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,403.50 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.111. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | FINN DANIELS INC<br>2145 FORD PKWY STE 301<br>SAINT PAUL MN 55116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,190.55 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.112.

**Nonpriority creditor's name and mailing address**

FIRST COLONY MALL LLC
PO BOX 86
MINNEAPOLIS MN 55486-3112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$47,737.68

---

3.113.

**Nonpriority creditor's name and mailing address**

FIRST SOURCE VA
3612 LAGRANGE PKWY
TOANO VA 23168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$862,539.13

---

3.114.

**Nonpriority creditor's name and mailing address**

FIRSTLEASE
1 WALNUT GROVE DR STE 300
HORSHAM PA 19044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$1,816.08

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANKFURT KURNIT KLEIN AND SELZ
488 MADISON AVE
NEW YORK NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,805.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.116. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

$236.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.117. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

G AND J HOLDINGS
135 LUNDQUIST DR
BRAINTREE MA 02184

☐ Contingent
☐ Unliquidated
☐ Disputed

$295,052.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| 3.118. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.118.**

**Nonpriority creditor's name and mailing address**

GARDA WORLD
GARDA CL WEST INC LOCKBOX233209
3209 MOMENTUM PL
CHICAGO IL 60689-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$6,616.93

---

**3.119.**

**Nonpriority creditor's name and mailing address**

GARDEN STATE PLAZA
PO BOX 56816
LOS ANGELES CA 90074-6816

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$96,533.86

---

**3.120.**

**Nonpriority creditor's name and mailing address**

GGP MAINE MALL LLC
7846 SOLUTION CTR
CHICAGO IL 60677-7008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$74,756.73

---

Debtor   **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GGP PROVIDENCE PLACE LLC
SDS-12-3060
PO BOX 86
MINNEAPOLIS MN 55486-3060

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,710.77

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - LANDLORD BASE RENT & PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIAMBRI'S QUALITY SWEETS INC
26 BRAND AVE
CLEMENTON NJ 08021

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,237.74

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIANNELLA, RACHEL
24 BIRCHWOOD LN
HALEDON NJ 07508

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
4/26/2018

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIANT GUMMY BEARS OF RALEIGH LLC
PO BOX 99369
RALEIGH NC 27624

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,852.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIFT CARD LIABILITIY

☒ Contingent
☐ Unliquidated
☐ Disputed

$226,621.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GIFT CARD LIABILITY - ALL CARDS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLASSDOOR, INC
DEPARTMENT 3436
PO BOX 123436
DALLAS TX 75312-3436

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,312.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.127.**

**Nonpriority creditor's name and mailing address**

GLENDALE MALL ASSOCIATES LLC
PO BOX 860116
MINNEAPOLIS MN 55486

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$54,192.76

---

**3.128.**

**Nonpriority creditor's name and mailing address**

GLORYBEE NATURAL SWEETENERS INC
PO BOX 35142 #1015
SEATTLE WA 98124-5142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$1,250.00

---

**3.129.**

**Nonpriority creditor's name and mailing address**

GMV CHOCOLATIER
6665 COTE DE LIESSE
ST-LAURENT
MONTREAL QC H4T 1Z5
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$19,697.76

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GOODIO INC
470 RAMONA ST
PALO ALTO CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,406.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.131.    **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
CLIENT ID# 311
PO BOX 983119
BOSTON MA 02298-3119

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.132.    **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
CLIENT ID# 311
PO BOX 983119
BOSTON MA 02298-3119

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42,893.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.133. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GREAT SCOT INTERNATIONAL PETER WILSON 8041 ARROWRIDGE BLVD STE 1 CHARLOTTE NC 28273 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $11,140.92 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.134. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GREEN HILLS MALL TRG LLC PO BOX 674523 DETROIT MI 48267 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $18,144.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.135. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GS PORTFOLIO HOLDINGS LLC PO BOX 860447 MINNEAPOLIS MN 55486-0447 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,757.24 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

---

**3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

HEARTLAND COCACOLA BOTTLING CO LLC
PO BOX74008600
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,042.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.137.** **Nonpriority creditor's name and mailing address**

HERTEL*RYAN RONALD
7844 SW SKYHAR DR
PORTLAND OR 97223

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$354.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.138.** **Nonpriority creditor's name and mailing address**

HISHMEH*MAHA
1311 NINA CT
MCLEAN VA 22101

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$32.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 3.139. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HOLLWEG ASSESSMENT PARTNERS LLC<br>1341 W MOCKINGBIRD LN<br>STE 700W<br>DALLAS TX 75247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,750.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.140. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HORIZON RETAIL CONSTRUCTION INC<br>9999 E EXPLORATION CT<br>STURTEVANT WI 53177 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $239,783.38 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.141. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HOSODA BROS INC<br>1444 TENNESSEE ST<br>SAN FRANCISCO CA 94107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,840.20 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOUSE OF DORCHESTER
1714 WILMINGTON AVE
RICHMOND VA 23227

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,580.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOUSE SINCLAIR
2301 EAST 7TH ST STE A344
LOS ANGELES CA 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

$137,421.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HUNT ELECTRIC INC
1863 W ALEXANDER ST
SALT LAKE CITY UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

$587.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

INCORP SVC INC
PO BOX 94438
LAS VEGAS NV 89193

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

INFORUS, INC
PO BOX 847798
LOS ANGELES CA 90084-7798

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,475.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

INNOVATIVE TECHNOLOGIES
PO BOX 6080
ALBANY CA 94706

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACKS CANDY
777 S CENTRAL AVE
LOS ANGELES CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

$69,309.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JACOBSEN SALT CO
602 SE SALMON ST
PORTLAND OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

$972.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JDL INC
3060 E POST RD STE140
LAS VEGAS NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

$135.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 3.151. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

JELLY BELLY CANDY CO
PO BOX 742799
LOS ANGELES CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,118.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.152. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

JOHNSON COUNTY WASTEWATER
PO BOX 219948
KANSAS CITY MO 64121-9948

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.153.[1] | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

JONES, LARISSA
741 HILL CHURCH RD
BOYERTOWN PA 19512

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/11/18

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.154.

**Nonpriority creditor's name and mailing address**

JORDAN CREEK TOWN CENTER
SDS-12-2423
PO BOX 86
MINNEAPOLIS MN 55486-2423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$102,542.89

---

3.155.

**Nonpriority creditor's name and mailing address**

KANSAS CANDY AND TOBACCO
4430 W 29TH CIR SOUTH
WICHITA KS 67215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$1,274.28

---

3.156.

**Nonpriority creditor's name and mailing address**

KANSAS FIRE AND SAFETY EQUIPMENT
PO BOX 8004
TOPEKA KS 66608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$43.20

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KATERRA RENOVATIONS LLC
3200 EARHART DR
CARROLLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,931,003.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.158.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KENWOOD MALL LLC
SDS-12-3080
PO BOX 86
MINNEAPOLIS MN 55486-3080

☐ Contingent
☐ Unliquidated
☐ Disputed

$58,251.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.159.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KETER ENVIRONMENTAL SVCS INC
K BREEN
4 HIGH RIDGE PARK STE 202
STAMFORD CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,965.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.160.**

**Nonpriority creditor's name and mailing address**

KING OF PRUSSIA ASSOCIATES
P O BOX 829412
PHILADELPHIA PA 19182-9412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75,143.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.161.**

**Nonpriority creditor's name and mailing address**

KNOTT FAMILY LIMITED PARTNERSHIP
17150 SCOTT DR
MONTE SERENO CA 95030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,398.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.162.**

**Nonpriority creditor's name and mailing address**

KNOTT FAMILY LIMITED PARTNERSHIP
LOS GATOS SWEET TOOTH INC
17150 SCOTT DRIVE
MONTE SERANO CA 95030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42,173.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OF LOS GATOS STORE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | |
|---|---|

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOPPERS CHOCOLATE LLC
10 EXCHANGE PL
STE 2800
JERSEY CITY NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KPE ENGINEERS-ARCHITECTS FORENSIC
EXPERTS
1501 JF KENNEDY DR
BELLEVUE NE 68005

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,942.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.165.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KURR WINDOW CLEANING
PO BOX 983
BROKEN ARROW OK 74013

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LADWP<br>PO BOX 30808<br>LOS ANGELES CA 90030-0808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,931.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.167.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LANDMARK RETAIL CORP<br>24 NEWARK POMPTON TPKE BLDG B<br>LITTLE FALL NJ 07424 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62,134.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.168.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LBB IMPORTS LLC<br>PO BOX 41047<br>BATON ROUGE LA 70835 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,605.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.169.

**Nonpriority creditor's name and mailing address**

LE BELGE CHOCOLATIERS
761 SKYWAY CT
NAPA CA 94558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$124,266.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.170.

**Nonpriority creditor's name and mailing address**

LEGACY AIR HVAC LLC
3529 EAST WOOD ST
PHOENIX AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,182.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.171.

**Nonpriority creditor's name and mailing address**

LEHIGH VALLEY ASSOCIATE
MALL AT LEHIGH VALLEY ELECTRIC
PO BOX 829428
PHILADELPHIA PA 19182-9428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$977.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 3.172. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEHIGH VALLEY MALL LLC<br>PO BOX 829446<br>PHILADELPHIA PA 19182-9446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,153.54 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.173. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LENNOX NATIONAL ACCOUNT SVC<br>PO BOX 731627<br>DALLAS TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,115.68 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.174. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEO LEO GELATO<br>911 21ST ST<br>PASO ROBLES CA 93446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,256.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.175.    **Nonpriority creditor's name and mailing address**

LIGHTHOUSE SVC INC
1710 WALTON RD STE 204
BLUE BELL PA 19422

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.176.    **Nonpriority creditor's name and mailing address**

LITTLE STINKER LLC
4031 FM 1463 RD STE40209
KATY TX 77494

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$70,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.177.    **Nonpriority creditor's name and mailing address**

LITTLE WAISTED LLC DBA BAKERY BLING
1160 CALLE CORDILLERA
SAN CLEMENTE CA 92673

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,125.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| | | |
|---|---|---|

**3.178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIVING RAW
PO BOX 881
CYPRESS TX 77410

☐ Contingent
☐ Unliquidated
☐ Disputed

$296.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.179.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOLLI AND POPS, INC.
4 EMBARCADERO CENTER
SUITE 780
SAN FRANCISCO CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

$160,027.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.180.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUSH FOODS LLC
FEDERICO MURTAGH
1817 POLK ST
SAN FRANCISCO CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,845.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 3.181. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | MALL OF LOUISIANA LLC<br>SDS-12-2440<br>PO BOX 86<br>MINNEAPOLIS MN 24405-5486 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,497.39 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.182. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | MALL ST MATTHEWS<br>SDS-12-2771<br>PO BOX 86<br>MINNEAPOLIS MN 55486-2771 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,866.07 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - LANDLORD BASE RENT &<br>PERCENTAGE RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.183. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | MANAGEMENT RESOURCE SYSTEMS, INC.<br>1907 BAKER RD<br>HIGH POINT NC 27263 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $124,315.03 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PENDING LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor   **Meetha Ventures LLC**                                            Case number *(if known)* **19-11815**

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANAGEMENT RESOURCES SYSTEMS INC
1907 BAKER RD
HIGH POINT NC 27263

☐ Contingent
☐ Unliquidated
☐ Disputed

$104,315.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIGOLD INC
28928 NETWORK PL
CHICAGO IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

$60,412.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIGOLD INC
28928 NETWORK PL
CHICAGO IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,800.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCRUED LIABILITY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

---

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

MATHESON TRI-GAS INC
DEPT 3028 PO BOX 123028
PO BOX 123028
DALLAS TX 75312

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$159.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.188. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

MAYFAIR MALL LLC
PO BOX 772816
CHICAGO IL 60677-2816

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,396.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

MCG ARCHITECTURE
MERCY BALICUDIONG
250 SUTTER ST STE 500
SAN FRANCISCO CA 94108

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,630.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

**3.190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MCSTEVENS INC
5600 NE 88TH ST
VANCOUVER WA 98665

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$9,798.48

---

**3.191.**

**Nonpriority creditor's name and mailing address**

MELVILLE CANDY CO
28 YORK AVE
RANDOLPH MA 02368-1828

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$11,941.20

---

**3.192.**

**Nonpriority creditor's name and mailing address**

METRO SVC SOLUTIONS
2929 EXPRESSWAY DR NORTH
STE 300 B
ISLANDIA NY 11749

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$15,313.96

---

Debtor    **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

---

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEXIBRANDS
7 SWITCHBUD PL STE 192
417 SPRING TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,497.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MINKS*WILLIAM
342 CHATEAU LA SALLE
SAN JOSE CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

$561.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MJC CONFECTIONS DBA HAMPTON POPCORN
225 WEST 35TH ST
10TH FL
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,803.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

**3.196.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.196.**

**Nonpriority creditor's name and mailing address**

MODERN CONSTRUCTION INC SAN FRANCISCO
22 BATTERY ST STE 313
SAN FRANCISCO CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,800.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.197.**

**Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY HEALTH DEPT
501 N THOMPSON STE 100
CONROE TX 77301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.198.**

**Nonpriority creditor's name and mailing address**

MONTGOMERY MALL OWNER LLC
PO BOX 54738
LOS ANGELES CA 90074-4738

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67,959.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 3.199. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.199.

**Nonpriority creditor's name and mailing address**

MOONSTRUCK CHOCOLATE CO
UMPQUA BANK
PO BOX 35142 #1008
SEATTLE WA 98124-5142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$2,532.00

---

3.200.

**Nonpriority creditor's name and mailing address**

MORGAN SAMUELS COMPANY, LLC
LBMC W SQUARED
PO BOX 5168
BRENTWOOD TN 37024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$35,256.96

---

3.201.

**Nonpriority creditor's name and mailing address**

MORRIS, KERI
444 ELM ST
DENVER CO 80220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

GUARANTEED BONUS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$18,904.11

---

Debtor   **Meetha Ventures LLC**                                              Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| **3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.202.

**Nonpriority creditor's name and mailing address**

MULTI-COLOR CORP
PO BOX 642495
PITTSBURGH PA 15264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$52,327.52

---

3.203.

**Nonpriority creditor's name and mailing address**

MURNANE SPECIALTIES INC
PO BOX 7741
CAROL STREAM IL 60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$13,418.62

---

3.204.

**Nonpriority creditor's name and mailing address**

NATICK MALL LLC
SDS-12-3111
PO BOX 86
MINNEAPOLIS MN 55486-3111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$66,663.11

---

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NATIONWIDE SECURITY SVC INC
208 BROADWAY
MALDEN MA 02148

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,005.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NELMAR SECURITY PACKAGING SYSTEMS INC
3100 DES BATISSEURS ST
TERREBONNE QC J6Y 0A2
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$681.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NEW ZEALAND NATURAL GOODS
1601 N SEPULVEDA BLVD #768
MANHATTAN BEACH CA 90266

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,820.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

---

| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | NOA BRANDS AMERICA<br>1460 OVERLOOK DR<br>LAFAYETTE CO 80026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,980.78 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | NORTH POINT MALL LLC<br>SDS-12-3051<br>PO BOX 86<br>MINNEAPOLIS MN 30515-5486 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,969.68 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.210. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | NORTH STAR MALL LLC<br>SDS-12-2770<br>PO BOX 86<br>MINNEAPOLIS MN 55486-2770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,988.63 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTHRIDGE FASHION CENTER
SDS-12-1664
PO BOX 86
MINNEAPOLIS MN 55486-1664

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,753.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTON ROSE FULBRIGHT US LLP
DEPT 2613
PO BOX 122613
DALLAS TX 75312-2613

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,279.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NOSHI LLC TOMASION LETHBRIDGE
57 W 10TH ST PH
NEW YORK NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

$195.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

**3.214.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.214.**

**Nonpriority creditor's name and mailing address**

OAK PARK MALL LLC
PO BOX 531791
ATLANTA GA 30353-1791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$59,907.25

---

**3.215.**

**Nonpriority creditor's name and mailing address**

OAKBROOK SHOPPING CENTER LLC
SDS-12-2892
PO BOX 86
MINNEAPOLIS MN 55486-2892

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$52,655.43

---

**3.216.**

**Nonpriority creditor's name and mailing address**

OAKRIDGE MALL LLC
PO BOX 55714
LOS ANGELES CA 90074-5714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$55,367.92

Debtor   **Meetha Ventures LLC**                                  Case number *(if known)* **19-11815**

| | |
|---|---|
| **3.217.** | **Nonpriority creditor's name and mailing address** |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK AND STEWART<br>PO BOX 89<br>COLUMBIA SC 29202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,782.34 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| **3.218.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ORIGINAL GOURMET<br>52 STILES RD STE 201<br>SALEM NH 03079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,916.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - INVENTORY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| **3.219.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ORKIN EXTERMINATING CO INC<br>PO BOX 1504<br>ATLANTA GA 30301-1504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,358.64 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>AP - OPEX | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

Debtor    **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

---

3.220.    **Nonpriority creditor's name and mailing address**

OSCARTEK
361-367 BEACH RD
BURLINGAME CA 94010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $10,945.00 |

---

3.221.    **Nonpriority creditor's name and mailing address**

OUI OUI MACARON LLC
CANDYBAR CATERING
2200 JERROLD AVE STE C
SAN FRANCISCO CA 94124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $1,039.00 |

---

3.222.    **Nonpriority creditor's name and mailing address**

OXMOOR CENTER
SDS-12-3059
PO BOX 86
MINNEAPOLIS MN 55486-3059

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $86,651.34 |

---

Debtor   **Meetha Ventures LLC**                                       Case number *(if known)* **19-11815**

| 3.223. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.223.**

Nonpriority creditor's name and mailing address

PAJAMA SWEETS
5242 MILLER AVE
DALLAS TX 75206

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,564.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.224.**

Nonpriority creditor's name and mailing address

PARK CITY CENTER BUSINESS TRUST
SDS-12-1641
PO BOX 86
MINNEAPOLIS MN 55486-1641

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$24,854.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.225.**

Nonpriority creditor's name and mailing address

PARK MEADOWS MALL LLC
SDS-12-3096
PO BOX 86
MINNEAPOLIS MN 55486-3096

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$83,607.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No

☑ Yes

---

Debtor   **Meetha Ventures LLC**                                           Case number *(if known)* **19-11815**

---

| 3.226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PAXION CAPITAL LP<br>2400 SAND HILL RD<br>STE 100<br>MENLO PARK CA 94025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,160,027.78 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PRE-PETITION LOAN

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PEARL RESOURCING LLC<br>1920 MCKINNEY AVE FLR 7<br>DALLAS TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $137,917.75 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PELICAN BAY LTD<br>150 DOUGLAS AVE<br>DUNEDIN FL 34698 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91.80 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENN SQUARE MALL
32122 COLLECTION CTR DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,629.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEPPER CREEK FARMS LLC
1002 SW ARD ST
LAWTON OK 73505

☐ Contingent
☐ Unliquidated
☐ Disputed

$722.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERIMETER MALL LLC
PO BOX 860381
MINNEAPOLIS MN 55486-0381

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,093.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERMIT RESOURCES INC
PO BOX 3749
MISSION VIEJO CA 92690

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,906.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEZ CANDY INC
GENERAL POST OFFICE
PO BOX 30087
NEW YORK NY 10087-0087

☐ Contingent
☐ Unliquidated
☐ Disputed

$35,966.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRO ACOUSTICS LLC
PO BOX 1185
SALADO TX 76571

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,358.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.235.

**Nonpriority creditor's name and mailing address**

PROFESSIONAL IMAGE INC
12437 E 60TH ST
TULSA OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,552.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.236.

**Nonpriority creditor's name and mailing address**

PSE AND G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,492.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.237.

**Nonpriority creditor's name and mailing address**

PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE WA 98009-9269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,116.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PURE SUGAR LLC
89 CROSS ST
HOLLISTON MA 01746

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,829.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUAIL SPRINGS MALL LLC
PO BOX 775773
CHICAGO IL 60677-5773

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,685.53

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.240. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUALITY BAGS
575 S VISTA AVE
ADDISON IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,808.20

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.241.    **Nonpriority creditor's name and mailing address**

QUINN*MACKENZIE
27485 VELADOR
MISSION VIEJO CA 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$111.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.242.[1]    **Nonpriority creditor's name and mailing address**

RAMIREZ-ALVARADO, SERGIO D
2395 ROCK SLIDE CIR
LAS VEGAS NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

7/7/2019

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.243.    **Nonpriority creditor's name and mailing address**

RAPID POS
8555 AERO DR STE 310
SAN DIEGO CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$72,151.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| 3.244. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.244.
**Nonpriority creditor's name and mailing address**

RAVICO USA LLC
PO BOX 19
RIDERWOOD MD 21139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$114,071.43

---

3.245.
**Nonpriority creditor's name and mailing address**

RECOLOGY GOLDEN GATE
PO BOX 60846
LOS ANGELES CA 90060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,332.76

---

3.246.
**Nonpriority creditor's name and mailing address**

REDSTONE FOODS INC
1434 PATTON PL STE 106
CARROLLTON TX 75007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$2,905.04

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

REED SMITH LLP
DEPARTMENT 33489
PO BOX 39000
SAN FRANCISCO CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$74,231.81

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RELEX SOLUTIONS INC
BGBC PARTNERS LLP
300 N MERIDIAN ST STE 1100
INDIANAPOLIS IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$33,000.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RELIANT ENERGY
PO BOX 650475
DALLAS TX 75265-0475

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$2,977.31

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    **Meetha Ventures LLC**                                             Case number *(if known)* **19-11815**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.250.    **Nonpriority creditor's name and mailing address**

RETAIL CONTRACTING GROUP INC
3880 LAVERNE AVE N STE 215
LAKE ELMO MN 55042-8606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

$386,003.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.251.    **Nonpriority creditor's name and mailing address**

RETAIL NEXT
60 S MARKET ST 10TH FL
SAN JOSE CA 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$51,905.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.252.    **Nonpriority creditor's name and mailing address**

RETAIL RADIO SPECTRIO
4033 TAMPA RD STE 103
OLDSMAR FL 34677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,736.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Meetha Ventures LLC**                                                                                     Case number *(if known)* **19-11815**

| 3.253. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.253.**

**Nonpriority creditor's name and mailing address**

RGIS LLC
TRAVIS MCINTYRE
2000 E TAYLOR RD STE 200
AUBURN HILLS MI 48326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$43,943.89

---

**3.254.**

**Nonpriority creditor's name and mailing address**

RIDGEDALE CENTER
1200 ENERGY PK DR
LOCKBOX SDS-12-2774
ST PAUL MN 55108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$52,157.17

---

**3.255.**

**Nonpriority creditor's name and mailing address**

RMB DEVELOPMENT CONSULTANTS INC
308 EAST MEADOW AVE
EAST MEADOW NY 11554

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$4,050.00

---

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| 3.256. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ROSEVILLE SHOPPINGTOWN LLC
PO BOX 743659
LOS ANGELES CA 90074-3659

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$67,515.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.257.   **Nonpriority creditor's name and mailing address**

RSM MAINTENANCE
461 FROM RD STE 255
PARAMUS NJ 07652

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,187.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.258.   **Nonpriority creditor's name and mailing address**

RUSSIAN TABLE
60-20TH STREET
SUNSET INDUSTRIAL PARK
BROOKLYN NY 11232

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,466.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.259.   **Nonpriority creditor's name and mailing address**

S WALTER PACKAGING
PO BOX 71225
PHILADELPHIA PA 19176-6225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$254,230.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.260.   **Nonpriority creditor's name and mailing address**

SAN DIEGO GAS & ELECTRIC
PO BOX 25111
SANTA ANA CA 92799-5111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,480.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.261.   **Nonpriority creditor's name and mailing address**

SAN FRANCISCO ELEVATOR SVC
6517 SIERRA LN
DUBLIN CA 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$506.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 258 of 295

Debtor    **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SAVANNAH BEE CO
211 JOHNNY MERCER BLVD
SAVANNAH GA 31410

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,439.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.263.** **Nonpriority creditor's name and mailing address**

SCALE WAREHOUSE AND MORE
2980 LINDEN ST STE D-1
BETHLEHEM PA 18017

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,937.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.264.** **Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIR
CHICAGO IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,970.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                Case number *(if known)* **19-11815**

| 3.265. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.265.

**Nonpriority creditor's name and mailing address**

SERVICECHANNELCOM INC
PO BOX 392642
PITTSBURGH PA 15251-9642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,360.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.266.

**Nonpriority creditor's name and mailing address**

SF - WATER
PO BOX 7369
SAN FRANCISCO CA 94120-7369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$232.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.267.

**Nonpriority creditor's name and mailing address**

SHAWNEE MALL OWNER LLC
PO BOX 83305
CHICAGO IL 60691-3305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$6,666.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.268.

**Nonpriority creditor's name and mailing address**

SHERMAN OAKS FASHION ASSOCIATES LP
PO BOX 56991
LOS ANGELES CA 90074-6991

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$62,505.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.269.

**Nonpriority creditor's name and mailing address**

SHILLINGTON BOX CO LLC
62633 COLLECTIONS CTR DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$46,643.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.270.

**Nonpriority creditor's name and mailing address**

SHOPS AT MISSION VIEJO LLC
7415 SOLUTION CTR
CHICAGO IL 60677-7004

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40,845.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.271.   **Nonpriority creditor's name and mailing address**

SHRED WORKS INC
DEPT 34654
PO BOX 39000
SAN FRANCISCO CA 94139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$33.00

---

3.272.   **Nonpriority creditor's name and mailing address**

SILLYCOW FARMS LLC
1538 INDUSTRIAL PK RD
WELLS RIVER VT 05081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$4,571.52

---

3.273.   **Nonpriority creditor's name and mailing address**

SIMON PROPERTY GROUP LP
867800 RELIABLE PKWY
CHICAGO IL 60686-0078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$22,115.25

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SLP CONSULTING, LLC
4224 249TH CT SE
ISSAQUAH WA 98029

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,546.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMUD
PO BOX 15555
SACRAMENTO CA 95852

☐ Contingent
☐ Unliquidated
☐ Disputed

$661.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOONER FASHION MALL LLC
PO BOX 772803
CHICAGO IL 60677-2803

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,531.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

---

**3.277.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOTF LLC
222 CHASTAIN MEADOWS CT
STE 200
KENNESAW GA 30144

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,325.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.278.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHPOINT MALL LLC
SDS-12-2886
PO BOX 86
MINNEAPOLIS MN 55486-2886

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,585.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.279.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SPECIALTY BOTTLE SUPPLY
3434 4TH AVE SOUTH
SEATTLE WA 98134

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,186.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

---

**3.280.**  **Nonpriority creditor's name and mailing address**

SPECIALTY BOX AND PACKAGING CO INC
1040 BROADWAY
ALBANY NY 12204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $6,619.47 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - PACKAGING

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.281.**  **Nonpriority creditor's name and mailing address**

SPS COMMERCE INC
PO BOX 205782
DALLAS TX 75320-5782

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $443.90 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.282.**  **Nonpriority creditor's name and mailing address**

SQUIRE BOONE VILLAGE INC
PO BOX 711
NEW ALBANY IN 47151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $10,758.28 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAR-K
122 SLADE AVE STE300
BALTIMORE MD 21208

☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERLING TALENT SOLUTIONS
PO BOX 35626
NEWARK NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

$383.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEVEN J BERMAN ATTORNEY AT LAW
3350 WOODLEY AVE
THOUSAND OAKS CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

$286.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                      Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | | *Check all that apply.* |

**3.286.**

**Nonpriority creditor's name and mailing address**

STONEBRIAR MALL LLC
PO BOX 6374
CAROL STREAM IL 60197-6374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$64,054.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.287.**

**Nonpriority creditor's name and mailing address**

STONESTOWN SHOPPING CENTER LP
SDS-12-2465
PO BOX 86
MINNEAPOLIS, MN 55486-2465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$86,692.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.288.**

**Nonpriority creditor's name and mailing address**

SUSTAINABLE SOLUTIONS GROUP
DEPT 40299
PO BOX 740209
ATLANTA GA 30374-0209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$145.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                                                                  Case number *(if known)* **19-11815**

| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWEET PIECES CHOCOLATES
59 HIDDEN PHEASANT PATH
WADING RIVER NY 11792

☐ Contingent
☐ Unliquidated
☐ Disputed

$216.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.290. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWEET SHOP USA
1316 INDUSTRIAL RD
MOUNT PLEASANT TX 75455

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,272.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.291. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWEETS INDEED
1032 E EDNA PL
COVINA CA 91724

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,395.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                  Case number *(if known)* **19-11815**

| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SWEETSMITH CANDY CO
PO BOX 2123
STRATHMORE AB T1P 1K1
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$628.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.293.   **Nonpriority creditor's name and mailing address**

TAP PACKAGING SOLUTIONS
2160 SUPERIOR AVE
CLEVELAND OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$77,925.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.294.   **Nonpriority creditor's name and mailing address**

TAUBMAN CHERRY CREEK SHOPPING CENTER
LLC
DEPARTMENT 89801
PO BOX 67000
DETROIT MI 48267-0898

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$74,544.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                                  Case number *(if known)* **19-11815**

| 3.295. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.295.** | **Nonpriority creditor's name and mailing address**

TEAM CONSTRUCTION MANAGEMENT INC
4875 W NEVSO DR
LAS VEGAS NV 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,277.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.296.** | **Nonpriority creditor's name and mailing address**

TERRY ADAMS INC
111S MULBERRY
STE 101
ELIZABETHTOWN KY 42401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$84,586.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.297.** | **Nonpriority creditor's name and mailing address**

TERRY ADAMS, INC
111S MULBERRY
STE 101
ELIZABETHTOWN KY 42401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

$86,494.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE - COLLECTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                   Case number *(if known)* **19-11815**

| 3.298. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.298. **Nonpriority creditor's name and mailing address**

TGA OAK VIEW MALL LLC
PO BOX 74007332
CHICAGO IL 60674-7332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,202.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.299. **Nonpriority creditor's name and mailing address**

THE FRENCH FARM
916B WEST 23RD ST
HOUSTON TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,730.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.300. **Nonpriority creditor's name and mailing address**

THE FROSTED BAKER
3790 HAWTHORNE CT
WAUKEGAN IL 60087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,255.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

THE GOOD CHOCOLATE LLC
25 LELAND AVE
SAN FRANCISCO CA 94134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,940.00

---

**3.302.   Nonpriority creditor's name and mailing address**

THE GRAND CANAL SHOPPES AT THE
VENETIAN
SDS-12-2451
PO BOX 86
MINNEAPOLIS MN 55486-2451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$59,908.71

---

**3.303.   Nonpriority creditor's name and mailing address**

THE GREAT SPIRITS BAKING CO
1034 S BRENTWOOD BLVD
#1490
ST. LOUIS MO 63117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$3,633.84

---

Debtor    **Meetha Ventures LLC**                                                                                   Case number *(if known)* **19-11815**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304. | THE ICEE CO
PO BOX 515723
LOS ANGELES CA 90051-5203

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$4,739.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.305. | **Nonpriority creditor's name and mailing address**

THE LOVELY CANDY CO LLC
2654 CORPORATE PKWY
ALGONQUIN IL 60102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.306. | **Nonpriority creditor's name and mailing address**

THE MALL IN COLUMBIA BUSINESS TRUST
SDS-12-2738
PO BOX 86
MINNEAPOLIS MN 55486-2738

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34,146.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE OAKS MALL
MACERICH OAKS LP
PO BOX 849428
LOS ANGELES CA 90084-9428

☐ Contingent
☐ Unliquidated
☐ Disputed

$47,086.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE REVERE GROUP
PO BOX 80157
SEATTLE WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

$73,771.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE SHOPPES AT THE PALAZZO LLC
SDS-12-2781
PO BOX 86
MINNEAPOLIS MN 55486-2781

☐ Contingent
☐ Unliquidated
☐ Disputed

$44,970.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.310.

**Nonpriority creditor's name and mailing address**

THE SHOPS AT LA CANTERA
SDS-12-2532
PO BOX 86
MINNEAPOLIS MN 55486-2532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$103,476.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.311.

**Nonpriority creditor's name and mailing address**

THE SWEET LOBBY LLC
404 8TH ST SE
WASHINGTON DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,095.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.312.

**Nonpriority creditor's name and mailing address**

THE WOODLANDS MALL ASSOCIATES LLC
SDS-12-3053
PO BOX 86
MINNEAPOLIS MN 55486-3053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$80,723.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.313.    **Nonpriority creditor's name and mailing address**

THEO CHOCOLATE INC
3400 PHINNEY AVE NORTH
SEATTLE WA 98103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$834.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.314.    **Nonpriority creditor's name and mailing address**

THREE RIVERS CONFECTIONS, LLC
3530 SMALLMAN ST
PITTSBURGH PA 15201-1937

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$728.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.315.    **Nonpriority creditor's name and mailing address**

TINWERKS PACKAGING CO
1237 W CAPITOL DR
ADDISON IL 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                   Case number *(if known)* **19-11815**

| 3.316. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TOPS MALIBU<br>PO BOX 2673<br>EUGENE OR 97402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,312.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.317. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TOPVALUE SUPPLIES CO<br>UNIT C 29 FLOOR<br>18 FARM RD TOKWAWAN<br>KOWLOON<br>HONG KONG | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,111.92 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - INVENTORY

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.318. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TOTAL ACCESS URGENT CARE<br>13861 MANCHESTER RD<br>TOWN AND COUNTRY MO 63011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOWNE WEST MALL REALTY HOLDINGS LLC
1010 NORTHERN BLVD SUITES #212
GREAT NECK NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,899.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOWNE WEST SQUARE LLC DO NOT USE
WP GLIMCHER INC
180 EAST BROAD ST
COLUMBUS OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,797.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOWSON TOWN CENTER
SDS-12-2891
PO BOX 86
MINNEAPOLIS MN 55486-2891

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,756.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                         Case number *(if known)* **19-11815**

| 3.322. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | TRAVELER'S INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63,533.99 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.323. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | TRIANGLE SIGN AND SVC LLC<br>11 AZAR CT<br>PO BOX 24186<br>BALITIMORE MD 21227 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175,791.09 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.324. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

| | TRUE COMMERCE INC<br>NW 6199<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-6199 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                                                 Case number *(if known)* **19-11815**

---

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRUESOURCE LLC
2929 EXPRESSWAY DR NORTH STE 300B
ISLANDIA NY 11749

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,535.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TVO MALL OWNER LLC
DEPARTMENT 52701
PO BOX 67000
DETROIT MI 48267-0527

☐ Contingent
☐ Unliquidated
☐ Disputed

$33,102.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TY INC
ACCOUNTS RECEIVABLE
PO BOX 5934
CHICAGO IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,979.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**                                     Case number *(if known)* **19-11815**

| 3.328. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.328.  **Nonpriority creditor's name and mailing address**

TYSON'S CORNER HOLDINGS LLC
PO BOX 849554
LOS ANGELES CA 90084-9554

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$126,740.93

---

3.329.  **Nonpriority creditor's name and mailing address**

ULINE INC
NANCY HALCOM
12575 ULINE DR
PLEASANT PRAIRIE WI 53158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$1,779.00

---

3.330.  **Nonpriority creditor's name and mailing address**

ULTRA-COLOR CORP
658 FEE FEE RD
ST. LOUIS MO 63043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$248,324.07

---

Debtor   **Meetha Ventures LLC**                                          Case number *(if known)* **19-11815**

| | |
|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** |

**3.331.**

**Nonpriority creditor's name and mailing address**

UNLIMITED INNOVATIONS INC
PO BOX 26
PLATTSMOUTH NE 68048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - CONSTRUCTION

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$210,313.40

---

**3.332.**

**Nonpriority creditor's name and mailing address**

UPS
PO BOX 650690
DALLAS TX 75265-0690

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$28.70

---

**3.333.**

**Nonpriority creditor's name and mailing address**

USPS
170 OFARRELL ST
SAN FRANCISCO CA 94102-9993

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$300.00

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VECTOR SECURITY
PO BOX 89462
CLEVELAND OH 44101-6462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,616.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VELEZ, JENNIFER A

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/30/2016

**Basis for the claim:**

PENDING GENERAL LIABILITY CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VH CREATIONS INC
1753 EAST 5TH ST
BROOKLYN NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$393,530.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - PACKAGING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

| 3.337. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VIBES MEDIA LLC<br>ACCOUNTS PAYABLE<br>300 W ADAMS ST 7TH FL<br>CHICAGO IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,966.54 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.338. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VINTAGE FOOD CORP<br>849 NEWARK TPKE<br>KEARNY NJ 07032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,626.76 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.339. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VOSGES HAUT CHOCOLAT LLC<br>DRAWER # 2373<br>PO BOX 5935<br>TROY MI 48007-5935 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95,846.40 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor   **Meetha Ventures LLC**                                        Case number *(if known)* **19-11815**

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VOYAGEMARCHE INC
200 CRANDON BLVD STE 206
KEY BISCAYNE FL 33149

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASHINGTON SQUARE
PPR WASHINGTON SQUARE LLC
PO BOX 849471
LOS ANGELES CA 90084-9471

☐ Contingent
☐ Unliquidated
☐ Disputed

$103,785.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASTE MANAGEMENT OF TEXAS INC
HOUSTON METRO
PO BOX 660345
DALLAS TX 75266-0345

☐ Contingent
☐ Unliquidated
☐ Disputed

$563.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| 3.343. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.343.

**Nonpriority creditor's name and mailing address**

WEA SOUTHCENTER LLC
PO BOX 56923
LOS ANGELES CA 90074-6923

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$61,532.72

---

3.344.

**Nonpriority creditor's name and mailing address**

WEST COUNTY MALL CMBS LLC
P O BOX 746395
ATLANTA GA 30374-6395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$48,703.12

---

3.345.

**Nonpriority creditor's name and mailing address**

WEST RIDGE MALL LLC
WESTRIDGE MALL LLC
32824 COLLECTION CTR DR
CHICAGO IL 60693-0328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$36,932.64

---

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTFIELD TOPANGA OWNER LP
PO BOX 54734
LOS ANGELES CA 90074-4734

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,288.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.347. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTLAKE CENTER LLC
SDS-12-2735
PO BOX 86
MINNEAPOLIS MN 55486-2735

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,101.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTLAND GARDEN STATE PLAZA LIMITED
PARTNERSHIP
LEGAL DEPARTMENT
2049 CENTURY PK EAST
41ST FL
LOS ANGELES CA 90049

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 287 of 295

Debtor    **Meetha Ventures LLC**                                                                 Case number *(if known)* **19-11815**

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

WESTROADS MALL
C/O WESTROADS MALL LLC
ATTN LAW LEASE ADMINISTRATION
DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEASE GUARANTEE - WEST RIDGE MALL
LLC STORE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.350.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

WESTROADS MALL LLC
SDS-12-1531
PO BOX 86
MINNEAPOLIS MN 55486-1531

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,606.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.351.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

WHITEHALL TOWNSHIP AUTHORITY
1901 SCHADT AVE
WHITEHALL PA 18052-3728

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

**3.352.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WILINE NETWORKS INC
DEPT LA 24599
PASADENA CA 91185-4599

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - OPEX

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.353.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WILLOWBROOK MALL LLC
SDS-12-2767
PO BOX 86
MINNEPOLIS MN 55486-2767

☐ Contingent
☐ Unliquidated
☐ Disputed

$91,578.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.354.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WILLOWBROOK MALL TX LLC
SDS-12-3092
PO BOX
MINNEAPOLIS MN 55486-3092

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,656.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

AP - LANDLORD BASE RENT &
PERCENTAGE RENT

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.355.** **Nonpriority creditor's name and mailing address**

WOODLAND HILLS MALL LLC
7693 COLLECTIONS CTR DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,276.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - LANDLORD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.356.** **Nonpriority creditor's name and mailing address**

WORLD OF COFFEE INC
328 ESSEX ST
STIRLING NJ 07980

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$911.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - INVENTORY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.357.** **Nonpriority creditor's name and mailing address**

WZ ARCHITECTURE LP
245 VALLEJO ST
SAN FRANCISCO CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - CONSTRUCTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Meetha Ventures LLC**                                                   Case number *(if known)* **19-11815**

| 3.358. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XCEL ENERGY
PUBLIC SERVICE CO A COLORADO CORP
BANKRUPTCY DEPT
PO BOX 9477
MINNEAPOLIS MN 55484-9477

☐ Contingent

☐ Unliquidated

☐ Disputed

$597.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

AP - OPEX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

[1]CLOSED POST-PETITION

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that
      may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional
   pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BALLARD SPAHR LLP<br>DUSTIN P BRANCH, ESQ<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067-2909 | Part 2 line 3.23 | _____ |
| BALLARD SPAHR LLP<br>DUSTIN P BRANCH, ESQ<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067-2909 | Part 2 line 3.307 | _____ |
| BALLARD SPAHR LLP<br>LESLIE C HEILMAN, ESQ<br>919 N MARKET ST., 11TH FLOOR<br>WILMINGTON DE 19801-3034 | Part 2 line 3.23 | _____ |
| BALLARD SPAHR LLP<br>LESLIE C HEILMAN, ESQ<br>919 N MARKET ST., 11TH FLOOR<br>WILMINGTON DE 19801-3034 | Part 2 line 3.307 | _____ |
| BARCLAY DAMON LLP<br>NICLAS A FERLAND;ILAN MARKUS<br>545 LONG WHARF DRIVE, 9TH FLOOR<br>NEW HAVEN CT 06511 | Part 2 line 3.346 | _____ |
| BROOKFIELD PROPERTIES<br>KRISTEN N PATE SVP & SENIOR ASSOCIATE<br>GENERAL COUNSEL<br>350 N ORLEANS ST., STE 300<br>CHICAGO IL 60654- 1607 | Part 2 line 3.349 | _____ |
| DANIEL B. BLUM<br>1942 BROADWAY<br>SUITE 314<br>BOULDER CO 80302 | Part 2 line 3.297 | _____ |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Part 1 line 2.198 | _____ |
| HUGHES HUBBARD AND REED LLP<br>KATHRYN A COLEMAN CHRIS GARTMAN JEFF MARGOLIN<br>ONE BATTERY PK PLZ<br>NEW YORK NY 10004-1482 | Part 2 line 3.162 | _____ |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Part 1 line 2.237 | _____ |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | Part 1 line 2.237 | _____ |

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Part 1 line 2.240 | _____ |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | Part 1 line 2.240 | _____ |
| JACK SHRUM PA<br>'J' JACKSON SHRUM,ESQ<br>919 N MARKET ST.,STE 1410<br>WILMINGTON DE 19801 | Part 2 line 3.331 | _____ |
| JAKE MACIULEWICZ ACCOUNT ADVISORY<br>665 3RD STREET<br>SUITE 400<br>SAN FRANCISCO CA 94107 | Part 1 line 2.196 | _____ |
| LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN, ESQ<br>919 NORTH MARKET ST., STE 460<br>WILMINGTON DE 19801 | Part 2 line 3.294 | _____ |
| LECLAIRRYAN<br>ROBERT J. BRENER, ESQ<br>ONE RIVERFRONT PLAZA<br>L 03 7 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | Part 2 line 3.348 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>277 NAVARRO ST., STE 300<br>SAN ANTONIO TX 78205 | Part 1 line 2.21 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>277 NAVARRO ST., STE 300<br>SAN ANTONIO TX 78205 | Part 1 line 2.20 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207 | Part 1 line 2.78 | _____ |
| MICHIGAN DEPT OF TREASURY<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | Part 1 line 2.284 | _____ |
| MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | Part 1 line 2.288 | _____ |
| MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | Part 1 line 2.289 | _____ |
| MONZACK MERSKY MCLAUGHLIN AND<br>BROWDER PA<br>RACHEL B MERSKY;BRIAN J MCLAUGHLIN<br>1201 N ORANGE ST STE 400<br>WILMINGTON DE 19801 | Part 2 line 3.342 | _____ |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| NEXSEN PRUET, PLLC<br>701 GREEN VALLEY ROAD<br>SUITE 100<br>GREENSBORO NC 27402 | Part 2 line 3.183 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>KIMBERLY A WALSH, ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.434 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>KIMBERLY A WALSH, ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.446 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>KIMBERLY A WALSH, ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.449 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>KIMBERLY A WALSH, ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.447 | _____ |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>KIMBERLY A WALSH, ASST ATTORNEY GENERAL<br>ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTION DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.448 | _____ |
| WHITEFORD, TAYLOR & PRESTON LLC<br>STEPHEN B. GERALD; RICHARD W. RILEY<br>THE RENAISSANCE CENTRE<br>405 NORTH KING ST STE 500<br>WILMINGTON DE 19801 | Part 2 line 3.250 | _____ |
| WHITEFORD, TAYLOR & PRESTON, LLP<br>KEVIN G. HROBLAK<br>SEVEN SAINT PAUL ST STE 1500<br>BALTIMORE MD 21202 | Part 2 line 3.250 | _____ |
| YOUNG CONAWAY STARGATT AND TAYLOR<br>MICHAEL NESTOR<br>1000 NORTH KING ST<br>WILMINGTON DE 19801 | Part 2 line 3.162 | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

|     |                                            |     |     | **Total of claim amounts** |
|-----|--------------------------------------------|-----|-----|----------------------------|
| 5a. | **Total claims from Part 1**               | 5a. |     | $559,879.65                |
| 5b. | **Total claims from Part 2**               | 5b. | +   | $22,990,595.46             |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. |     | $23,550,475.11             |

**Fill in this information to identify the case:**

**Debtor name:** Meetha Ventures LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-11815

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. 

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | **Title of contract** | REAL PROPERTY LEASE | 2029 TWO MALL OWNER LLC |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - TWELVE OAKS | 200 EAST LONG LAKE ROAD SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 2029 | |
| | **List the contract number of any government contract** | | |

| 2.2. | **Title of contract** | STANDARD SUBLEASE MULTI-TENANT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBLEASE OF 49 POWELL STREET, SIXTH FLOOR, SAN FRANCISCO, CA 94108 | |
| | **Nature of debtor's interest** | LESSEE AND SUBLESSOR | 49 POWEL STREET PARTNERS LLC 570 OAK PARK DR SAN FRANCISCO CA 94131 |
| | **State the term remaining** | 10/15/2018 | |
| | **List the contract number of any government contract** | | |

| 2.3. | **Title of contract** | INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT PRACTICES AND FEES INSURANCE - POLICY # DEP1454804P3 | |
| | **Nature of debtor's interest** | INSURED | ADMIRAL INSURANCE COMPANY 1000 HOWARD BOULEVARD SUITE 300 P.O. BOX 5430 MT LAUREL NJ 08054 |
| | **State the term remaining** | 11/5/2019 | |
| | **List the contract number of any government contract** | | |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| 2.4. | **Title of contract** | RETAIL REAL PROPERTY LEASE - ALDERWOOD MALL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - ALDERWOOD MALL | |
| | **Nature of debtor's interest** | LESSEE | ALTERWOOD MALL LLC |
| | **State the term remaining** | 5/31/2025 | ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.5. | **Title of contract** | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - ANNAPOLIS | |
| | **Nature of debtor's interest** | LESSEE | ANNAPOLIS L OWNER LLC |
| | **State the term remaining** | 1/31/2025 | ATTN LEGAL DEPARTMENT 2049 CENTURY PARK EAST |
| | **List the contract number of any government contract** | _____ | 41ST FLOOR LOS ANGELES CA 90067 |

| 2.6. | **Title of contract** | INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE HEALTHCARE INSURANCE POLICY | |
| | **Nature of debtor's interest** | INSURANCE PROVIDER | ANTHEM BLUE CROSS |
| | **State the term remaining** | 9/1/2019 | BILLING ENTITY 280092M001 PO BOX 629 |
| | **List the contract number of any government contract** | _____ | WOODLAND HILLS CA 91365 |

| 2.7. | **Title of contract** | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - ARDEN FAIR | |
| | **Nature of debtor's interest** | LESSEE | ARDEN FAIR ASSOCIATES, L.P. |
| | **State the term remaining** | 4/12/2026 | 1689 ARDEN WAY SUITE 1167 |
| | **List the contract number of any government contract** | _____ | SACRAMENTO CA 95815 |

| 2.8. | **Title of contract** | CONSENT TO SUBLEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBLEASE OF REAL PROPERTY LOCATED AT 49 POWELL STREET, 6TH FLOOR, SAN FRANCISCO, CA 94102 | |
| | **Nature of debtor's interest** | LESSEE AND SUBLESSOR | BALLAST INVESTMENTS, LLC |
| | **State the term remaining** | 10/15/2023 | 49 POWELL ST SAN FRANCISCO CA 94102 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| 2.9. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - BATTLEFIELD MALL | |
| | Nature of debtor's interest | LESSEE | BATTLEFIELD MALL, LLC C/O M.S. MANAGEMENT ASSOCIATES INC 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | State the term remaining | 1/31/2026 | |
| | List the contract number of any government contract | _____ | |

| 2.10. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - BAYBROOK MALL | |
| | Nature of debtor's interest | LESSEE | BAYBROOK MALL LLC C/O BAYBROOK MALL ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | State the term remaining | 2027 | |
| | List the contract number of any government contract | _____ | |

| 2.11. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - BEACHWOOD PLACE | |
| | Nature of debtor's interest | LESSEE | BEACHWOOD PLACE MALL LLC ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | State the term remaining | 2/28/2027 | |
| | List the contract number of any government contract | _____ | |

| 2.12. | Title of contract | BELLEVUE SQUARE LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - BELLEVUE SQUARE MALL | |
| | Nature of debtor's interest | LESSEE | BELLEVUE SQUARE LLC PO BOX 908 BELLEVUE WA 98009 |
| | State the term remaining | 6/30/2026 | |
| | List the contract number of any government contract | _____ | |

| 2.13. | Title of contract | SUBLEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUBLEASE OF REAL PROPERTY LOCATED AT 111 ELLIS STREET, SECOND & THIRD FLOORS AND 111 ELLIS STREET AKA 71 POWELL STREET, SAN FRANCISCO, CALIFORNIA 94102 | |
| | Nature of debtor's interest | LESSEE AND SUBLESSOR | BEST WISDOM TECHNOLOGY, LLC ATTN MANAGER 71 POWELL STREET SECOND FLOOR SAN FRANCISCO CA 94102 |
| | State the term remaining | 7/15/2021 | |
| | List the contract number of any government contract | _____ | |

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 2.14. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - BOISE TOWN SQUARE | |
| | **Nature of debtor's interest** | LESSEE | BOISE TOWNE SQUARE LLC |
| | **State the term remaining** | 2/27/2027 | C/O BOISE TOWNE SQUARE ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.15. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - BRIDGEWATER COMMONS | |
| | **Nature of debtor's interest** | LESSEE | BRIDGEWATER COMMONS MALL II LLC |
| | **State the term remaining** | 2027 | C/O BRIDGEWATER COMMONS ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.16. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - OAK PARK MALL | |
| | **Nature of debtor's interest** | LESSEE | CBL &ASSOCIATES MANAGEMENT INC |
| | **State the term remaining** | 1/31/2027 | CBL CENTER SUITE 500 2030 HAMILTON PLACE BOULEVARD |
| | **List the contract number of any government contract** | _____ | CHATTANOOGA TN 37421-6000 |

| 2.17. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - CHRISTIANA MALL | |
| | **Nature of debtor's interest** | LESSEE | CHRISTIANA MALL LLC |
| | **State the term remaining** | 2027 | C/O CHRISTIANA MALL LLC ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.18. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - CLACKAMAS TOWN CENTER | |
| | **Nature of debtor's interest** | LESSEE | CLACKAMAS MALL LLC |
| | **State the term remaining** | 2027 | C/O CLACKAMAS TOWN CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

Debtor   **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.19. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PALM SPRINGS | |
| | **Nature of debtor's interest** | LESSEE | DTPS C-15 LLC |
| | **State the term remaining** | 7/20/28 WITH 2 - 5 YEAR OPTIONS TO EXTEND LEASE TERM | ATTN PROPERTY MANAGEMENT<br>201 NORTH PALM CANYON DR<br>PALM SPRINGS CA 92262 |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERIM PLANNING MANAGER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ESTELLA LI-MING LEE |
| | **State the term remaining** | 9/30/2019 | 252 SAN FERNANDO WAY<br>DALY CITY CA 94015 |
| | **List the contract number of any government contract** | _____ | |

| 2.21. | **Title of contract** | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - FAIR OAKS | |
| | **Nature of debtor's interest** | LESSEE | FAIRFAX COMPANY OF VIRGINIA LLC |
| | **State the term remaining** | 2028 | 200 EAST LONG LAKE ROAD<br>SUITE 300<br>BLOOMFIELD HILLS MI 48304-2324 |
| | **List the contract number of any government contract** | _____ | |

| 2.22. | **Title of contract** | SHOPPING CENTER LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - CHICAGO | |
| | **Nature of debtor's interest** | LESSEE | FASHION OUTLETS OF CHICAGO LLC |
| | **State the term remaining** | 1/31/2024 | C/O THE TALISMAN COMPANIES<br>ATTN JAMES SCHLESINGER, PRESIDENT |
| | **List the contract number of any government contract** | _____ | 355 ALHAMBRA CIRCLE<br>SUITE 1250<br>CORAL GABLES FL 33134 |

| 2.23. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - FASHION PLACE | |
| | **Nature of debtor's interest** | LESSEE | FASHION PLACE LLC |
| | **State the term remaining** | 2027 | C/O FASHION PLACE<br>ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE<br>CHICAGO IL 60606 |

Debtor   **Meetha Ventures LLC**                                                     Case number *(if known)* **19-11815**

| 2.24. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - FIRST COLONY | |
| | **Nature of debtor's interest** | LESSEE | FIRST COLONY MALL LLC |
| | **State the term remaining** | 2027 | C/O FIRST COLONY MALL ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.25. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - GLENDALE, CA LOCATION | |
| | **Nature of debtor's interest** | LESSEE | FIRSTLEASE, INC. |
| | **State the term remaining** | 8/18/2022 | 1 WALNUT GROVE DRIVE SUITE 300 |
| | **List the contract number of any government contract** | _____ | HORSHAM PA 19044 |

| 2.26. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - OVERLAND PARK, KS LOCATION | |
| | **Nature of debtor's interest** | LESSEE | FIRSTLEASE, INC. |
| | **State the term remaining** | 8/18/2022 | 1 WALNUT GROVE DRIVE SUITE 300 |
| | **List the contract number of any government contract** | _____ | HORSHAM PA 19044 |

| 2.27. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - ALBUQUERQUE NM, LOCATION | |
| | **Nature of debtor's interest** | LESSEE | FIRSTLEASE, INC. |
| | **State the term remaining** | 8/15/2022 | 1 WALNUT GROVE DRIVE SUITE 300 |
| | **List the contract number of any government contract** | _____ | HORSHAM PA 19044 |

| 2.28. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - MURRAY, UT LOCATION | |
| | **Nature of debtor's interest** | LESSEE | FIRSTLEASE, INC. |
| | **State the term remaining** | 8/18/2022 | 1 WALNUT GROVE DRIVE SUITE 300 |
| | **List the contract number of any government contract** | _____ | HORSHAM PA 19044 |

Debtor    **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.29. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - SAN ANTONIO, TX LOCATION | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 8/18/2022 | FIRSTLEASE, INC.<br>1 WALNUT GROVE DRIVE<br>SUITE 300<br>HORSHAM PA 19044 |
| | **List the contract number of any government contract** | _____ | |

| 2.30. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - COLUMBIA, MD LOCATION | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 8/18/2022 | FIRSTLEASE, INC.<br>1 WALNUT GROVE DRIVE<br>SUITE 300<br>HORSHAM PA 19044 |
| | **List the contract number of any government contract** | _____ | |

| 2.31. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - OAKBOOK, IL LOCATION | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 8/18/2022 | FIRSTLEASE, INC.<br>1 WALNUT GROVE DRIVE<br>SUITE 300<br>HORSHAM PA 19044 |
| | **List the contract number of any government contract** | _____ | |

| 2.32. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - FRIENDSWOOD, TX LOCATION | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 8/18/2022 | FIRSTLEASE, INC.<br>1 WALNUT GROVE DRIVE<br>SUITE 300<br>HORSHAM PA 19044 |
| | **List the contract number of any government contract** | _____ | |

| 2.33. | **Title of contract** | EQUIPMENT LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 2-DOOR SMART SAFE LEASE - LANCASTER PA, LOCATION | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 8/18/2022 | FIRSTLEASE, INC.<br>1 WALNUT GROVE DRIVE<br>SUITE 300<br>HORSHAM PA 19044 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.34. | Title of contract | EQUIPMENT LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 2-DOOR SMART SAFE LEASE - LAS VEGAS, NV LOCATION | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 8/18/2022 | FIRSTLEASE, INC. 1 WALNUT GROVE DRIVE SUITE 300 HORSHAM PA 19044 |
| | List the contract number of any government contract | | |

| 2.35. | Title of contract | STORAGE FACILITY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OFF-SITE STORAGE FACILITY LOCATED AT FREMONT, CA | |
| | Nature of debtor's interest | OFF SITE STORAGE | |
| | State the term remaining | MONTH TO MONTH | FREMONT STORAGE WARM SPRINGS SELF STORAGE 45585 WARM SPRINGS BOULEVARD FREMONT CA 94539 |
| | List the contract number of any government contract | | |

| 2.36. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CANDYOPOLIS - SALINA (CENTRAL MALL) | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 8/31/2019 | GARRISON SALINA OWNER LLC C/O GARRISON INVESTMENT GROUP LP 1290 AVENUE OF THE AMERICAS SUITE 914 NEW YORK NY 10104 |
| | List the contract number of any government contract | | |

| 2.37. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - THE MAINE MALL | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 2027 | GGP MAINE MALL LLC C/O THE MAINE MALL ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | List the contract number of any government contract | | |

| 2.38. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - NORTHRIDGE FASHION CENTER | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 2027 | GGP NORTHRIDGE FASHION CENTER LLC C/O NORTHRIDGE FASHION CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | List the contract number of any government contract | | |

Debtor    **Meetha Ventures LLC**                                                                                    Case number *(if known)* **19-11815**

| 2.39. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PROVIDENCE PLACE | |
| | **Nature of debtor's interest** | LESSEE | GGP PROVIDENCE PLACE LLC |
| | **State the term remaining** | 12/31/2027 | C/O PROVIDENCE PLACE ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.40. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - GLENDALE GALLERIA | |
| | **Nature of debtor's interest** | LESSEE | GLENDALE MALL ASSOCIATES LLC |
| | **State the term remaining** | 2027 | C/O GLENDALE GALLERIA ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.41. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - THE GRAND CANAL SHOPPES | |
| | **Nature of debtor's interest** | LESSEE | GRAND CANAL SHOPS II LLC |
| | **State the term remaining** | 12/31/2027 | C/O THE GRAND CANAL SHOPS AT THE VENETIAN ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.42. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - CORONADO CENTER | |
| | **Nature of debtor's interest** | LESSEE | GS PORTFOLIO HOLDINGS LLC |
| | **State the term remaining** | 2027 | C/O CORONADA CENTER MALL ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.43. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - OXMOOR CENTER | |
| | **Nature of debtor's interest** | LESSEE | HOCKER OXMOOR LLC |
| | **State the term remaining** | 12/31/2027 | C/O OXMOOR CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

Debtor    **Meetha Ventures LLC**                                                      Case number *(if known)* **19-11815**

| 2.44. | **Title of contract** | SHOPPING CENTER LEASE, FIRST AND SECOND AMENDMENTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CANDYOPOLIS - LAWTON (CENTRAL MALL) | |
| | **Nature of debtor's interest** | LESSEE | IQ9- 200 SW C AVE LLC |
| | **State the term remaining** | 6/30/2021 | C III ASSET MANAGEMENT |
| | **List the contract number of any government contract** | _____ | 5221 N O'CONNOR BLVD SUITE 600 IRVING TX 75039 |

| 2.45. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - JORDAN CREEK TOWN CENTER | |
| | **Nature of debtor's interest** | LESSEE | JORDAN CREEK TOWN CENTER LLC |
| | **State the term remaining** | 2027 | C/O JORDAN CENTER TOWN CENTER |
| | **List the contract number of any government contract** | _____ | ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.46. | **Title of contract** | SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 111 ELLIS STREET, SAN FRANCISCO, CA 94102 | |
| | **Nature of debtor's interest** | SUBLESSOR | KENNETH SARACHAN |
| | **State the term remaining** | 3/31/2016 | 111 ELLIS ST SAN FRANCISCO CA 94102 |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - KENWOOD TOWNE CETNER | |
| | **Nature of debtor's interest** | LESSEE | KENWOOD TOWN CENTRE LLC |
| | **State the term remaining** | 2027 | C/O KENWOOD TOWN CENTRE ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.48. | **Title of contract** | RETAIL REAL PROPERTY LEASE, ASSIGNMENT AND ASSUMPTION AND SECOND AMENDMENT TO LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - LOS GATOS | |
| | **Nature of debtor's interest** | LESSEE | KILKENNY PROPERTIES |
| | **State the term remaining** | 5/31/2021 | PO BOX 631 LOS GATOS CA 95031 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Meetha Ventures LLC**

Case number *(if known)* **19-11815**

| 2.49. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - KING OF PRUSSIA | |
| | **Nature of debtor's interest** | LESSEE | KING OF PRUSSIA ASSOCIATES C/O KRAVCO SIMON COMPANY 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | _____ | |

| 2.50. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - THE SHOPS AT LA CANTERA | |
| | **Nature of debtor's interest** | LESSEE | LA CANTERA RETAIL LIMITED PARTNERSHIP C/O THE SHOP AT LA CANTERA ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | **State the term remaining** | 2023 | |
| | **List the contract number of any government contract** | _____ | |

| 2.51. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - THE OAKS | |
| | **Nature of debtor's interest** | LESSEE | MACERICH OAKS LP ATTN CENTER MANAGER 350 WEST HILLCREST DRIVE THOUSAND OAKS CA 91360-4216 |
| | **State the term remaining** | 3/31/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - LEHIGH VALLEY MALL | |
| | **Nature of debtor's interest** | LESSEE | MALL AT LEHIGH VALLEY, L.P. C/O KRAVCO SIMON COMPANY 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - MALL OF LOUISIANA | |
| | **Nature of debtor's interest** | LESSEE | MALL OF LOUISIANA LLC C/O MALL OF LOUISIANA ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | **State the term remaining** | 1/31/2026 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Meetha Ventures LLC**                                                    Case number *(if known)* **19-11815**

| 2.54. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - BATON ROUGE | |
| | **Nature of debtor's interest** | LESSEE | MALL OF LOUISIANA LLC |
| | **State the term remaining** | 1/31/2026 | MALL OF LOUISIANA LAW LEASE DEPT 110 NORTH WACKER DR |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

| 2.55. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - MAYFAIR MALL | |
| | **Nature of debtor's interest** | LESSEE | MAYFAIR MALL LLC |
| | **State the term remaining** | 2027 | C/O MAYFIAR ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

| 2.56. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - MEMORIAL CITY MALL | |
| | **Nature of debtor's interest** | LESSEE | MEMORIAL CITY MALL, LP |
| | **State the term remaining** | 5/31/2026 | C/O METRO NATIONAL CORPORATION ATTN: LEGAL DEPARTMENT P.O. BOX 19509 |
| | **List the contract number of any government contract** | _____ | HOUSTON TX 77224-9509 |

| 2.57. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - MONTGOMERY | |
| | **Nature of debtor's interest** | LESSEE | MONTGOMERY MALL OWNER LLC |
| | **State the term remaining** | 1/31/2026 | 2049 CENTURY PARK EAST 41ST FLOOR LOS ANGELES CA 90049 |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - MALL ST. MATTHEWS | |
| | **Nature of debtor's interest** | LESSEE | MSM PROPERTY LLC |
| | **State the term remaining** | 2027 | C/O MALL ST MATTHEWS ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

Debtor   **Meetha Ventures LLC**                                    Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 2.59. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - NATICK MALL |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2/28/2026 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATICK MALL LLC
C/O NATICK MALL
ATTN LAW LEASE ADMINISTRATION DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

| | | |
|---|---|---|
| 2.60. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - NORTH POINT MALL |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2/28/2027 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NORTH POINT MALL LLC
C/O NORTH POINT MALL
ATTN LAW LEASE ADMINISTRATION DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

| | | |
|---|---|---|
| 2.61. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - NORTH STAR MALL |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2027 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NORTH STAR MALL LLC
C/O NORTH STAR MALL
ATTN LAW LEASE ADMINISTRATION DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

| | | |
|---|---|---|
| 2.62. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | CANDYOPOLIS - OAK VIEW (OAK VIEW MALL) |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 9/30/2020 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

OAK VIEW MALL LLC
ATTN LAW LEASE ADMINISTRATION DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

| | | |
|---|---|---|
| 2.63. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - OAKBROOK CENTER |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2027 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

OAKBROOK SHOPPING CENTER LLC
C/O OAKBROOK CENTER
ATTN LAW LEASE ADMINISTRATION DEPARTMENT
110 NORTH WACKER DRIVE
CHICAGO IL 60606

Debtor   **Meetha Ventures LLC**                                                Case number *(if known)* **19-11815**

| 2.64. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - OAKRIDGE MALL | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 1/31/2027 | OAKRIDGE MALL LLC |
| | | | ATTN LEGAL DEPARTMENT |
| | | | WESTFIELD PROPERTY |
| | **List the contract number of any government contract** | _____ | MANAGEMENT LLC |
| | | | 2049 CENTURY PARK EAST |
| | | | 41ST FLOOR |
| | | | LOS ANGELES CA 90049 |

| 2.65. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PARK CITY | |
| | **Nature of debtor's interest** | LESSEE | PARK CITY CENTER BUSINESS |
| | | | TRUST |
| | **State the term remaining** | 12/31/2027 | C/O PARK CITY CENTER |
| | | | ATTN LAW LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | _____ | DEPARTMENT |
| | | | 110 NORTH WACKER DRIVE |
| | | | CHICAGO IL 60606 |

| 2.66. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PARK MEADOWS | |
| | **Nature of debtor's interest** | LESSEE | PARK MEADOWS MALL LLC |
| | | | C/O PARK MEADWOS |
| | **State the term remaining** | 1/31/2026 | ATTN LAW LEASE ADMINISTRATION |
| | | | DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE |
| | | | CHICAGO IL 60606 |

| 2.67. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PERIMETER MALL | |
| | **Nature of debtor's interest** | LESSEE | PERIMETER MALL LLC |
| | | | C/O PERIMETER MALL |
| | **State the term remaining** | 2/28/2027 | ATTN LAW LEASE ADMINISTRATION |
| | | | DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 110 NORTH WACKER DRIVE |
| | | | CHICAGO IL 60606 |

| 2.68. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - WASHINGTON SQUARE | |
| | **Nature of debtor's interest** | LESSEE | PPR WASHINGTON SQUARE LLC |
| | | | ATTN CENTER MANAGER |
| | **State the term remaining** | 3/31/2025 | 9585 S.W. WASHINGTON SQUARE |
| | | | ROAD |
| | **List the contract number of any government contract** | _____ | TIGARD OH 97223-4450 |

Debtor    **Meetha Ventures LLC**                                                                Case number *(if known)* **19-11815**

| 2.69. | Title of contract | QUAIL SPRINGS MALL RENEWALS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CANDYOPOLIS - QUAIL SPRINGS (QUAIL SPRINGS MALL) | |
| | Nature of debtor's interest | LESSEE | QUAIL SPRINGS MALL LLC ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | State the term remaining | 1/31/2019 | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | List the contract number of any government contract | _____ | |

| 2.70. | Title of contract | MASTER PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STORE TRAFFIC COUNSEL SERVICES AND SOFTWARE LICENSE | |
| | Nature of debtor's interest | CONTRACT PARTY | RETAILNEXT, INC. 60 SOUTH MARKET ST |
| | State the term remaining | 4/26/2021 WITH 3 - 5 YEAR AUTOMATIC RENEWAL TERMS | FLOOR 10 SAN JOSE CA 95113 |
| | List the contract number of any government contract | _____ | |

| 2.71. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - RIDGEDALE CENTER | |
| | Nature of debtor's interest | LESSEE | RIDGEDALE CENTER LLC C/O RIDGEDALE CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | State the term remaining | 1/31/2027 | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | List the contract number of any government contract | _____ | |

| 2.72. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - GALLERIA AT ROSEVILLE | |
| | Nature of debtor's interest | LESSEE | ROSEVILLE SHOPPINGTOWN LLC ATTN LEGAL DEPARTMENT 2049 CENTURY PARK EAST |
| | State the term remaining | 1/31/2024 | 41ST FLOOR LOS ANGELES CA 90067 |
| | List the contract number of any government contract | _____ | |

| 2.73. | Title of contract | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - SAINT LOUIS GALLERIA | |
| | Nature of debtor's interest | LESSEE | SAINT LOUIS GALLERIA LLC C/O ST LOUIS GALLERIA ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | State the term remaining | 12/21/2027 | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | List the contract number of any government contract | _____ | |

Debtor   **Meetha Ventures LLC**                                                                            Case number *(if known)* **19-11815**

| | | |
|---|---|---|
| 2.74. | **Title of contract** | INSURANCE |
| | **State what the contract or lease is for** | BUSINESS AND MANAGEMENT (BAM) INDEMNITY INSURANCE COVERAGE POLICY # EKS3274385 |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 11/5/2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCOTTSDALE INSURANCE COMPANY
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215

| | | |
|---|---|---|
| 2.75. | **Title of contract** | SHOPPING CENTER LEASE |
| | **State what the contract or lease is for** | CANDYOPOLIS - SHAWNEE (SHAWNEE MALL) |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 3/31/2018 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SHAWNEE MALL OWNER LLC
SHAWNEE MALL MANAGEMENT OFFICE
4901 NORTH KICKAPOO STREET
SUITE 5000
SHAWNEE OK 74804

| | | |
|---|---|---|
| 2.76. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - FASHION SHOW |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 2027 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SHERMAN OAKS FASHION ASSOCIATES LLC
LEGAL DEPARTMENT
2049 CENTURY PARK EAST
41ST FLOOR
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.77. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - FASHION SQUARE |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SHERMAN OAKS FASHION ASSOCIATES LLC
LEGAL DEPARTMENT
2049 CENTURY PARK EAST
41ST FLOOR
LOS ANGELES CA 90067

| | | |
|---|---|---|
| 2.78. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOLLI & POPS - SHOPS AT MISSION VIEJO |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 1/31/2026 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SHOPS AT MISSION VIEJO, LLC
C/O M.S. MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204-3438

Debtor   **Meetha Ventures LLC**                                                          Case number *(if known)* **19-11815**

| 2.79. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CANDYOPOLIS - WICHITA EAST (TOWNE EAST SQUARE MALL) | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 1/31/2020 | SIMON PROPERTIES C/O M.S. MANAGEMENT ASSOCIATES INC. CANDYOPOLIS - WICHITA EAST (TOWNE EAST SQUARE MALL) 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | **List the contract number of any government contract** | _____ | |

| 2.80. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - PENN SQUARE MALL | |
| | **Nature of debtor's interest** | LESSEE | SIMON PROPERTIES |
| | **State the term remaining** | 2022 | PENN SQUARE MALL LIMITED PARTNERSHIP 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | **List the contract number of any government contract** | _____ | |

| 2.81. | **Title of contract** | SOONER MALL & LEASE SUMMARY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CANDYOPOLIS - SOONER (SOONER FASHION MALL) | |
| | **Nature of debtor's interest** | LESSEE | SOONER FASHION MALL L.L.C |
| | **State the term remaining** | 1/21/2023 | ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | **List the contract number of any government contract** | _____ | |

| 2.82. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - THE STREETS AT SOUTHPOINT | |
| | **Nature of debtor's interest** | LESSEE | SOUTHPOINT MALL LLC |
| | **State the term remaining** | 12/31/2027 | C/O THE STREETS AT SOUTHPOINT ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | **List the contract number of any government contract** | _____ | |

| 2.83. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - STONEBRIAR CENTER | |
| | **Nature of debtor's interest** | LESSEE | STONEBRIAR MALL LLC |
| | **State the term remaining** | 2024 | C/O STONEBRIAR CENTRE ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Meetha Ventures LLC**                                               Case number *(if known)* **19-11815**

2.84. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LOLLI & POPS - STONESTOWN GALLERIA |
| **Nature of debtor's interest** | LESSEE | STONESTOWN SHOPPING CENTER LLP
| **State the term remaining** | 12/31/2027 | C/O STONESTOWN SHOPPING CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE CHICAGO IL 60606
| **List the contract number of any government contract** | _____ |

2.85. | **Title of contract** | FIXED TERM MODIFIED GROSS INDUSTRIAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | OFF-SITE STORAGE FACILITY LOCATED AT 2731 SYSTRON DRIVE, SUTLE 300, CONCONL, CA 94518 |
| **Nature of debtor's interest** | OFF SITE STORAGE | SYSTRON BUSINESS CENTER, LLC 1830 EMBARCADERO DRIVE SUITE 105 OAKLAND CA 94606
| **State the term remaining** | 9/14/2019 |
| **List the contract number of any government contract** | _____ |

2.86. | **Title of contract** | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LOLLI & POPS - CHERRY CREEK SHOPPING CENTER |
| **Nature of debtor's interest** | LESSEE | TAUBMAN CHERRY CREEK SHOPPING CENTER, L.L.C 200 EAST LONG LAKE ROAD SUITE 300 BLOOMFIELD HILLS MI 48304-2324
| **State the term remaining** | 6/30/2029 |
| **List the contract number of any government contract** | _____ |

2.87. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | 111 ELLIS STREET, SAN FRANCISCO, CA 94102 |
| **Nature of debtor's interest** | LESSEE | THE GLADYNE K. MITCHELL FAMILY TRUST U/T/D MARCH 31, 1983 GLADYNE K. MITCHELL SUCCESSOR TRUSTEE 2000 WASHINGTON STREET SAN FRANCISCO CA 94109
| **State the term remaining** | 2/1/2021 |
| **List the contract number of any government contract** | _____ |

2.88. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CORPORATE OFFICE - 111 N ELLIS ST, 4TH FLOOR, SAN FRANCISCO, CA 94102 |
| **Nature of debtor's interest** | LESSEE | THE GLADYNE K. MITCHELL TRUST GLADYNE K. MITCHELL SUCCESSOR TRUSTEE 2000 WASHINGTON STREET SAN FRANCISCO CA 94109
| **State the term remaining** | 8/2026 |
| **List the contract number of any government contract** | _____ |

Debtor   **Meetha Ventures LLC**                                             Case number *(if known)* **19-11815**

| 2.89. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - MALL OF COLUMBIA | |
| | Nature of debtor's interest | LESSEE | THE MALL IN COLUMBIA BUSINESS TRUST |
| | State the term remaining | 12/31/2027 | C/O THE MALL IN COLUMBIA ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | List the contract number of any government contract | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.90. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - THE PALAZZO | |
| | Nature of debtor's interest | LESSEE | THE SHOPS AT THE PALAZZO LLC |
| | State the term remaining | 12/31/2027 | C/O THE SHOPPES AT THE PALAZZO ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | List the contract number of any government contract | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

| 2.91. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - THE WOODLANDS MALL | |
| | Nature of debtor's interest | LESSEE | THE WOODLANDS MALL ASSOCIATES LLC |
| | State the term remaining | 1/31/2026 | C/O THE WOODLANDS MALL ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | List the contract number of any government contract | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 90067 |

| 2.92. | Title of contract | REAL PROPERTY LEASE & LEASE AMENDMENT NO. 4 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CANDYOPOLIS - WICHITA WEST (TOWNE WEST SQUARE MALL) | |
| | Nature of debtor's interest | LESSEE | TOWNE WEST SQUARE LLC |
| | State the term remaining | 1/31/2021 | C/O MS MANAGEMENT ASSOCIATES INC 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| | List the contract number of any government contract | _____ | |

| 2.93. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - TOWSON TOWN CENTER | |
| | Nature of debtor's interest | LESSEE | TOWSON TC LLC |
| | State the term remaining | 12/31/2027 | C/O TOWSON TOWN CENTER ATTN LAW LEASE ADMINISTRATION DEPARTMENT |
| | List the contract number of any government contract | _____ | 110 NORTH WACKER DRIVE CHICAGO IL 60606 |

Debtor    **Meetha Ventures LLC**                                                                     Case number *(if known)* **19-11815**

| 2.94. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AUTOMOBILE INSURANCE POLICY # BA7H0937328CAG | |
| | Nature of debtor's interest | INSURED | TRAVELERS INDEMNITY COMPANY OF CONNECTICUT |
| | State the term remaining | 11/5/2019 | ONE TOWN SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 01683 |

| 2.95. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | UMBRELLA INSURANCE POLICY # CUP7H22255818 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 11/5/2019 | ONE TOWN SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 01683 |

| 2.96. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | WORKERS' COMPENSATION INSURANCE POLICY # UB7H11794318 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 11/5/2019 | ONE TOWN SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 01683 |

| 2.97. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | COMMERCIAL GENERAL LIABILITY INSURANCE POLICY # Y6307H0932TIL18 | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY AMERICA |
| | State the term remaining | 11/5/2019 | ONE TOWN SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 01683 |

| 2.98. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - TYSONS CORNER | |
| | Nature of debtor's interest | LESSEE | TYSONS CORNERS HOLDINGS LLC ATTN CENTER MANAGER |
| | State the term remaining | 2024 | 1961 CHAIN BRIDGE ROAD SUITE 105 |
| | List the contract number of any government contract | _____ | MCLEAN VA 22102-4501 |

Debtor    **Meetha Ventures LLC**                                                                                  Case number *(if known)* **19-11815**

| 2.99. | **Title of contract** | LEASE AND AMENDMENT NO. 1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOLLI & POPS - SOUTHCENTER | |
| | **Nature of debtor's interest** | LESSEE | WEA SOUTHCENTER LLC |
| | **State the term remaining** | 1/31/2026 | ATTN LEGAL DEPARTMENT 2049 CENTURY PARK EAST 41ST FLOOR |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90067 |

| 2.100. | **Title of contract** | SHOPPING CENTER LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOLLI & POPS - WEST COUNTY CENTER | |
| | **Nature of debtor's interest** | LESSEE | WEST COUNTY CENTER CMBS, LLC CBL & ASSOCIATES MANAGEMENT, INC. |
| | **State the term remaining** | 1/31/2027 | CBL CENTER, SUITE 500 2030 HAMILTON PLACE BOULEVARD |
| | **List the contract number of any government contract** | _____ | CHATTANOOGA TN 37421-6000 |

| 2.101. | **Title of contract** | LEASE MODIFICATION AGREEMENT NO. 1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CANDYOPOLIS - TOPEKA (WESTRIDGE MALL) | |
| | **Nature of debtor's interest** | LESSEE | WEST RIDGE MALL LLC |
| | **State the term remaining** | 1/31/2021 | ATTN MALL MANAGER 1801 SW WANAMAKER RD TOPEKA KS 66604 |
| | **List the contract number of any government contract** | _____ | |

| 2.102. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOLLI & POPS - TOPANGA MALL | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD TOPANGA OWNER LLC |
| | **State the term remaining** | 1/31/2026 | 2049 CENTURY PARK EAST 41ST FLOOR LOS ANGELES CA 90067 |
| | **List the contract number of any government contract** | _____ | |

| 2.103. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOLLI & POPS - WESTLAKE CENTER | |
| | **Nature of debtor's interest** | LESSEE | WESTLAKE CENTER LLC C/O WESTLAKE CENTER |
| | **State the term remaining** | 12/31/2027 | ATTN LAW LEASE ADMINISTRATION DEPARTMENT 110 NORTH WACKER DRIVE |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

Debtor   **Meetha Ventures LLC**                                                           Case number *(if known)* **19-11815**

| 2.104. | Title of contract | LEASE AND AMENDMENT NO. 1 FOR STORAGE RELOCATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - GARDEN STATE PLAZA | |
| | Nature of debtor's interest | LESSEE | WESTLAND GARDEN STATE PLAZA LIMITED PARTNERSHIP ATTN LEGAL DEPARTMENT |
| | State the term remaining | 1/31/2027 | 2049 CENTURY PARK EAST 41ST FLOOR |
| | List the contract number of any government contract | _____ | LOS ANGELES CA 90049 |

| 2.105. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CANDYOPOLIS - WESTROADS (WESTROADS MALL) | |
| | Nature of debtor's interest | LESSEE | WESTROADS MALL C/O WESTROADS MALL LLC ATTN LAW LEASE ADMINISTRATION |
| | State the term remaining | 7/31/2020 | DEPARTMENT 110 NORTH WACKER DRIVE |
| | List the contract number of any government contract | _____ | CHICAGO IL 60606 |

| 2.106. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - WILLOWBROOK MALL | |
| | Nature of debtor's interest | LESSEE | WILLOWBROOK MALL LLC C/O WILLOWBROOK NJ ATTN LAW LEASE ADMINISTRATION |
| | State the term remaining | 1/31/2027 | DEPARTMENT 110 NORTH WACKER DRIVE |
| | List the contract number of any government contract | _____ | CHICAGO IL 60606 |

| 2.107. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LOLLI & POPS - WILLOWBROOK TX MALL | |
| | Nature of debtor's interest | LESSEE | WILLOWBROOK MALL TX LLC C/O WILLOWBROOK MALL TX ATTN LAW LEASE ADMINISTRATION |
| | State the term remaining | 2028 | DEPARTMENT 110 NORTH WACKER DRIVE |
| | List the contract number of any government contract | _____ | CHICAGO IL 60606 |

| 2.108. | Title of contract | RETAIL REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TEMPORARY LEASE FOR STORING LOLLI & POPS MERCHANDISE, FIXTURES AND EQUIPMENT AND FOR NO OTHER USE OR PURPOSE (WAREHOUSE - 2621) | |
| | Nature of debtor's interest | LESSEE | WOODLAND HILLS MALL WOODLAND HILLS MALL LLC 7021 SOUTH MEMORIAL DRIVE |
| | State the term remaining | 1/31/2019 | SUITE 225B TULSA OK 74133 |
| | List the contract number of any government contract | _____ | |

Debtor    **Meetha Ventures LLC**                                                        Case number *(if known)* **19-11815**

| 2.109. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOLLI & POPS - TULSA | |
| | **Nature of debtor's interest** | LESSEE | WOODLAND HILS MALL LLC |
| | **State the term remaining** | 6/30/2021 | 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 |
| | **List the contract number of any government contract** | _____ | |

---

**Fill in this information to identify the case:**

**Debtor name:** Meetha Ventures LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-11815

---

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.   **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | KM KELLY, INC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | MANAGEMENT RESOURCE SYSTEMS, INC. | ☐ D<br>☑ E/F<br>☐ G |
| 2.3.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | TRIANGLE SIGN & SERVICE LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | HORIZON RETAIL CONSTRUCTION | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | THE GLADYNE K. MITCHELL FAMILY TRUST U/T/D MARCH 31, 1983 | ☐ D<br>☑ E/F<br>☐ G |
| 2.6.  LOLLI AND POPS, INC. | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | PAXION CAPITAL LP | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Meetha Ventures LLC**                                                                    Case number *(if known)* **19-11815**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  MISHTI HOLDINGS LLC | 4 EMBARCADERO CENTER SUITE 780 SAN FRANCISCO CA 94111 | PAXION CAPITAL LP | ☐ D ☑ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Meetha Ventures LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-11815 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/5/2019
              MM/DD/YYYY

✗   */s/ David Wright*
_____
Signature of individual signing on behalf of debtor

David Wright
Printed name

Chief Financial Officer
Position or relationship to debtor